**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

JAYCEE DEVELOPMENT, LIMITED LIABILITY COMPANY,
MICHAEL DEMOND STUBBS, ENG LEGIS,
            Plaintiff(s),

                                     **AMENDED COMPLAINT BILL IN EQUITY**

vs
                              Case No.:    **⌐ 0 8 ⌐ 1 0 8 ⌐**

BANK OF AMERICA CORPORATION, NATIONAL BANK,
KENNETH D. LEWIS, CHIEF EXECUTIVE OFFICER OF
BANK OF AMERICA CORPORATION,
            Defendant(s).

                                                    **FILED**

                                                 FEB 19 2008

                                         U.S. DISTRICT COURT
                                         DISTRICT OF DELAWARE

    COMES NOW, Plaintiff(s), JAYCEE DEVELOPMENT LIMITED LIABILITY COMPANY and

MICHAEL DEMOND STUBBS, ENG LEGIS, appearing pro se, by and through :Michael-

Demond:of the Stubbs family, a non-attorney, over the age of twenty-one years,

twenty percent (20%) owner in JAYCEE DEVELOPMENT LIMITED LIABILITY COMPANY, and

paramount secured party creditor of MICHAEL DEMOND STUBBS, ENG LEGIS, authorized

representative in this action, and competent to testify with first hand knowledge,

reserving all rights and waiving no rights, with clean hands, in good faith,

and not in bad faith, **FOR AND ON THE RECORD:**

STATE OF MISSISSIPPI)
                    )  Signed and Affirmed.
PEARL RIVER COUNTY  )

                              **JURISDICTION**

    1.  Subject matter jurisdiction in this matter is hereby brought by :Michael-

Demond:of the Stubbs family, authorized representative for Plaintiff(s), by way

of sufficiency of pleadings (See Attachment "A" fully incorporated by reference

herein); and 28 U.S.C. §§1331, 1332 and 1655 etc.

    2.  The venue of this court is correct as BANK OF AMERICA CORPORATION,

Defendant(s), is a DELAWARE CORPORATION, doing business in the jurisdiction of

                                  **1 of 4**

the UNITED STATES, and the amount in controversy exceeds Seventy-five thousand ($75,000.00) dollars.

## PARTIES

3.    JAYCEE DEVELOPMENT L.L.C., has established residency in the STATE OF MARYLAND for over a year, and is diverse from Defendant(s).

4.    MICHAEL DEMOND STUBBS, ENG LEGIS, has established residency in the STATE OF MISSISSIPPI (and elswhere) for over a year, and is diverse from Defendant(s).

5.    BANK OF AMERICA CORPORATION demonstrates a residency in the jurisdiction of the UNITED STATES and does for profit business in the STATE OF DELAWARE (and elsewhere),

6.    KENNETH D. LEWIS is/was the CHIEF EXECUTIVE OFFICER OF BANK OF AMERICA CORPORATION.

## FACTS

7.    Plaintiff(s) has exhausted all administrative remedies and comes to this court of equity with clean hands and in good faith. (See Attachment "A" ADMINISTRATIVE RECORD AND PROCEEDINGS, fully incorporated by reference herein).

8.    Plaintiff(s) has established **"judgment in estoppel"** against Defendant(s) as evidenced by the AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE Acceptance and Agreement, issued by the (disinterested) third party, Bernard Stubbs, certified by TAMMY MAYEAUX, a notary public residing in Pearl River County, Mississippi.

9.    Plaintiff(s) administrative remedy is **res judicata**.

10.    Defendant(s) failure to respond in this matter is **stare decisis et non quieta novere** [To stand by the decisions and not to disturb settled points. Ballantine's Law Dictionary, page 1210].

11.    Defendant(s) are bound by their stipulations.

12.    Under federal law, stipulations and admissions in pleadings are binding on the parties and the Court.

13.  Agreements gives the law to the contract. Halkerston's Latin Maxims 118.  The expressed agreement of the parties overcome or prevails against the law, because the agreement of the parties makes the law of the contract. Joseph Story on Agency, s. 368.  He may consent tacitly who may consent expressly. Digest of Justinian, 50, 17, 3.  The silence of a party implies his consent, when his interest is at stake.  Broom's Legal Maxims 138, 787.  He who does not disapprove when he can approves. Coke's Pleas of the Crown 27.  Consent (acquiescence) removes mistake or error. Coke on Littleton 126; Coke on Magna Charta and Old Acts 123.

14.  Plaintiff(s)' administrative remedy is ripe for judicial review, and there are no facts in controversy.

## LEGAL CLAIMS

15.  Plaintiff(s) are entitled to relief in this equitable claim.

16.  Defendant(s) are estopped for failure to respond to the original administrative process. (See Attachment "A" fully incorporated herein).

17.  Defendant(s) has waived all defenses under contract and is estopped from raising a defense for failure to respond to original administrative process.

18.  Plaintiff has placed the facts and the law of the contract before this honorable court. (See fully incorporated Attachment "A").

## RELIEF SOUGHT

19.  Plaintiff(s) requests judicial review of their administrative process and remedy.  (See Attachment "A" , fully incorporated by reference herein).

20.  Plaintiff requests this honorable court to find the facts and execute on the law of the contract before this court.

21.  Plaintiff(s) requests summary judgment on their administrative remedy. (See Attachment "A", fully incorporated by reference herein).

22.  Plaintiff(s) requests the court to ORDER Defendant(s) to pay the sum

certain $33,500,000.00 over to Plaintiff(s), In Care of: JAYCEE DEVELOPMENT L.L.C.

23.  Plaintiff(s) requests the court to discharge the bond in this matter, and release the Order of the court to JAYCEE DEVELOPMENT L.L.C.

Respectfully submitted by ORDER of JAYCEE DEVELOPMENT L.L.C., and MICHAEL DEMOND STUBBS, ENG LEGIS:

## VERIFICATION

I, :Michael-Demond:of the Stubbs family, on my own unlimited commercial liability, do certify that I have read the above AMENDED COMPLAINT BILL IN EQUITY, and fully incorporated Attachment "A", and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth and nothing but the truth, to the best of my First Hand Informed Knowledge, Information, Experience and Belief. [28 U.S.C. §1746(1); 18 U.S.C. §1621, without the United States]. See also: Ford v. Wilson, 90 F.3d 245, 246-47 (7th Cir. 1996) cert. denied 520 U.S. 1105 (1997); United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981), cert. denied 455 U.S. 1018 (1982)("Indeed, no more than (Affidavits) is necessary to make the prima facie case.")

By: _____                                    Date

:Michael-Demond:of the Stubbs family,
Authorized Representative of Plaintiff(s)
care of postal service address:
Post Office Box 591
Picayune, Mississippi   39466

### Public Law 97-280

Equality Under The Law Is Mandatory And Paramount By Law

To Comport With Due Process of The Law.

4 of 4

ATTACHMENT "A"

ADMINISTRATIVE RECORD AND PROCEEDINGS



Comptroller of the Currency
Administrator of National Banks

December 31, 2007

Michael D. Stubbs
Post Office Box 591
Picayune MS 39466

Re: Case# 718711
BANK OF AMERICA, NATIONAL ASSOCIATION

Dear Mr. Stubbs:

This letter acknowledges a case has been opened in the Customer Assistance Group of the Office of the Comptroller of the Currency (OCC), which was forwarded to this agency by the Georgia Department of Banking and Finance. The focus of the OCC's review of consumer complaints against national banks is to determine whether the banks' actions are consistent with banking statutes, regulations or any policies that are applicable to nationally chartered banking institutions.

In your correspondence with this agency, you requested to place a lien against the bank's assets because it it verified funds on a check and guaranteed the check but the account has not been credited for the funds.

The OCC contacted the bank, which responded directly to our office. Due to privacy laws, the bank was unable to response to your inquiry.

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,
*Debra Baker*
Debra Baker
Customer Assistance Group

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301

```
                    3540699930
                   2737860466 -0096
                   (601) 798-7401       .38:42 PM
12/26/2007

                 Sales Receipt
Product          Sale  Unit      Final
Description      Qty   Price     Price

                                        $1.14
GLENN DALE MD 20769
Zone-5 First-Class
Large Env
  2.30 oz.                            ========
                                        $1.14
  Issue PVI:
                                        $1.14
CHARLOTTE NC 28255
Zone-4 First-Class
Large Env
  2.30 oz.                              $2.65
  Certified
  Label #:      70051160000053290276  ========
                                        $3.79
  Issue PVI:
                                        $1.14
HOUSTON TX 77010 Zone-4
First-Class Large Env
  2.50 oz.                              $2.65
  Certified
  Label #:      70051160000053290269  ========
                                        $3.79
  Issue PVI:
                                        $8.72
  Total:
                                        $8.72
Paid by:
Debit Card
  Account #:     XXXXXXXXXXXXX9131
  Approval #:    761753
  Transaction #: 324
  23 903260560
  Receipt#:      008568

Order stamps at USPS.com/shop or call
1-800-Stamp24. Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000401020309
Clerk: 06

 All sales final on stamps and postage.
 Refunds for guaranteed services only.
     Thank you for your business.
************************************
************************************
        HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

   TELL US ABOUT YOUR RECENT
        POSTAL EXPERIENCE

       YOUR OPINION COUNTS
************************************
************************************

           Customer Copy
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Comptroller of the Currency
Street, Apt. No.; or PO Box No.  1301 McKinney Street, Suite 3450
City, State, ZIP+4  Houston, Texas 77010-9050

PS Form 3800, June 2002          See Reverse for Instructions

7005 1160 0000 5329 0276

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Irene Allen, V.P. Bank of America
Street, Apt. No.; or PO Box No.  100 North Tryon Street
City, State, ZIP+4  Charlotte, North Carolina 28255

PS Form 3800, June 2002          See Reverse for Instructions

7005 1160 0000 5329 0276

 **UNITED STATES**
**POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0000 5329 0276**
Detailed Results:

**Track & Confirm** 

• **Delivered, December 29, 2007, 7:46 am, CHARLOTTE, NC 28255**
• **Arrival at Unit, December 29, 2007, 4:14 am, CHARLOTTE, NC 28228**

Enter Label/Receipt Number.

• **Acceptance, December 26, 2007, 12:37 pm, PICAYUNE, MS 39466**

( **< Back** )                        ( **Return to USPS.com Home >** )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( **Go >** )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

**UNITED STATES**
**POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1160 0000 5329 0269**
Detailed Results:

**Track & Confirm** 

Enter Label/Receipt Number.

- **Delivered, December 28, 2007, 12:41 pm, HOUSTON, TX 77010**
- **Acceptance, December 26, 2007, 12:37 pm, PICAYUNE, MS 39466**

( < Back )                    ( Return to USPS.com Home > )                    (

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

December 26, 2007

:Michael-Demond:Stubbs
care of postal service address:
Post Office Box 591
Picayune, Mississippi  [39466]

                              Final Opportunity to Cure

Irene Allen
Vice President, Bank of America
Corporate Security Investigative Service
c/o 100 North Tryon Street
Charlotte, North Carolina  28255

RE: Written Correspondence from Irene Allen, Vice President,dated November 30, 2007

### Equality Under The Law Is Paramount And Mandatory By Law

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### NOTICE TO PRINCIPAL IS NOTICE TO ALL AGENTS

### Applicable To All Successors and Assigns

Dear Irene Allen and To Whom These Presents Shall Come:

        JayCee Development L.L.C., faxed me a copy of your letter dated November
30, 2007, which you claim that you "are unable to process, handle, execute or
act upon the document" i.e. the Bonded Bill of Exchange Order Bill of Acceptance-
Time Draft 7005 2570 0000 7590 0719, because you "have been advised that [the
above mentioned] document is not an obligation of the United States Government,
does not constitute a valid Treasury security, has no financial value and no legal
validity." See Attached Letter dated November 30, 2007 by Irene Allen, Vice President
Bank of America.

        First, who advised you that the Bonded Bill of Exchange is not an obligation
of the United States Government, etc.?  Please provide me documentation as to
who advised you of what you claim as a courtesy or per the rules and laws of
discovery.

        Second, did you follow the Bank and Treasury Routing Instructions on the
Letter of Advice, to the letter, that accompanied the Bonded Bill of Exchange?
If you did, you can produce a copy of the PS Form 3811, Return Receipt, where
the Treasury Department signed for the Bonded Bill of Exchange and Letter of Advice.
That will prove that my/our issue is not with you but elsewhere.
I can only assume at this point that what you claim is not the truth because you
have provided me with no proof of your claim.  If  my assumption is inaccurate,
please provide me with documentation of whoever advised you that the Bonded Bill
of Exchange do not have any legal validity as a courtesy or per the rules and
law of discovery.

        The purpose of this letter is to advise you that you have been ill-advised
and under the Uniform Commercial Code, Bank Deposits Laws and otherwise, you,
Bank of America, are strictly liable for the full face value of the Bonded Bill
of Exchange Order, plus damages, and We, the Undersigned and JayCee Development
L.L.C., have already initiated lawful action against you with the Office of Comptroller
of the Currency, exhausting all administrative remedies, private and otherwise.

Final Opportunity to Cure - 1 of 4

Upon the Comptroller's decision, we will file a private criminal complaint against you, and those who conspired with you, both known and unknown, for violations of, including but not limited to, 18 U.S.C. §241 & 242 for your unlawful conduct.

Please allow me to show you why a private criminal complaint is warranted:

But first, allow me to thwart any idea that I lack standing in this case. Pursuant to UCC §3-603 and otherwise, I, MICHAEL D. STUBBS, own 20% of JayCee Development L.L.C.; see also: Nygaard v. Continental Resources Incorporated, 598 NW.2d 851 (1991); 39 UCC2d 851; Bank One v. Ward, Civil Division, Case No. 2001 31518 CICI, In the Circuit Court of the 7th Judicial Circuit, In and For Volusia County, Florida. We are in agreements with this because I have and can prove that Bills of Exchange are currency. See e.g. Friedman & Schwartz, A Monetary History of the United States 1867-1960, at 17-23 (1963); Moore & Russell, Money: Its Origin, Development and Modern Use 36-37, 140 (1987); Hepburn, A History of Currency in the United States, Chs. 7-9 (1915); 2 Daniel, A Treatise on the Laws of Negotiable Instruments §1672 (Calvert ed., 6th ed. 1913). See also the attached Memorandum of Points and Authorities on the use of Bills of Exchange.

To look at it from a different angle, pursuant to the Statement of Account, JayCee Development had two weeks (14) days to correct and return the Statement of Account with supporting documentation of indebtedness. JayCee Development's failure to do so, (as a result of Bank of America holding on to the Bonded Bill of Exchange Order for eleven (11) months, which will be discussed more infra), constituted their agreement, via Tact Procuration, with the accounting, and may only make a claim up to the amount the Statement of Account shows as a balance, i.e. $0.00. This is because, "[a]greements gives the law to the contract." Halkerston's Latin Maxims 118. "The expressed agreement of the parties overcome or prevails against the law, because the agreement of the parties makes the law of the contract." Joseph Story on Agency, s.368. Also, as observed by Professors White and Summers, "[t]he parties may vary [the Uniform Commercial Code's] effect or displace them altogether: freedom to contract is the rule rather than the exception. Most Commercial Law is therefore not in the Code at all but in private agreements...." JAMES J. WHITE & ROBERT S. SUMMERS, UNIFORM COMMERCIAL CODE §3 (5th ed. 2000) (footnote omitted).

JayCee Development agrees with the law and with me assisting them in bringing whatever lawful recourse that is available against you, Bank of America, and those who conspired with you, both known and unknown. See The Affidavit of Obligation Commercial Lien filed in the Office of Comptroller of the Currency, Case # 718711, fully incorporated herein as if set forth at length herein.

Now I take issue with your unsubstantiated claim that the Bonded Bill of Exchange Order is not an obligation of the United States Government, does not constitute a valid Treasury security, has no financial value, and no legal validity.

Article I, Section 10, Clause 1, of the united States of America Constitution (1791) as lawfully amended, proscribes the States making anything but gold and silver coin a tender of payment of debt. On April 5, 1933, President Roosevelt issued an Executive Order prohibiting any person from "hoarding" gold. See Executive Order of April 5, 1933 attached for your edification.

On May 23, 1933, Congressman Louis T. McFadden, (R-OH), Chairman of the House

Banking and Finance Committee, brought formal charges against the Board of Governors of the Federal Reserve Bank System, The Comptroller of the Currency and the Secretary of the United States Treasury for numerous criminal acts, including but not limited to, conspiracy, fraud, unlawful conversion, and Treason. (Idential to what you and your co-conspirators are doing). The Petition for Articles of Impeachment was thereafter referred to the Judiciary Committee, and has yet to be acted upon. See Congressional Record, pp. 4055-4058.

To protect themselves from these charges, both the House and the Senate, on June 5, 1933, passed House Joint Resolution 192. HJR-192 provided a remedy for the crime. In other words, Congress confirmed the Bankruptcy of the United States,(See Senate Report 93-549), on June 5, 1933, and impaired the obligations and considerations of contracts through the "Joint Resolution To Suspend The Gold Standard And Abrogate The Gold Clause, June 5, 1933." See House Joint Resolution 192, 73rd Congress, 1st Session, attached for your edification.

What you, and those who have conspired with you, have done is deprived me of my right and subverted me of my remedy pursuant to HJR-192 to discharge debt and impaired my right to contract, which violates federal law, i.e. 18 U.S.C. §241 & 242; and conspired to defeat the enforcement of laws, see Statutes at Large Section 5407 and otherwise, which we will be bringing a private criminal complaint against you, and those who conspired with you to violate federal law, as soon as the Office of Comptroller of the Currency issue its decision in Case Number 718711, which is past due.

In addition, you had ten (10) days pursuant to the Bank Deposit Law to act on the Bonded Bill of Exchange. Your failure to do so made you and/or the payor bank, i.e. Federal Reserve Bank of Cleveland and/or The United States Treasury Department, strictly liable. See e.g. Clark & Clark, The Law of Bank Deposits, Collections and Credit Cards, §6.01 [1],[3]. See also 70 Fed.Reg. 71218, 2005 WL 3142367 at *8.

So at this point, you would have to sue either the Secretary of the U.S. Treasury or the Federal Reserve Bank of Cleveland, or both, (which is where my Treasury Passthrough Account and the Bonded Account, respectively, are located), to get your money of account or otherwise we are suing you for. But that is your issue for determination not ours because as acknowledged by your November 30, 2007 correspondence, you have had possession of the Bonded Bill of Exchange Order from December 26, 2006 to the date of this correspondence, or at least November 30, 2007, and still have not returned the original Bonded Bill of Exchange Order to JayCee Development nor credited JayCee Development's account. With the passage of a year, it does not matter where it is or who has it, you are liable for the full face value, plus damages, interest, etc. See Office of Comptroller of the Currency, Case Number 718711. As you know, the appropriate action has been taken against you.

This is my/our final correspondence to you. We have informed you of the lawfulness of the Bonded Bill of Exchange, with proof, supported by law. Moreover, since you still have the Bonded Bill of Exchange in your possession as of this date, this is your final opportunity to cure your dishonor and default, by crediting JayCee Development's account with you, i.e. Bank of America, with the full face value of the Bonded Bill of Exchange Order, plus one year interest at 10%; or face the consequences of a private criminal complaint and any other lawful recourse we deem appropriate and just. Obviously, the choice is yours on how you should

proceed. We assure you, if you do credit JayCee Development's Account, all financing statements recorded will be terminated and the Complaint with the Office of Comptroller of the Currency will be voluntary dismissed with prejudice. Again, obviously the choice is yours on how you should proceed. If you deem legal counsel is warranted, I suggest you consult one immediately. We will allot you ten (10) days, from the date you receive this final opportunity to cure or three days after mailing, via certified mail, which ever comes first, to decide how you wish to proceed in this matter.

    We patiently await your response, if any.

    Please take heed, be guided and govern yourselves accordingly.

Prepared and Executed by ORDER of MICHAEL D. STUBBS and JAYCEE DEVELOPMENT L.L.C.:

By:
   :Michael-Demond:Stubbs, Undersigned

Attachment(s) for your edification:

Written Correspondence dated November 30, 2007 from Irene Allen, Vice President, Bank of America

Executive Order of April 5, 1933

House Joint Resolution June 5, 1933

Memorandum of Points and Authorities on the use of Bills of Exchange

cc: The Office of the Comptroller of the Currency, Case #718711

    JayCee Development L.L.C.

Final Opportunity to Cure - 4 of 4

page 1                                            3014649489            DEC 08, 2007 03:43P DC SUBPµ.. MD

--12-06 12:16 07:59  KILLIAN HILL I/S      770-985-3803 >> 3014649489       PAGE  01   P 2/2
  12/06/2007          6266581076           ALLEN



Corporate Security
Investigative Services

November 30, 2007

Jaycee Development LLC
5107 Green Creek Terrace
Glenn Dale, MD 20769

We are unable to process, handle, execute or act upon the document as described below:

| Document Type | Bonded Bill of Exchange Order |
| --- | --- |
| | Bill of Acceptance - Time Draft |
| Number | 7005 2370 0000 7590 0719 |
| Amount | $9,500,000.00 |
| Drawer | Michael Demond Stubbs, Secured Party |
| Drawee | Secretary of the Treasury, Department of the Treasury Bank |

We have been advised that this document is not an obligation of the United States
Government, does not constitute a valid Treasury security, has no financial value, and no
legal validity. Although the Department of the Treasury does maintain certain accounts
with individuals in its TreasuryDirect system, those accounts are securities accounts and
not demand deposit accounts. Individuals may not direct payment to a third party using a
draft, trade acceptance, bill of exchange, international bill of exchange, or any other type
of instrument.

Sincerely,

Irene Allen
Vice President

Recycled Paper

http://definitions.uslegal.com:80/t/tender/
**Tender Law & Legal Definition**

Tender is a term that is subject to different definitions. In one sense it means to offer payment to another. It may also mean to present an unconditonal offer to enter into a contract with someone. Tender of delivery may be made to someone, but the recipient has the option not to accept the tender. However, the act of tender completes the responsibility of the person making the tender.

Generally, an offer in writing to pay a particular sum of money or to deliver a written instrument or specific personal property is, if not accepted, equivalent to the actual production and tender of the money, instrument or property. The person to whom a tender is made must at that time specify any objection the person may have to the money, instrument or property or the person shall be deemed to have waived it.

Executive Order Of April 5, 1933

UNDER EXECUTIVE ORDER OF
THE PRESIDENT
Issued April 5, 1933
All persons are required to deliver
ON OR BEFORE MAY 1, 1933 all GOLD COIN, GOLD BULLION, AND GOLD
CERTIFICATES now owned by them to a Federal Reserve Bank, branch or agency, or
to any member bank of the Federal Reserve System.

EXECUTIVE ORDER

FORBIDDING THE HOARDING OF GOLD COIN, GOLD BULLION, AND GOLD
CERTIFICATES

By virtue of the authority vested in me by Section 5(b) of the Act of October 6,
1917 as amended by Section 2 of the Act of March 9, 1933, entitled "An Act to Provide
Relief in the Existing Emergency in Banking, and for other purposes" in which
Amendatory Act Congress declared that a serious emergency crises, I, Franklin D.
Roosevelt, President of the United States of America, do declare that said national
emergency still continues to exist, and pursuant to said Section do hereby prohibit the
hoarding of gold coin, gold bullion, and gold certificates within the continental United
States by individuals, partnerships, associations and corporations, and hereby prescribe
the following regulations for carrying out the purposes of this Order.

Section 1. For the purposes of this regulation the term "hoarding" means the
withdrawal and withholding of gold coin, gold bullion or gold certificates from the
recognized and customary channels of trade. The term "person" means any individual,
partnership, association or corporation.

Section 2. All persons are hereby required to deliver on or before May 1, 1933,
to a Federal Reserve Bank or branch or agency thereof or to any member bank of the
Federal Reserve System all gold coins, gold bullion or gold certificates now owned by
them or coming into their ownership on or before April 23, 1933, except the following:

(a) Such amount of gold as may be required for legitimate and customary
use in industry, professions, or art within a reasonable time, excluding gold prior
to refining and stocks of gold in reasonable amounts for the usual true
requirements of owners mining and refining such gold.

(b) Gold coins and gold certificates in an amount not exceeding in the
aggregate $100 belonging to any one person; and gold coin having a recognized
special value to collectors or rare and unusual coins.

(c) Gold coin and bullion earmarked or held in trust for a recognized
foreign government (or foreign central bank or the Bank for International
Settlements).

(d) Gold coin and bullion licensed for other proper transactions (not involving hoarding) including gold coin and bullion imported for re-export or held pending action on application for export licenses.

Section 3. Until otherwise ordered by any other person becoming the owner of any gold coin, gold bullion or gold certificates after April 23, 1933, shall within three days after receipt thereof, deliver the same in the manner prescribed in Section 2: unless such gold coin, gold bullion or gold certificates are held for any of the purposes specified in paragraphs (a), (b), or (c) of Section 2: or unless such gold coin, or gold bullion is held for purposes specified in paragraph (d) of Section 2 and the person holding it is, with respect to such gold coin or bullion, a licensee or applicant for license pending action thereon.

Section 4. Upon receipt of gold coin, gold bullion or gold certificates delivered to it in accordance with Section 2 or 3, the Federal reserve bank or member bank will pay therefore an equivalent amount of any form of coin or currency coined or issued under the laws of the United States.

Section 5. Member banks shall deliver all gold coin, gold bullion and gold certificates owned or received by them (other than as exempted under the provisions of Section 2) to the Federal reserve banks of their respective districts and receive credit or payment therefore.

Section 6. The Secretary of the Treasury, out of the sum make available to the President by Section 301 of the Act of March 9, 1933, will in all proper cases pay the reasonable costs of transportation of gold coin, gold bullion or gold certificates delivered to a member bank or Federal reserve bank in accordance with Section 2, 3,or 5 hereof, including the cost of insurance, protection, and such other incidental costs as may be necessary, upon production of satisfactory evidence of such costs. Voucher forms for this purpose may be procured from Federal Reserve Banks.

Section 7. In cases where the delivery of gold coin, gold bullion or gold certificates by the owners thereof within the time set for the above will involve extraordinary hardship or difficulty, the Secretary of the Treasury may, in his discretion, extended the time within which such delivery must be made. Applications for such extensions must be make in writing under oath, addressed to the Secretary of the Treasury and filed with a Federal reserve bank. Each application must state the date to which the extension is desired, the amount and location of the gold coin, gold bullion and gold certificates in respect of which such application is made and the facts showing extension to be necessary to avoid extraordinary hardship or difficulty.

Section 8. The Secretary of the Treasury is hereby authorized and empowered to issue such further regulations as he may deem necessary to carry out the purpose of this order and to issue licenses there under, through each offices or agencies as he may designate, including licenses permitting the Federal reserve banks and member banks of the Federal Reserve System, in return for an equivalent amount of other coin, currency or credit, to deliver, earmark or hold in trust gold coin and bullion to or for persons showing he need for the same for any of the purposes specified in Paragraphs (a), (c) and (d) of Section 2 of these regulations.

Section 9. Whoever willfully violates any provision of this Executive Order or of these regulations or of any rule, regulation or license issued there under may be fined not more than $10,000, or if a natural person, may be imprisoned for not more than ten

years, or both and any officer, director or agency of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisoned, or both.

This order and these regulations may be modified or revoked at any time.

FRANKLIN D. ROOSEVELT
THE WHITE HOUSE
April 5, 1933

Further Information Consult Your Local Bank

GOLD CERTIFICATES may be identified by the words "GOLD CERTIFICATE" APPEARING THEREON. The serial number and the Treasury seal on the face of a GOLD CERTIFICATE are printed in YELLOW. Be careful not to confuse GOLD CERTIFIACTES with other issues which are redeemable in gold but which are not GOLD CERTIFICATES. Federal Reserve Notes and United States Notes are "redeemable in gold" but are not "GOLD CERTIFICATES" and are not required to be surrendered.

Special attention is directed to the exceptions allowed under
Section 2 of the Executive Order

CRIMINAL PENALTIES FOR VIOLATIONS OF EXECUTIVE ORDER

Public Policy HJR-192

JOINT RESOLUTION TO SUSPEND THE GOLD
STANDARD AND ABROGATE THE GOLD
CLAUSE, JUNE 5, 1933
H.J. Res. 192, 73rd Cong., 1st Session
Joint resolution to assure uniform value to the coins and currencies of the United
States.

Whereas the holding of or dealing in gold affect the public interest, and therefore subject to proper regulation and restriction; and

Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount of money of the United States measured thereby, obstruct the power of the Congress to regulate the value of money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it
Resolved by the Senate and House of Representatives of the United States of America in Congress assembled, That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount of money of the United States measured thereby, is declared to be against Public Policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provisions is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled " An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural

indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, for public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved June 5, 1933, 4:30 p.m.

# MEMORANDUM OF LAW
## With Points and Authorities
### On the Monetary Condition that Exists within the uNITED STATES in Support of the USE, TENDER and ACCEPTANCE
of
# International Bill(s) of Exchange

TO WHOM THESE PRESENTS SHALL COME;
TAKE NOTICE:

---

### RE: International 'Bill of Exchange' *Item* tendered for Discharge of Debt:

The instrument AS MAY BE tendered to you through your bank (financial institution) and to be negotiated to the United States Treasury for settlement is an "Obligation of THE UNITED STATES," under Title 18USC Sect.8, representing as the definition provides a "certificate of indebtedness ....drawn upon an authorized officer of the United States," (in this case the Secretary of the Treasury) "issued under an Act of Congress", in this case public law 73-10, HJR-192 of 1933 and Title 31 USC 3123, and 31 USC 5103 and by treaty; in this case the UNITED NATIONS CONVENTION ON INTERNATIONAL BILLS OF EXCHANGE AND INTERNATIONAL PROMISSORY NOTES (UNCITRAL) and the Universal Postal Union headquartered in Bern, Switzerland).

### TITLE 18 - PART I - CHAPTER 1 - Sec. 1. - Sec. 8.

**Sec. 8. - Obligation or other security of the United States defined. The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.**

The International Bill of Exchange is legal tender as a national bank note, or note of a National Banking Association, by legal and/or statutory definition (UCC 4-105, 12CFRSec. 229.2, 210.2, 12 USC 1813), issued under Authority of the United States Code 31 USC 392, 5103, which officially defines this as a statutory legal tender obligation of THE UNITED STATES, and is issued in accordance with 31 USC 3123 and HJR- 192(1933) which establish and provide for its issuance as "Public Policy" in remedy for discharge of equity interest recovery on that portion

of the public debt to its Principals, and  Sureties bearing the Obligations of THE UNITED STATES.

This is a statutory remedy for equity interest recovery due the principles and sureties of the United States **for discharge of lawful debts in commerce in conjunction with US obligations to that portion of the public debt it is intended to reduce.**

During the financial crisis of the depression, in 1933 substance of gold, silver and real money was **removed** as a foundation for our financial system and the Federal Government declared bankruptcy. In its place the **substance** of the American citizenry: **their real property, wealth,** assets and productivity **that belongs to them** was, in effect, **'pledged'** by the government and **placed at risk** as the **collateral for US debt, credit and currency** for commerce to function.

### TAKE NOTICE:

"...**The United States went "Bankrupt" in 1933 and was declared so by President Roosevelt by Executive Orders 6073, 6102, 6111 and by Executive order 6260 on March 9, 1933 (see: Senate Report 93---549 pgs. 187 & 594), under the " With The Enemy Act (Sixty-Fifth Congress, Sess. I, Chs. 105, 106, October 6, 1917), and as codified at 12 U.S.C.A. 95a On May 23, 1933**, Congressman, Louis T. McFadden, brought formal charges against the Board of Governors of the Federal Reserve Bank system, the Comptroller of the Currency and the Secretary of the United States Treasury for criminal acts. The petition for Articles of Impeachment was thereafter referred to the Judiciary Committee, and has yet to be acted upon. (See: Congressional Record pp. 4055---4058) **Congress confirmed the Bankruptcy on June 5, 1933, and impaired the obligations and considerations of contracts through the ' Resolution To Suspend The Gold Standard And Abrogate The Gold Clause, June 5, 1933", (See: House Joint Resolution 192 73rd Congress, 1st session) The several States of the Union pledged the faith and credit thereof to the aid of the National Government..."**
DECLARATION OF CAUSE AND NECESSITY TO ABOLISH AND DECLARATION OF SEPARATE AND EQUAL STATION – Dated 9-21-92 on "U.S. Bankruptcy" – by John Nelson

This is well documented in the actions of Congress and the President at that time and in the Congressional debates that preceded the adoption of the re-organizational measures:

**Senate Document No. 43, 73rd Congress, 1st Session**, stated; "Under the new law the money is issued to the banks **in return for Government obligations, bills of exchange, drafts, notes, trade acceptances, and banker's acceptances. The money will be worth 100 cents on the dollar, because it is backed by** the credit of the nation. **It will represent** a mortgage on all the homes and other property of all the people in the Nation." (Which lawfully belongs to these private citizens.)

### TAKE NOTICE:

"... 31 USC Section 5118 (d) (2) provided for many years that a requirement of repayment of debt in a particular kind of coin or currency could be made by legal tender. As of October 27, 1977, legal tender for discharge of debt is no longer required. That is because legal tender is not in circulation at par with the promises to pay credit. Negotiable Instruments via **Guaranty Trust of New York vs. Henwood**, et al 59 S CT 847 (1933), 307 U.S. 847 (1939), FN3 NOS 384, 485

holds that 31 U.S.C. 5118 was enacted to remedy the specific evil of tying debt to any particular currency or requiring payment in a grater number of dollars than promised. Since October 27, 1977, **there can be no requirement of repayment in legal tender either, since legal tender was not loaned and repayment need only be made in equivalent kind: A negotiable instrument representing credit, i.e.; an International Bill of Exchange**..."

The National Debt is defined as "**mortgages on the wealth and income of the people of a country.**" (Encyclopedia Britannica, 1959.) **Their** wealth, .... **their** income, to wit:

### March 9, 1933 - PAGE 83 - CONGRESSIONAL RECORD – HOUSE

"If the Republican Party had released itself from the clutches of Wall Street and expanded the currency immediately after the Stock-market crash in 1929 or within a year after the crash, our people would have been saved from this awful money panic. Our President will doubtless ask amendments to this new law when conditions are more normal and when it is better understood. Under the new law the money is issued to the banks in return for Government obligations, bill of exchange, drafts, notes, trade acceptances, and banker's acceptances. **The money will be worth 100 cents on the dollar, because it is backed by the credit of the Nation. It will represent a mortgage on all the homes and other property of all the people in the Nation.**" (emphasis added)      [Mortgage equals a Lien!]

— H.R. 1491

Again, the reorganization is evidenced by:

the Emergency Banking Act, March 9, 1933, House Joint Resolution 192, June 5, 1933 (public law 73-10) and the Series of Executive Orders that surrounded them:

6073- Reopening of Banks. Embargo on Gold Payments and Exports, and Limitations
　　　on Foreign Exchange Transactions. March 10, 1933

6111-Transactions in foreign exchange are permitted under Governmental Supervision.
　　　April 20, 1933

6102 - Forbidding the hoarding of gold coin, gold bullion and gold certificates. April 5, 1933.

## TAKE NOTICE:

### At the signing of Coinage Act on July 23, 1965, Lyndon B. Johnson stated in his press Release that:

"When I have signed this bill before me, we will have made the first fundamental change in our coinage in 173 Years. The Coinage Act of 1965 supercedes the Act of 1792. And that Act had the title: An Act Establishing a Mint and Regulating the Coinage of the United States..."
"Now I will sign this bill to make the first change in our coinage system since the 18[th] Century. To those members of Congress, who are here on this historic occasion, I want to assure you that in making this change from the 18th Century *we have no idea of returning to it.*"

On December 23, 1913, Congress had passed "An Act to provide for the establishment of Federal reserve banks, to furnish an elastic currency, to afford a means of rediscounting commercial paper, to establish a more effective supervision of banking in the United States, and **for other purposes**". The Act is commonly known as **the "Federal Reserve Act".**

3 – Memorandum of Law with Points and Authorities on Use of Bills of Exchange

One of the purposes for enacting the Federal Reserve Act was:
(3) **to authorize "hypothecation" of obligations including "United States bonds or other securities which Federal reserve Banks are authorized to hold"** under Section 14(a);
**12 USC; ch. 6, 38 Stat. 251 Sect 14(a)**

The term **"hypothecation"** as stated in Section 14(a) of the Act is defined:

"1. Banking. **Offer of** stocks, bonds, or other **assets owned by a party other than the borrower as collateral for a loan, without transferring title**. If the borrower turns the property over to the lender who holds it for safekeeping, the action is referred to as **a pledge. If the borrower retains possession, but gives the lender the right to sell the property in event of default, it is a true hypothecation.**
2. Securities. The pledging of negotiable securities to collateralize a broker's **margin** loan. The broker pledges the same securities to a bank as collateral for a broker's loan, the process is referred to as **rehypothecation.**"

**[ Dictionary Of Banking Terms, Fitch, pg. 228 (1997) ]**

As seen from the definitions, in hypothecation there is **equitable** risk to the **actual** owner.

Section 16 of the current Federal Reserve Act, which is codified at 12 USC 411, declares that **"Federal Reserve Notes"** are **"obligations of the United States".**

**However,** as to 'notes' of more specifically:

The "giving of a (federal reserve) note does not constitute payment." (See: Echart v Commissioners C.C.A., 42 Fd2d 158).

The use of a (federal reserve) 'Note' is only a promise to pay. (See: Fidelty Savings v Grimes, 131 P2d 894).

That; Legal Tender (federal reserve) Notes are not good and lawful money of the United States. (See: Rains v State, 226 S.W. 189).

That; Federal Reserve Notes are valueless. (See: IRS Codes Section 1.1001-1 (4657) C.C.H.)

That; (federal reserve) 'Notes do not operate as payment in the absence of an agreement that they shall constitute payment.' (See: Blachshear Mfg. Co. v Harrell, 12 S.E. 2d 766).

That; Jerome Daly vs. First National Bank of Montgomery, Minn., Justice Martin V. Mahony, Credit River Township, December 7-9, 1968; **Ruled that Federal Reserve Notes were fiat money and not legal tender.**

So we see the **"full faith and credit"** of the United States; which is the **substance** of the American citizenry; their real property, wealth, assets and productivity that **belongs to them,** is thereby **hypothecated and rehypothecated** by the United States Corporation to **its** obligations

4 – Memorandum of Law with Points and Authorities on Use of Bills of Exchange

as well as to the Federal Reserve **for the issuance and backing of Federal Reserve Notes as legal tender** "for all taxes, customs, and other public dues".

## TITLE 12 > CHAPTER 3 > SUBCHAPTER XII > Sec. 411.

### Sec. 411. - Issuance to reserve banks; nature of obligation; redemption

**Federal Reserve notes**, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. **The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues.**

The commerce and credit of the nation continues on today under financial reorganization (Bankruptcy) as it has since 1933, **still** backed by the assets and wealth of the American people: **at risk** for the **government's** obligations and currency.

Under the 14th amendment and numerous Supreme Court precedents, as well as in equity, **Private property can not be taken or pledged for public use without just compensation, or due process of law .** The United States **can not pledge or risk the property and wealth of its private** citizens, **for any government purpose without legally providing them remedy to recover what is due them on their risk.**

This principle is so well established in English common law and in the history of American jurisprudence. The 14th amendment provides: "**no person shall be deprived of...property without due process of law**". And Courts have long ruled to have one's property legally held as collateral or surety for a debt even when he still owns it and still has it is to **deprive** him of it since it is at risk and could be lost for the debt at any time.

The United States Supreme Court said, in United States v. Russell [13 Wall, 623, 627] "**Private property, the Constitution provides, shall not be taken for public use without just compensation.**"

"**The right of subrogation** is not founded on contract. It **is a creature of equity**; is enforced solely for the purpose of accomplishing the ends of substantial justice; **and is independent of any contractual relations between the parties.**" **Memphis & L. R. R. Co. v. Dow, 120 U.S. 287, 301-302 (1887).**

**The rights of a surety to recovery on his risk or loss when standing for the debts of another** was reaffirmed again as late as 1962 in Pearlman v. Reliance Ins. Co., 371 U.S. 132 when the Court said:

... "**sureties compelled to pay debts for their principal have been deemed entitled to reimbursement, even without a contractual promise ...And probably there are few doctrines better established......**"

**Black's Law Dictionary , 5th edition, defines "surety"; "**One who undertakes to pay **or to do any other act in event that his principal fails therein.** Everyone who incurs **a liability in**

**person or estate** for the benefit of another, without sharing in the consideration, **stands in the position of a "surety."**

Constitutionally and in the laws of equity, the United States **could not borrow or pledge the property and wealth of its private citizens, put at risk as collateral for its currency and credit without legally providing them *equitable remedy for recovery* of what is due them.**

The United States government, of course, did **not** violate the law or the Constitution in this way, in order to collateralize its financial reorganization, but did, **in fact,** provide such a legal remedy so that it has been able to continue on since 1933 to hypothecate the **private** wealth and assets of those classes of persons by whom it is owned, **at risk backing the government's** obligations and currency, **by their implied consent,** through the government having provided such **remedy,** as defined and codified above, for recovery of what is due them on their assets and wealth at risk.

The provisions for this are found in the same act of "Public Policy" **HJR-192 Public Law 73-10** that suspended the gold standard for our currency, abrogated the right to demand payment in gold, and made Federal Reserve notes for the first time legal tender, **"backed by the substance or "credit of the nation".**

**All** US currency since that time is only **credit** against the real property, wealth and assets belonging to the private sovereign American people, **taken** and/or **'pledged'** by THE UNITED STATES to its **secondary** creditors as **security** for its obligations. Consequently, those **backing** the nation's credit and currency **could not** recover what was due them **by anything drawn on Federal Reserve notes without expanding their risk and obligation to themselves.** Any recovery payments backed by **this** currency would only **increase the public debt its citizens were collateral for, which an equitable remedy was intended to reduce,** and in equity would not satisfy anything. And there was no longer **actual money of substance to pay anybody.**

There are other serious limitations on our present system. **Since the institution of these events, for practical purposes of commercial exchange, there has been no actual money in circulation by which debt owed from one party to another can actually be repaid.**
Federal Reserve Notes, although made legal tender for all debts public and private in the reorganization, can only **discharge** a debt. Debt must be **"payed"** with **value or substance** (i.e. gold, silver, barter, labor, or a commodity). For this reason HJR-192 (1933), which established the "public policy" of our current monetary system, repeatedly uses the technical term of **"discharge"** in conjunction with **"payment"** in laying out public policy for the new system. A debt currency system cannot pay debt.

So from that time to the present, commerce in the corporate UNITED STATES and among sub-corporate subject entities has had only debt note instruments by which debt can be discharged and transferred in different forms. The unpaid debt, created and/or expanded by the plan now carries a **public liability** for collection in that when debt is discharged with debt instruments, (i.e. Federal Reserve Notes included), by our commerce, debt is inadvertently being **expanded** instead of being **cancelled,** thus **increasing the public debt. A situation potentially fatal to any economy.**

Congress and government officials who orchestrated the public laws and regulations that made the **financial reorganization** anticipated the long term effect of a debt based financial system which many in government feared, and which we face today in servicing the interest on trillions upon trillions of dollars in US Corporate public debt and in this same act made provision not only for the **recovery remedy to satisfy equity** to its Sureties, but **to simultaneously resolve this problem as well.**

Since it is, in fact, the real property, wealth and assets of that class of persons that is **the substance** backing **all** the other obligations, currency and credit of THE UNITED STATES **and such currencies could not be used to reduce its obligations for equity interest recovery to its Principals and Sureties**, HJR-192 further made the **"notes of national banks** "and **"national banking associations"** on a par with its other currency and legal tender obligations,

The commerce and credit of the nation continues on today under financial reorganization (Bankruptcy) as it has since 1933, **still** backed by the assets and wealth of the American people: **at risk** for the **government's** obligations and currency.

Under the 14th amendment and numerous Supreme Court precedents, as well as in equity, **Private property can not be taken or pledged for public use without just compensation, or due process of law .** The United States **can not pledge or risk the property and wealth of its private** citizens, for any **government** purpose without legally providing them **remedy** to **recover what is due them on their risk.**

This principle is so well established in English common law and in the history of American jurisprudence. The 14th amendment provides: **"no person shall be deprived of...property without due process of law".** And Courts have long ruled to have one's property legally held as collateral or surety for **a** debt even when he still owns it and still has it is to **deprive** him of it since it is at risk and could be lost for the debt at any time.

The United States Supreme Court said, in United States v. Russell [13 Wall, 623, 627] **"Private property, the Constitution provides, shall not be taken for public use without just compensation."** "The **right of subrogation** is not founded on contract. It is **a creature of equity**; is enforced solely for the purpose of accomplishing the ends of substantial justice; **and is independent of any contractual relations between the parties." Memphis & L. R. R. Co. v. Dow, 120 U.S. 287, 301-302 (1887).**

**Now; TITLE 31 , SUBTITLE IV , CHAPTER 51 , SUBCHAPTER I , Sec. 5103. says,**

**Legal tender -** United States coins and currency (including Federal reserve notes and circulating **notes of** Federal reserve banks and **national banks**) are **legal tender** for all debts, public charges, taxes, and dues. (emphasis added)

But this official definition for **'legal tender'** was first established in **HJR-192 (1933)** in the same act that made federal reserve notes **and notes of national banking associations** legal tender.

# Public Policy HJR-192

JOINT RESOLUTION TO SUSPEND THE GOLD
STANDARD AND ABROGATE THE GOLD CLAUSE,
JUNE 5, 1933

H.J. Res. 192, 73rd Cong., 1st Session

Joint resolution to assure uniform value to the coins and currencies of the United States.

(b)      As used in this resolution, **the term "obligation" means an obligation (including
every obligation of and to the United States, excepting currency)** payable in money of the
United States; and **the term "coin or currency" means coin or currency of the United States,
including** Federal Reserve notes and circulating **notes of** Federal Reserve banks and **national
banking associations.**

        **"All coins and currencies of the United States (including** Federal Reserve notes and
circulating **notes of** Federal Reserve banks and **national banking associations)** heretofore or
hereafter coined or issued, **shall be legal tender** for all debts, for public and private, public
charges, taxes, duties, and dues,"

[USC Title. **12.221 Definitions** – "The terms **"national bank"** and **"national banking
association"**....shall be held to be synonymous   and interchangeable."]

**"notes of national banks"** or **"national banking associations"   have continuously been
maintained in the official definition of legal tender since June 5, 1933 to the present day,
when the term had never been used to define "currency "or "legal tender" before that.**

Prior to 1933 the forms of currency in use that were legal tender were many and varied:
-United States Gold Certificates – United States Notes – Treasury Notes – Interest bearing notes

–Gold Coins of United States – Standard silver dollars – Subsidiary silver coins – minor coins

-Commemorative coins –

**But the list did not include federal reserve notes or notes of national banks or national
banking associations** despite the fact national bank notes were a common medium of exchange
or "currency" and had been, almost since the founding of our banking system and were backed
by United States bonds or other securities on deposit for the bank with the US Treasury.
Further, **from the time of their inclusion in the definition they have been phased out until
presently all** provisions in the United States Code pertaining to **incorporated federally
chartered National Banking institutions issuing, redeeming, replacing and circulating notes**
have all been **repealed:**

**USC TITLE 12 > CHAPTER 2 -** NATIONAL BANKS

SUBCHAPTER V - OBTAINING AND ISSUING CIRCULATING NOTES

☐  Sec. 101 to 110. **Repealed.** Pub. L. 103-325, title VI, Sec. 602e5-11, f2-4A, g9, Sept. 23,

8 – Memorandum of Law with Points and Authorities on Use of Bills of Exchange

1994, 108 Stat. 2292, 2294

SUBCHAPTER VI - REDEMPTION AND REPLACEMENT OF CIRCULATING NOTES

☐ Sec. 121. **Repealed.** Pub. L. 103-325, title VI, Sec. 602f4B, Sept. 23, 1994, 108 Stat. 2292

☐ Sec. 121a. Redemption of notes unidentifiable as to bank of issue

☐ Sec. 122. **Repealed.** Pub. L. 97-258, Sec. 5b, Sept. 13, 1982, 96 Stat. 1068

☐ Sec. 122a. Redeemed notes of unidentifiable issue; funds charged against

☐ Sec. 123 to 126. **Repealed.** Pub. L. 103-325, title VI, Sec. 602e12, 13, f4C, 6, Sept. 23, 1994, 108 Stat. 2292, 2293

☐ Sec. 127. **Repealed.** Pub. L. 89-554, Sec. 8a, Sept. 6, 1966, 80 Stat. 633

## As stated in 'Money and Banking", 4th edition, by David H. Friedman, publ. by the American Bankers Association, page 78, "Today commercial banks no longer issue currency, ...."

It is clear, federally incorporated banking institutions subject to the restrictions and repealed provisions of Title 12, are **not** those primarily referred to maintained in the current definition of "legal tender".

**From AFFIDAVIT of Walker F. Todd:** From my study of historical and economic writings on the subject, I conclude that a common misconception about the nature of money unfortunately has been perpetuated in the U.S. monetary and banking systems, especially since the 1930s. In classical economic theory, once economic exchange has moved beyond the barter stage, there are two types of money: money of *exchange* and money of *account*.. For nearly 300 years in both Europe and the United States, confusion about the distinctiveness of these two concepts has led to persistent attempts to treat money of account as the equivalent of money of exchange. In reality, especially in a fractional reserve banking system, a comparatively small amount of money of exchange (e.g., gold, silver, and official currency notes) may support a vastly larger quantity of business transactions denominated in money of account. The sum of these transactions is the sum of credit extensions in the economy. With the exception of customary stores of value like gold and silver, the monetary base of the economy largely consists of credit instruments. Against this background, I conclude that the Note, despite some language about "lawful money" explained below, clearly contemplates both disbursement of funds and eventual repayment or settlement in money of account (that is, money of exchange would be welcome but is not required to repay or settle the Note). ... *Legal tender*, a related concept but one that is economically inferior to *lawful money* because it allows payment in instruments that cannot be redeemed for gold or silver on demand, has been the form of money of exchange commonly used in the United States since 1933, .... *Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-201 (24) (Official Comment), is a concept that sometimes surfaces in cases of this nature.. The referenced Official Comment notes that the definition of money is not limited to *legal tender* under the U.C.C. ... The narrow view that money is limited to legal tender is rejected. Thus, I conclude that the U.C.C. tends to validate the classical theoretical view of money.

Again, citing the Henwood case; "...Negotiable Instruments via **Guaranty Trust of New York vs. Henwood**, et al 59 S CT 847 (1933), 307 U.S. 847 (1939), FN3 NOS 384, 485 holds that 31 U.S.C. 5118 was enacted to remedy the specific evil of tying debt to any particular currency or

9 – Memorandum of Law with Points and Authorities on Use of Bills of Exchange

requiring payment in a grater number of dollars than promised. Since October 27, 1977, **there can be no requirement of repayment in legal tender either, since legal tender was not loaned and repayment need only be made in equivalent kind: A negotiable instrument representing credit, i.e.; an International Bill of Exchange**..."

Or as otherwise stated; **NO ONE TODAY CAN MAKE DEMAND IN PAYMENT IN ANY SPECIFIC COIN OF CURRENCY!**

The legal statutory and professional definitions of **"bank", "banking", and "banker"** used in the United States Code and Code of Federal Regulations are not those commonly understood for these terms and have made the statutory definition of **"Bank"** accordingly:

**UCC 4-105** PART 1 "Bank" means **a person** engaged in the business of banking,"

**12CFRSec. 229.2** Definitions (e) Bank means—"the term bank also includes **any person** engaged in the business of banking,"**

**12CFR Sec. 210.2** Definitions. (d)" Bank means **any person** engaged in the business of banking."

**USC Title 12 Sec. 1813.** –Definitions of Bank and Related Terms. – (1) Bank. - The term "bank" – (A) "means any **national bank**, State bank, and District bank, and any Federal branch and insured branch;"

Black's Law Dictionary, 5th Edition, page 133, defines a **"Banker"** as:

"In general sense, person that engages in business of banking. In narrower meaning, **a private person...; who is engaged in the business of banking without being incorporated.** Under some statutes, an individual banker, as distinguished from a "private banker", is a person who, having complied with the statutory requirements, has received authority from the state to engage in the business of banking, while **a private banker** is a person engaged in banking **without having any special privileges or authority from the state.** "

**"Banking"**- Is partly and optionally defined as **"The business of issuing notes for circulation......, negotiating bills."**

Black's Law Dictionary, 5th Edition, page 133, defines **"Banking":**

**"The business of banking, as defined by law and custom, consists in the issue of notes ......intended to circulate as money........**

And defines a **"Banker's Note"** as:

"A commercial instrument resembling a bank note in every particular except that it is **given by a private banker** or **unincorporated banking institution."**

Federal Statute does **not** specifically define **"national bank"** and **"national banking association"** in those sections where these uses are legislated on to exclude **a private banker** or **unincorporated banking institution.**

It **does** define these terms to the **exclusion** of such persons in the chapters and sections where the issue and circulation of notes by national banks has been **repealed or forbidden.**

**"In the absence of a statutory definition, courts give terms their ordinary meaning. "**Bass, Terri L. v. Stolper, Koritzinsky, 111 F.3d 1325,7[th]Cir. Apps. (1996).

As the U.S. Supreme Court noted, "**We have stated time and again that courts must presume that a legislature says in a statute what it means and means in a statute what it says there.**" See, e.g., United States v. Ron Pair  Enterprises, Inc., 489 U.S. 235, 241 -242 (1989); United States v. Goldenberg,168 U.S. 95, 102 -103 (1897);
**"The legislative purpose is expressed by the ordinary meaning of the words used. "**Richards v. United States, 369 U.S.1 (1962).

Therefore, as noted above, the legal definitions relating to '**legal tender**' have been written by Congress and maintained  as such to be both **exclusive,** where necessary, and **inclusive,** where appropriate, to provide in its statutory definitions of **legal tender** for the **inclusion** of all those, who by definition of  private, unincorporated persons  engaged in the business of banking to issue notes **against** the obligation of the United States for recovery on their risk, whose **private** assets and property are being used to collateralize the obligations of the United States  since 1933,  as collectively and nationally constituting a  legal class of persons being a "**national bank**" or "**national banking association**" with the right to issue such  notes against The Obligation of THE UNITED STATES for equity interest recovery due and accrued to these Principals and  Sureties  of the United States backing the  obligations of US currency and credit;  as a means for the legal tender discharge of lawful debts in commerce as remedy due them in conjunction with US obligations to the discharge of that portion of the public debt,  which is provided for in the present financial reorganization still in effect and ongoing since 1933. [12 USC 411, 18 USC 8, 12 USC; ch. 6, 38 Stat. 251 Sect 14(a), 31 USC 5118, 3123. with rights protected under the 14th Amendment of the United States Constitution, by the U.S. Supreme Court  in United States v. Russell (13 Wall, 623, 627), Pearlman v. Reliance Ins. Co., 371 U.S. 132,136,137 (1962), The United States v. Hooe, 3 Cranch (U.S.)73(1805), and in conformity with the U.S. Supreme Court 79 U.S. 287 (1870),  172 U.S.48 ( 1898), and as confirmed at 307 U.S. 247(1939).]

HJR- 192 further declared …..."**every provision….which purports to give the obligee a right to require payment in gold or** a particular kind  of coin or currency…. is declared to be against  Public Policy; and no such provision shall be ….made with respect to any obligation hereafter incurred.**"

Making way for discharge and recovery on US Corporate public debt due the Principals and Sureties  of THE UNITED STATES providing as "**public policy**" for  the discharge of "**every obligation**", "**including every obligation OF and TO THE UNITED STATES**", "**dollar for dollar**", allowing those backing the US financial reorganization to recover on it by **discharging** an obligation they owed **TO THE UNITED STATES** or its sub-corporate entities, **against that** same amount of obligation **OF** THE UNITED STATES owed to them; **thus providing the** remedy for the discharge and  orderly recovery of equity interest on US Corporate public debt due the Sureties, Principals, and Holders of THE UNITED STATES, discharging that portion of the public debt **without** expansion of **credit,** **debt** or **obligation** on THE UNITED STATES

**or these its prime-creditors** it was intended to satisfy equitable remedy to, **but** gaining for each bearer of such note, discharge of obligation equivalent in value 'dollar for dollar' to any and all **"lawful money of the United States"**.

Those who constitute an association nationwide of private, unincorporated persons engaged in the business of banking to issue notes **against** these obligations of the United States due them; whose **private** property is at risk to collateralize the government's debt and currency, by legal definitions, a **"national banking association"**; such notes, issued **against these obligations of the United States to that part of the public debt due its Principals and Sureties** are required by law to be accepted as "legal tender" of payment for all debts public and private, and, as we have seen, are defined in law as **"obligations of the United States"**, on the same par and category with Federal reserve notes and other currency and legal tender obligations.

This is what is asserted in the tender presented to the bank for deposit and the government has said nothing to the contrary.

Would we question that this is exactly what Congress has provided for in these statutes and codes on the public debt and obligations of the United States and that this is the remedy codified in statutory law and definition we have cited here? Even though it is never discussed.

Under this remedy for **discharge** of the public debt **and recovery** to its Principals and Sureties, **TWO debts** that would have been discharged in Federal Reserve debt note instruments or checks drawn on the same, equally **expanding** the public debt by those transactions, are discharged against **a SINGLE public debt of the Corporate UNITED STATES and its sub-corporate entities** to its prime-creditor **without the expansion [of the debt] and use of Federal Reserve debt note instruments as currency and credit,** and so, **without** the expansion of debt and debt instruments in the monetary system and the **expansion of the public debt** as burden upon the entire financial system and its Principals, and Sureties the recovery remedy was intended to relieve.

Apparently their use is for the discharge and **non-cash accrual reduction** of US Corporate public debt to the Principals, Prime Creditors and Holders of it as provided in law and the instruments will ultimately be settled by adjustment and set-off in discharge of a bearer's obligation TO THE UNITED STATES against the obligation OF THE UNITED STATES for the amount of the instrument to the original creditor it was tendered to or whomever or whatever institution may be the final bearer and holder in due course of it, again, thus discharging **that** portion of the public debt **without expansion of credit, debt or note on the prime-creditors of THE UNITED STATES** it was intended to satisfy equitable remedy to, but gaining for each endorsed bearer of it discharge of obligation equivalent in value 'dollar for dollar' of currency, measurable in **"lawful money of the United States"**.

Although this has been public policy as a remedy for the discharge of debt in conjunction with removal of gold, silver and real money as legal tender currency by the same act of public policy in 1933, it has been a **difficult** concept to communicate for others to accept and to know what to do with it, so its never gained common use and for obvious reasons the government has **NEVER GIVEN THE AMERICAN PEOPLE FULL DISCLOSURE** and therein as **discouraged** public understanding of the remedy and recovery under it and therefore it is **little known** and not

generally accessed by the public. But it is still an obligation the United States has **bound** itself to and has provided for in statutory law and the United States still accepts these non-cash accrual exchanges today as a matter of law and equity. So is the experience of many who have attempted to access the remedy.

That the "public policies" of House Joint Resolution 192 of 1933 are still in effect is evidenced by the other provisions of "public policy" it established that we can see along with these discussed. No one would attempt to demand payment in gold or a particular kind of coin or currency in use or think to write such an obligation into a contract, **because the gold standard for currency is still suspended and the right to a 'gold'clause' to require payment in gold is still abrogated. Both are also part of "public policy" established in HJR-192.**

The practical evidence and fact of the United States' financial reorganization (bankruptcy) is still ongoing today, visible all around us to see and understand. When Treasury notes come due, they're not paid. They are **refinanced** by new T-Bills and notes to back the currency and cover the debts. ..something that cannot be done with debt... **unless,.... the debtor is protected from creditors in a bankruptcy reorganization** that is regularly being **restructured** to keep it going.

Every time the Federal debt ceiling is raised by Congress **they are restructuring the bankruptcy reorganization of the government's debt so commerce can continue on.**

For obvious reasons the United States government does not like having to recognize all this. It is a very sensitive and delicate matter. And few can speak or **will** speak authoritatively about it, as the bank has found out.

The recovery remedy is maintained in law because it has to be to satisfy equity to its prime creditors. At this late time, the United States is neither expecting nor intending it to be generally accessed by the public. Regarding such instruments tendered to the Secretary, when public officials are put in a position to legally acknowledge or deny the authority or validity of the instruments, those in responsibility **will not deny or dishonor it, or an instrument of discharge properly submitted for that purpose.**

The issue is what has the government said about it **now?** What is its policy **in practice?** And how **does** it finally respond to such claims of which it receives thousands every day?

**It is a fact:** Title 31 USC 3123 makes a statutory pledge of the United States government to payment of obligations and interest on the public debt.

TITLE 31 , SUBTITLE III , CHAPTER 31 , SUBCHAPTER II , Sec. 3123. **- Payment of obligations and interest on the public debt**

**(a)** The faith of the United States Government is pledged to pay, in **legal tender,** principal and interest on the obligations of the Government issued under this chapter.

**"(b) The Secretary of the Treasury** shall pay interest due or accrued on the public debt."

**It is a fact:** Title 31 Section 3130 further delineates in its definitions a portion of the total public debt which is **held by the public** as the "Net public debt"

## TITLE 31 > SUBTITLE III > CHAPTER 31 > SUBCHAPTER II > Sec. 3130.

### Sec. 3130. - Annual public debt report

(e) Definitions. -

(2) Total public debt. - The term "total public debt" means the total amount of the obligations subject to the public debt limit established in section 3101 of this title.

### (3) Net public debt. -
**The term "net public debt" means the portion of the total public debt which is held by the public.**

**It is a fact:** Section 3101 references **guaranteed obligations held by the Secretary of the Treasury** which are **excepted** and **exempted** from "the face amount of obligations whose principal and interest are guaranteed by the United States Government"

### Sec. 3101. - Public debt limit

**(b)** The face amount of obligations issued under this chapter and the face amount of obligations whose principal and interest are guaranteed by the United States Government **(except guaranteed obligations held by the Secretary of the Treasury)** may not be more than $5,950,000,000,000, outstanding at one time, subject to changes periodically made in that amount as provided by law.

**It is a fact:** Every day the United States Treasury department receives dozens or hundreds of such instruments making claims of this type. Obviously some are valid and some are not.

**It is a fact:** There are only 3 official government directives or alerts that address spurious, fraudulent, fictitious, or otherwise invalid, instruments sent to the US Treasury for payment, and **only one** that officially states what is to be **official US government policy** and treatment of them if they are received, this is ALERT 99-10: which is also published on the government website for the United States Treasury: www.publicdebt.treas.gov under Frauds and Phonies, The Office of the Comptroller of the Currency, Enforcement & Compliance Division in ALERT 99-10 states:

### "Type: Suspicious Transactions":
**TO:** Chief Executive Officers of all National Banks; all State Banking Authorities; Chairman, Board of Governors of the Federal Reserve System; Chairman, Federal Deposit Insurance Corporation; Conference of State Bank Supervisors; Deputy Comptrollers (Districts); Assistant Deputy Comptrollers; District Counsel and Examining Personnel.

### RE: Fictitious Sight Drafts payable through the U. S. Treasury

It has been brought to our attention that certain individuals have been making and executing worthless paper documents which are titled "Sight Draft". These items state that they are payable through the U. S. Treasury, 1500 Pennsylvania Avenue, NW, Washington, DC 20220. These

14 – Memorandum of Law with Points and Authorities on Use of Bills of Exchange

instruments are being presented for payment at banks and other businesses throughout the United States. **Any of these instruments that are presented to the U. S. Treasury for payment will be returned to the sender** and copies will be provided to the appropriate law enforcement agencies." **Dishonored.**

This is in conformity with the Uniform Commercial Code that parties may rely on their presentment of obligations as settled unless given a Notice of Dishonor, whether directly applicable to Treasury Dept. officers or not.

### UCC3-503. NOTICE OF DISHONOR

*...(b) Notice of dishonor may be given by any person; may be given by any commercially reasonable means, including an oral, written, or electronic communication; and is sufficient if it reasonably identifies the **instrument** and indicates that the instrument has been dishonored or has not been paid or accepted. Return of an instrument given to a bank for collection is sufficient notice of dishonor.*

c) Subject to Section 3-504(c), with respect to an instrument taken for collection notice of dishonor must be given.... **within 30 days following the day on which the person receives notice of dishonor. With respect to any other instrument, notice of dishonor must be given within 30 days following the day on which dishonor occurs.**

**These instruments are never returned from the Treasury dishonored.**

**It is a fact:** There is no basis or reason or plausible explanation for such **unexplained silence** with regard to these particular instruments.

Every other branch of the Federal government including the Dept. of the Treasury has developed elaborate libraries of computer generated form letters of statements and replies dealing with almost every possible question or claim that could be made of any agency or department of the Federal government. The United States Treasury has an Office of Public Correspondence whose sole job it is to respond to communications from the general public. **THERE IS NO COMMUNICATION SENT TO THE UNITED STATES TREASURY THAT CAN NOT BE RESPONDED TO AS IT MAY REQUIRE.**

Many such categories of requests calling for response are **far greater** in number than claims in equity for recovery to a Prime-creditor over the United States and some categories are **far fewer** in number, and yet be the requests greater or smaller in number or in complexity of response required, **all these of a commercial nature are regularly and timely responded to.**

**There is virtually no written response by the Federal government to this issue of recovery to the prime-creditors and holders in equity over the United States. The factually observable position of the Secretary of the Treasury and his department in response to THIS type of claim has been ABSOLUTE SILENCE be they from bank, business or private person:**

**Not denial, disavowal, dishonor, or repudiation of such claims OR their basis in law and fact if they are not true, which in every other case of correspondence to the Federal government or the Department of Treasury dealing with any question, request or claim: ANY SUCH FALSE CLAIM, MISCONCEPTION OR MISTAKEN UNDERSTANDING**

**ON THE PART OF THE GENERAL PUBLIC IS TIMELY DEALT WITH IN EVERY CASE BY SUCH FORM LETTERS.**

It is the **duty** of the United States Treasury to the commerce of the nation and in the interests of the general public whom it serves to **quickly** and **conclusively quash and repudiate any such false understandings or claims of remedy in equity on recovery of the public debt in the commercial realm and it is easily within their power to do so.**

**This despite the fact** the only official US government directive from the Department of the Treasury dealing with policy of the government toward fictitious or otherwise invalid instruments sent to the Treasury for collection states **clearly "they will be returned to the sender."**

There is, therefore, no basis or reason or plausible explanation for such **unexplained silence** with regard to **this** particular class of instrument **except** that **a remedy in equity for recovery to the prime-creditors over the United States IS true and factual and CANNOT BE DENIED or DISHONORED in equity, and that such Bills of Acceptance in discharge of mutually offsetting obligations between the United States and its holders in equity as** secured parties **ARE, in fact, being kept, held, and without return or dishonor, accepted as obligations of the United States in the discharge and recovery of the public debt as they make claim on their face to the Secretary of the Treasury to be.**

**How** they are to be recovered on is up to the parties involved holding such obligations and is provided for in law and regulation and administrative procedure a holder or its banking institution may use.

Following is the comment by Earl R. Koskella – Retired Bank Foreclosure Officer, Peoria, Arizona – November 2005 on the matter of 'Bills of Exchange':

"Constitutionally and in the laws of equity, the United States could not barrow, or pledge the property and wealth of its Private Citizens [and] put at risk as collateral for its currency, and credit without legally providing these citizens equitable remedy for recovery of what is due them. Although it has been public policy as a remedy for the discharge of debt in conjunction with [the] removal of gold and silver, and "Real" money as legal tender currency by the same Act of Public Policy (HJR-192) in 1933.

It has been a difficult concept to communicate to others to accept and to know what to do with it, so it never gained common use. This is not a popular subject with the U.S. Government, and for obvious reasons, the government has discouraged public understanding of what has taken place and the available remedy and recovery.

It is therefore little known, and rarely accessed by the public. It [the Bill of Exchange] is still an obligation of the United States which it has bound itself to, and has provided for in statutory law. The United States 'Government' still accepts these non-cash accrual exchanges today as a matter of law and equity. It involves no moving of [so-called] money, but a paper debit/credit exchange. This has been the experience of knowledgeable citizens who have proceeded to access the remedy.

The Recovery Remedy is maintained in Law, because it has to be… to satisfy its Prime Creditors [Secured Party Creditors].

Every branch of the Federal Government, including the Department of Treasury, has developed elaborate libraries of computer generated form letters of statements, and replies dealing with almost every possible question of claim that could be presented to any agency or department of the Federal Government. The United States Treasury has an 'Office of Public Correspondence' whose sole job is to respond to communications from the general public. There is no communication sent to the United States Treasury that cannot be responded to, as it may require.

When the United States Department of Treasury receives a Citizen's 'Bill of Exchange' [via] in a *UCC Contract Trust Account Redemption process*, it takes it without responding to that Citizen. (Note; How many people who have sent them a Bill of Exchange have ever gotten a response to their Bills of Exchange?) Remember; what they don't say is more important than what they do!) There is no basis or reason, or plausible explanation for the typical unexplained silence with regard to this particular class of instruments.

Except that a remedy in equity, for recovery to the Prime Creditor of the Unites States, is true and factual, cannot be denied or dishonored in equity. Such 'Bills of Exchange' in discharge of debt of mutual and off-setting obligations between the United States and it holders in equity, as 'Secured Parties', are, in fact being kept, held, and without return or dishonor, accepted as obligations of the united States in the Discharge and Recovery of Public Debt."

## IN CONCLUSION:

**When a Commercial Bank sends the instrument to the Secretary for discharge of its own obligations and a problem arises concerning the instrument, a commercial response of some kind is required. There is a legal liability of the government to a negotiable legal tender obligation upon the United States government sent to them for acceptance by a member Federal Reserve Bank after they received it and became responsible for it.**

The Treasury has an obligation as a department of government serving the public interest to the bank which as a member of the Federal Reserve System that has a commercial obligation to an account holder and a 3rd party who tendered the item in payment to tell them that its not any good or its not going to be honored, even if they wanted to keep it for prosecution or investigation. This is in effect what the directive says the government will do if its no good. **What does statutory law, regulation, or case law tells us about what that obligation is?**

They do not dishonor it in any way by return of the item or the sending of any notice to that effect, or make request for additional information or time for examination of the instrument, or given a statement of explanation indicating the time frame for its review and settlement if it would be an inordinately lengthy time as longer than 60 days to finish with it. The instruments are being kept, held, and without return or dishonor, are accepted as an obligation of the United States in the discharge and recovery of the public debt as it makes claim on its face to be.

Put another way: If the bank had had to pay the item to honor its customer agreement as if it had been a check, **what would or could the bank be trying to do with it to finally settle the account? The bank needs to treat the Instrument tendered as an obligation of the United States to the bank. The tender of these instruments discharge the obligation of the debt for which they are delivered and the payee becomes the new holder in due course and collection agent on the instruments.**

**THEREFORE:**

"Those who constitute an association nationwide of private, unincorporated persons engaged in the business of banking to issue notes **against** these obligations of the United States due them; whose **private** property is at risk to collateralize the government's debt and currency, by legal definitions, a **"national banking association"**; such notes, issued **against these obligations of the United States to that part of the public debt due its Principals and Sureties** *are required by law to be accepted as "legal tender" of payment for all debts public and private*, and are defined in law as **"obligations of the United States"**, on the same par and category with Federal reserve notes and other currency and legal tender obligations." (Page 8)

...and citing 'State and Federal Tender of Statutes as codified in the UCC and State level commercial code sections:

**Oregon Revised Statute 81.010** Effect of unaccepted offer in writing to pay or deliver. An offer in writing to pay a particular sum of money or to deliver a written instrument or specific personal property is, if not accepted, equivalent to the actual production and tender of the money, instrument or property.

**Section 3-603 of the Uniform Commercial Code (UCC)** says, "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender..."

## Summary of the use of Commercial Paper/Instruments including Bills of Exchange as they relate to the discharge of all debts.

THAT, the various and numerous references to Case Law, Legislative History, State and Federal Statutes/Codes, Federal Reserve Bank Publications, supreme Court decisions, the Uniform Commercial Code, U.S. constitution, State constitutions, and general recognized maxims of Law as cited herein and throughout all documentation relating to Bills of Exchange, notes, drafts, etc., (i.e. money, legal tender, currency) establish the following:

(a) That, the U.S. federal government did totally and completely debase the organic, lawful, constitutional coin of the several States and the United States.

(b) That, the federal government and the several united States have, and continue, to breach the express mandates of Article I, §§ 8 & 10 of the federal Constitution regarding the minting and circulation of lawful coin.

(c) That, the lawful coin (i.e., organic medium of exchange) and former ability to PAY debts – has been replaced with fiat, paper currency, with a limited capacity to only DISCHARGE debts.

(d) That, the Congress of the United States did legislate and provide the American people a remedy/means to discharge all debts "dollar for dollar" via HJR 192 - due to the declared Bankruptcy of the corporate United States and the abolishment of constitutional coin.

(e) That, the corporate United States, the several States of the Union, intergovernmental organizations, and other nations of the world, recognizes this current, circulating medium of exchange as commercial paper/instruments, negotiable or non-negotiable, the same being accepted as legal tender or money, etc., as set forth in the Uniform Commercial Code.

(f) That, commercial paper/instruments in the form of a Bill of Exchange as registered with the Secretary of State and routed through the United States Department of Treasury, is but another form of legal tender/money/currency.

18 – Memorandum of Law with Points and Authorities on Use of Bills of Exchange

PAGE  1  **State of Delaware**

SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DELAWARE 19903

*071375303*

9597338
MICHAEL D. STUBBS
P.O. BOX 591
PICAYUNE                    MS    39466

12-31-2007

| DESCRIPTION | AMOUNT |
|---|---|
| 20074919188 - | |
| UCC1   UCC-1 | |
| UCC1 Filing Fee | 75.00 |
| FILING TOTAL | 75.00 |
| CHARGED TO ACCOUNT | 75.00 |

The following Debtor Names were indexed in the UCC
Management System as a result of this filing:
  BANKAMERICA CORPORATION
  LEWIS, KENNETH D.

DELAWARE DEPARTMENT OF STATE
U.C.C. FILING SECTION
FILED 08:00 AM 12/26/2007
INITIAL FILING # 2007 4919188

SRV: 071375303

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

:Michael-Demond:Stubbs
c/o Post Office Box 591
Picayune, Mississippi [39466]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BankAmerica Corporation** | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 4492 Roswell Road, N.E. | Atlanta | GA | 30342 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | Private | USA | NC1-007-56-11 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Lewis | Kenneth | D. | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 100 North Tyron Street | Charlotte | NC | 28255 | USA |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **JAYCEE DEVELOPMENT, LIMITED-LIABILITY COMPANY** | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 4527 Wieuca Drive | Atlanta | Geo. | 30342 | USA |

**4. This FINANCING STATEMENT covers the following collateral:** "When an instrument is recorded in the appropriate public office, it is constructive notice of its contents to the whole world." [Black's Law Dictionary, Sixth Edition, page 1275]. This is an informational in lieu of recording, original UCC Financing Statement recorded into the Clerk of Superior Court Office, Fulton County, Georgia, Recording Division, File Number: 0602007-09068; and UCC-3 Financing Statement Amendment recorded into the Washington State, Department of Licensing, File Number: 2007-204-7334-8.

| 5. ALTERNATIVE DESIGNATION [if applicable] | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | BaukAmerica Corporation |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME,SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME STUBBS | FIRST NAME MICHAEL | MIDDLE NAME D. | SUFFIX |
| 12c. MAILING ADDRESS c/o POST OFFICE BOX 591 | CITY PICAYUNE | STATE MS | POSTAL CODE 39466 | COUNTRY USA |

**13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.**

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):**

**17. Check only if applicable and check only one box.**

Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)



Comptroller of the Currency
Administrator of National Banks

December 14, 2007

Michael D. Stubbs
Post Office Box 591
Picayune MS 39466

Re: Case# 718711
BANK OF AMERICA, NATIONAL ASSOCIATION

Dear Mr. Stubbs:

This letter acknowledges a case has been opened in the Customer Assistance Group of the Office of the Comptroller of the Currency (OCC), which was forwarded to this agency by the Georgia Department of Banking and Finance. The focus of the OCC's review of consumer complaints against national banks is to determine whether the banks' actions are consistent with banking statutes, regulations or any policies that are applicable to nationally chartered banking institutions.

In your correspondence with this agency, you requested to place a lien against the bank's assets because it it verified funds on a check and guaranteed the check but the account has not been credited for the funds.

The OCC contacted the bank, which responded directly to our office. Due to privacy laws, the bank was unable to response to your inquiry.

The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with resolution of your complaint, you may wish to consult legal counsel so as to preserve your rights.

We trust this is responsive to your complaint. If we can assist you in the future, please do not hesitate to contact our office.

Sincerely,
*Debra Baker*
Debra Baker
Customer Assistance Group
Customer Service Manager

Customer Assistance Group, 1301 McKinney Street, Suite 3450, Houston, Texas 77010-9050
Phone: (800) 613-6743, FAX: (713) 336-4301



Comptroller of the Currency
Administrator of National Banks

August 28, 2007

Michael D. Stubbs
Post Office Box 591
Picayune, MS 39466

Re:    Case# - 718711
       BANK OF AMERICA, NATIONAL ASSOCIATION

Dear Mr. Stubbs:

This letter acknowledges a case has been opened in the Customer Assistance Group of the Office of the Comptroller of the Currency (OCC), which was forwarded to this agency by the Georgia Department of Banking and Finance. Please make note of the case number listed above. You should reference this case number when inquiring about the case by phone or include this number on any correspondence you may provide to this office. We will review the information you have provided, contact the bank if necessary for additional information and inform you of our decision.

While complaint-processing times vary, the average complaint is usually completed within 60 days. If you believe you will be harmed by this delay, we can only suggest you consult legal counsel to protect your rights. If you have questions, please contact this office at the number below.

Sincerely,

*Debra Baker*

Debra Baker
Customer Assistance Group
Customer Service Manager



# Department of Banking and Finance

*2990 Brandywine Road, Suite 200*
*Atlanta, Georgia 30341-5565*
*770-986-1633*
*www.gadbf.org*

*Sonny Perdue*
*Governor*

*Robert M. Braswell*
*Commissioner*

August 16, 2007

Michael D. Stubbs
P.O. Box 591
Picayune, MS 39466

Re:     Bank of America
        Complaint Record No. 17077

Dear Mr. Stubbs:

This letter is in response to your complaint received by this Department regarding your matter at issue with Bank of America. Please note that Bank of America is currently regulated by the Office of the Comptroller of the Currency or OCC rather than this Department. You should contact the OCC for further assistance. Their contact information is detailed below. As a courtesy to you I have forwarded a copy of your correspondence and this letter directly to them.

### Office of the Comptroller of the Currency

Customer Assistance Group
1301 McKinney Street, Suite 3450
Houston, Texas 77010
(800) 613-6743
(713) 336-4301
www.occ.treas.gov

Please feel free to contact me with any questions and thank you for bringing this matter to the Department's attention.

Sincerely,

Rick Vangum Esq.
Legal and Consumer Affairs Specialist

cc:     OCC



7006 0810 0001 5990 0604

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 250 |
| Certified Fee | 2,15 | |
| Return Receipt Fee (Endorsement Required) | 1,65 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 730 |

PICAYUNE M.S 39466 AUG 11 2007 Here

Sent To Dept. of Banking and Finance; State of Georgia
Street, Apt No.; or PO Box No. 2990 Brandywine Rd., Suite 200
City, State, ZIP+4 Atlanta, Georgia 30341-5565

PS Form 3800, June 2002                See Reverse for Instructions

---

UNITED STATES POSTAL SERVICE

MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

• Sender: Please print your name, address, and ZIP+4 in this box •

Content(s): Affidavit of Obligation/Commercial Lien

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Banking and Finance
State of Georgia
2990 Brandywine Rd., Suite 200
Atlanta, Georgia 30341-5565

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
08/14/0

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)
7006 0810 0001 5990 0604

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



7006 0810 0001 5990 0628

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.50 | 0628 |
| Certified Fee | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $7.30 | 08/11/2007 |

Sent To Dept. of Admin. Services, State of Georgia
Street, Apt. No.; or PO Box No. 200 Piedmont Ave., Suite 1804, W. Tower
City, State, ZIP+4 Atlanta, Georgia 30334-9010

PS Form 3800, June 2002                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RISK MANAGEMENT SERVICES
DEPARTMENT OF ADMINISTRATIVE
SERVICES, STATE OF GEORGIA
200 Piedmont, Ave. Suite 1804
West Tower
Atlanta, Georgia 30334-9010

2. Article Number
*(Transfer from service label)*        7006 0810 0001 5990 0628

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by ( Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

RMS RISK MANAGEMENT SERVICES
RECEIVED
AUG 1 4 2007

3. Service Type
   ☒ Certified Mail   □ Express Mail
   □ Registered       ☒ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

---

UNITED STATES POSTAL SERVICE, ATLANTA, GA 30304
15 AUG 2007 PM 4 T

● Sender: Please print your name, address, and ZIP+4 in this box ●

MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI  39466

Content(s): Affidavit of Obligation/Commercial Lien

September 15, 2007

:Michael-Demond:Stubbs
care of postal service:
Post Office Box 591
Picayune, Miss. [39466]

CERTIFIED MAIL/RETURN RECEIPT:

Comptroller of the Currency                    7004 2510 0005 8904 0344
Administrator of National Banks
1301 McKinney Street
Suite 3450
Houston, Texas 77010-9050

RE: Case#-718711

Dear Debra Baker,

        Enclosed please find a UCC-3 Financing Statement Amendment that I request
you place in the file that you have open for me, i.e. Case# - 718711.  I am
positive that it will aid you in making the appropriate decision in this matter.

        I patiently await your response in this matter.  I remain...

Very yours truly,

By: _____
    :Michael-Demond:Stubbs, Auth. Rep.

Enclosure(s): UCC Financing Statement AMENDMENT
              File Number: 2007-240-7918-8

This ACKNOWLEDGMENT reflects the information on file with
the Washington State Department of Licensing.

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MICHAEL-DEMOND: STUBBS
PO BOX 591
PICAYUNE MS 39466

Date of Filing :   Aug 27, 2007

Time of Filing:   05:00 PM

File Number  :   2007-240-7918-8

A Continuation Statement may be filed within
six months of the Lapse Date of :  None

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #   2005-208-9508-1

1b. This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is
continued for the additional period provided by applicable law

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a and 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collteral description, or describe collateral ☒ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of asignor, if this an Assignment). If this is an Amendment authorized by a Debtor which
adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Stubbs | Michael | Demond | |

10. OPTIONAL FILER REFERENCE DATA

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV.07/29/98)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
:Michael-Demond:Stubbs
c/o Post Office Box 591
Picayune, Mississippi  [39466]
```

Revenue Tracking Number
**1 1 7 0 7 7 3**

082707   13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is |
|---|---|
| 2005-208-9508-1 | ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

This statement is a release and assignment of the item/draft/instrument, i.e. Bonded Bill of Exchange Order-Bill of Acceptance-Time Draft-#7005 2570 0000 7590 0719 described in the UCC Financing Statement Amendment Filing Number 2007-207-8293-8 recorded in the Washington State Department of Licensing, in which Secured Party holds all interest. Adjustment from Public Policy HJR-192, Public Law 73-10, UCC §§1-104 and 10-104 in the amount of the full face value of the item/draft/instrument, i.e. $9,500,000.00, is hereby released and assigned to: JAYCEE DEVELOPMENT L.L.C., c/o 5107 Green Creek Terrace, Glenndale, Maryland 20769; for complete settlement of Invoice No. #112. PAY IN THE ORDER OF: JAYCEE DEVELOPMENT L.L.C., THE SUM OF Nine Million Five Hundred Thousand Dollars and Zero Cents ($9,500,000.00).

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Stubbs | Michael | Demond | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)



This ACKNOWLEDGMENT reflects the information on file with the Washington State Department of Licensing.

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

    MICHAEL DEMOND STUBBS
    PO BOX 591
    PICAYUNE MO 39466

**Date of Filing :** Jul 25, 2007
**Time of Filing:** 05:00 PM
**File Number :** 2007-207-8293-8

A Continuation Statement may be filed within six months of the Lapse Date of : None

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #    2005-208-9508-1

1b. This FINANCING STATEMENT AMENDMENT is
☐ to be filed (for record) (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a and 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

6. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **OR** 9b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| STUBBS | MICHAEL | DEMOND | |

10. OPTIONAL FILER REFERENCE DATA

Attachment 1 of 1 to Filing Number 2007-207-8293-8

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

:Michael-Demond:Stubbs
c/o Post Office Box 591
Picayune, Mississippi 39466

Revenue Tracking Number
1 1 6 8 1 6 8

072507   13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2005-208-9508-1

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☒ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

When an instrument is recorded in the appropriate public office, it is constructive notice of its contents to the whole world. [Black's Law Dictionary, Sixth Edition, page 1275]. The following is part of the original filing as all proceeds, products, accounts and fixtures of the item/draft/instrument incorporated by reference herein, are accepted for value and exempt from levy and are personal property of the Debtor, whereby the Secured Party holds all interest: Bonded Bill of Exchange Order-Bill of Acceptance-Time Draft - #7005 2570 0000 7590 0719 and Invoice #112 from JAYCEE DEVELOPMENT L.L.C., which is placed in the local chamber for Commercial Registration of the equal exchange. This equal exchange is in accord with Public Policy HJR-192 and UCC 10-104.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
STUBBS | MICHAEL | DEMOND

10. OPTIONAL FILER REFERENCE DATA
Secured Party and Authorized Representative :Michael-Demond:Stubbs

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

STATE OF FLORIDA UNIFORM COMMERCIAL CODE
FINANCING STATEMENT AMENDMENT FORM

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

B. SEND ACKNOWLEDGEMENT TO:
Name Michael Demond Stubbs(c)1991
Address Post Office Box 591
Address
City/State/Zip Picayune, Mississippi  39466

**FLORIDA SECURED TRANSACTION REGISTRY**

# FILED
2007 Jul 24 AM 12:00
****** 200706114432 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # 200602976136 | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. |
|---|---|---|

2. CURRENT RECORD INFORMATION – DEBTOR NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME STUBBS | FIRST NAME MICHAEL | MIDDLE NAME DEMOND | SUFFIX |

3. CURRENT RECORD INFORMATION – SECURED PARTY NAME – INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME Stubbs | FIRST NAME Michael | MIDDLE NAME Demond | SUFFIX |

4. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

5. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

6. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 9a or 9b and address of assignee in item 9c; and also give name of assignor in item 11.

7. ☐ AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 8 and/or 9

☐ CHANGE name and/or address: Give current record name in item 8a or 8b; Also give new name (if name change) in item 9a or 9b and/or new address (if address change) in item 9c.  ☐ DELETE name: Give record name to be deleted in item 8a or 8b.  ☐ ADD name: Complete item 9a or 9b, and 9c; also complete items 9d-9g (if applicable).

8. CURRENT RECORD INFORMATION – INSERT ONLY ONE NAME (8a OR 8b) – Do Not Abbreviate or Combine Names

| 8a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

9. CHANGED (NEW) OR ADDED INFORMATION: – INSERT ONLY ONE NAME (9a OR 9b) – Do Not Abbreviate or Combine Names

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUALS' LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 9d. TAX ID# | REQUIRED ADD'L INFO RE: ORGANIZATION DEBTOR | 9e. TYPE OF ORGANIZATION | 9f. JURISDICTION OF ORGANIZATION | 9g. ORGANIZATIONAL ID# | ☐ NONE |

10. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

When an instrument is recorded in the appropriate public office, it is constructive notice of its contents to the whole world. [Black's Law Dictionary, Sixth Edition, page 1275]. The following is part of the original filing as all proceeds, products, accounts and fixtures of the item/draft/instrument incorporated by reference, are accepted for value

11. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor, which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 11b. INDIVIDUALS' LAST NAME STUBBS | FIRST NAME MICHAEL | MIDDLE NAME DEMOND | SUFFIX |

12. OPTIONAL FILER REFERENCE DATA  Secured Party and Authorized Representative Michael-Demond:Stubbs

STANDARD FORM - FORM UCC-3 (REV.12/2001)          Filing Office Copy          Approved by the Secretary of State, State of Florida

STATE OF FLORIDA UNIFORM COMMERCIAL CODE
FINANCING STATEMENT AMENDMENT FORM - ADDENDUM

13. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

**200602976136**

14. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 11 on Amendment form)

| 14a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| STUBBS | MICHAEL | DEMOND | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

15. Use this space for additional information.

and are exempt from levy and are personal property of the Debtor, whereby the Secured Party
holds all interest: **Bonded Bill of Exchange Order-Bill of Acceptance-Time Draft -#7005
2570 0000 7590 0719** and **Invoice #112 from JAYCEE DEVELOPMENT L.L.C.**, which is placed in
the local chamber for Commercial Registration of the equal exchange.  This equal exchange
is in accord with Public Policy HJR-192 and UCC 10-104.

[The Remainder of this Page was intentionally left blank].

:Michael-Demond:Stubbs
c/o Post Office Box 591
Picayune, Mississippi
non domestic

_____

DEPARTMENT OF BANKING AND FINANCE
STATE OF GEORGIA
2990 Brandywine Rd., Suite 200
Atlanta, Georgia 30341-5565
Certified Mail Return Receipt No.:7006 0810 0001 5990 0604


RISK MANAGEMENT SERVICES
DEPARTMENT OF ADMINISTRATIVE SERVICES
STATE OF GEORGIA
200 Piedmont Avenue, Suite 1804, West Tower
Atlanta, Georgia 30334-9010
Certified Mail Return Receipt No.:7006 0810 0001 5990 0628


EQUALITY UNDER THE LAW IS MANDATORY AND PARAMOUNT BY LAW

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCPAL IS NOTICE TO ALL AGENTS

To Whom These Presents Shall Come:

    **Greetings!**  Enclosed please find an **Affidavit of Obligation Commercial Lien.**

    I herein demand that a lien be placed on the Lien Debtor(s) Operational/
Commercial/Public Hazard Bond(s) until the amount now due and owing is **paid-
in-full.**  Should you need to contact the Lien Debtor(s) insurance company or
otherwise, it is your duty to do so and have said lien lodged and oversee that
Lien Debtor(s) pay their debts.

    Should you need to transfer a copy of the enclosed **Affidavit of Obligation
Commercial Lien** to any other department, please do so and send me notification
and acknowledgement of your actions pursuant to the Code of Federal Regulation(s).

    I patiently await your response and your assistance is very much appreciated.

    I remain........

Sincerely,

By:_____          August 6, 2007
  :Michael-Demond:Stubbs, Authorized Representative          Date
  in and on behalf of Lien Claimant(s)

Enclosure(s): (as stated w/attachments)

COVER LETTER  1 of 1

```
[ A Security (15 USC)  ]
[ A USSEC Tracer Flag  ]
[ Not a point of Law   ]
```

### Affidavit of Obligation

#### Commercial Lien

#### ( This is a verified plain statement of fact )

**Maxims:**

All men and women know that the foundation of law and commerce exists in the telling of the truth, the whole truth, and nothing but the truth.

Truth as a valid statement of reality is sovereign in commerce.

An unrebutted affidavit stands as truth in commerce.

An unrebutted affidavit is acted upon as the judgment in commerce.

Guaranteed--All men shall have a remedy by the due course of law. If a remedy does not exist, or if the existing remedy has been subverted, then one may create a remedy for themselves and endow it with credibility by expressing it in their affidavit. (Ignorance of the law might be an excuse, but it is not a valid reason for the commission of a crime when the law is easily and readily available to anyone making a reasonable effort to study the law.).

All corporate government is based upon Commercial Affidavits, Commercial Contracts, Commercial Liens and Commercial Distresses, hence, governments cannot exercise the power to expunge commercial processes.

The Legitimate Political Power of a corporate entity is absolutely dependent upon its possession of Commercial Bonds against Public Hazard, because no Bond means no responsibility, means no power of Official signature, means no real corporate political power, means no privilege to operate statutes as the corporate vehicle.

The Corporate Legal Power is secondary to Commercial Guarantors. Case law is not a responsible substitute for a Bond.

Municipal corporations which includes cities, counties, states and national governments have no commercial reality without bonding of the entity, its vehicle (statutes), and its effects (the execution of its rulings).

Except for a Jury, it is also a fatal offense for any person, even a Judge, to impair or to expunge, without a Counter-Affidavit, any Affidavit or any commercial process based upon an Affidavit.

Judicial non-jury commercial judgments and orders originate from a limited liability entity called a municipal corporation, hence must be reinforced by a Commercial Affidavit and a Commercial Liability Bond.

A foreclosure by a summary judgment (non-jury) without a commercial bond is a violation of commercial law.

Commercial Lien -- 1 of 8

Governments cannot make unbonded rulings or statutes which control commerce, free enterprise citizens, or sole proprietorships without suspending commerce by a general declaration of martial law.

It is tax fraud to use Courts to settle a dispute/controversy which could be settled peacefully outside or   without the Court.

An official (officer of the court, policeman, etc.) must demonstrate that he/she is individually bonded in order to use a summary process.

An official who impairs, debauches, voids or abridges an obligation of contract or the effect of a commercial lien without proper cause, becomes a lien debtor and his/her property becomes forfeited as the pledge to secure the lien.  Pound breach (breach of impoundment) and rescue is a felony.

It is against the law for a Judge to summarily remove, dismiss, dissolve or diminish a Commercial Lien.  Only the Lien Claimant or a Jury can dissolve a commercial lien.

Notice to agent is notice to principal; notice to principal is notice to all agents.

<u>PUBLIC HAZARD BONDING OF CORPORATE AGENTS</u>  All officials are required by federal, state and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance.  Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prima facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office.  Lien Claimant(s) hereby demand the name, address and telephone number of BANK OF AMERICA CORPORATION'S Bonding Company and hereby demand that a lien be placed against BANK OF AMERICA CORPORATION'S Bond(s), Commercial, Operational and/or otherwise, until the debt that is now due and owing is satisfied (**paid-in-full**).

**Parties:**

**Lien Claimant(s):**

JAYCEE DEVELOPMENT L.L.C.
c/o 4527 Wieuca Drive
Atlanta, Georgia 30342

-and-

MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
c/o Post Office Box 591
Picayune, Mississippi  39466

**Lien Debtor(s):**

KENNETH D. LEWIS d.b.a. CHAIRMAN, CHIEF EXECUTIVE OFFICER AND PRESIDENT, BANK OF AMERICA CORPORATION
c/o 100 North Tryon Street
Charlotte, North Carolina 28255

Commercial Lien -- 2 of 8

-and-

BANK OF AMERICA CORPORATION
4492 Roswell Road, N.E.
Atlanta, Georgia 30342

-and-

**OTHER** Party/Lien Debtor

STATE OF GEORGIA
214 State Capitol
Atlanta, Georgia 30334

[Bierczynski v. Rogers, 239 A.2d 218 (Del. 1968); Michie v. Great Lakes Steel
Div. Nat'l Steel Corp, 495 F.2d 213 (6th cir. 1974)("If none of the Defendants
can produce satisfactory proof as to who is responsible, all will be jointly
and severally liable.")].

**Allegations:** All private administrative remedies have been exhausted and all
parties are in agreement, as they operate in favor of Lien Claimant(s); and

[a]. Based upon the Private Administrative Record, and applicable principles
and maxims of law, the record shows the admissions, stipulations, confessions,
'general acquiescence', and irrevocable agreements of the named Lien Debtor(s),
jointly and severally, to the tortious conduct, Assessment of Damages, etc.,
in favor of Lien Claimant(s), as established by Lien Debtor(s)' Tacit Procuration/
Agreement and **default** and thereby admitted liabilities, Assessment of Damages,
and untold private injuries, etc., as demonstrated in the attached and fully
incorporated by reference herein as if set forth al length herein, **"Perfected
Security Interest"** in the nature of an UCC-1 Financing Statement File Number:
         **0602007-09068**, recorded in the Clerk's Office of the Superior Court,
Fulton County, Georgia; and **2007-207-8333-1**, recorded in The Department of Licensing,
Washington State; and elsewhere, **in the now due and owing amount of Thirty Three
Million Five Hundred Thousand Dollars in functional United States Currency,**
(i.e. $33,500,000.00). See fully incorporated Attachment "A".

[b]. The Parties a'so agreed and stipulated to the facts, as they operate in
favor of Lien Claimant(s), as follows:

1.      THAT, on December 14, 2006, MICHAEL D. STUBBS mailed to JAYCEE
DEVELOPMENT L.L.C., a Bonded Bill of Exchange Order #7005 2570 0000 7590 0719,
to discharge the debt as shown in Invoice #112 from JAYCEE DEVELOPMENT L.L.C.
See Attachment "B", fully incorporated by reference herein as if set forth at
length herein.  JAYCEE DEVELOPMENT L.L.C. accepted the Bonded Bill of Exchange
Order with no objections as to the form of payment, id.; and

2.      THAT, on or about December 26, 2006, one of the owners of JAYCEE
DEVELOPMENT L.L.C., after getting verification from an employee/agent of BANK
OF AMERICA CORPORATION, that BANK OF AMERICA CORPORATION accepts Bills of Exchange,
hand delivered the Bonded Bill of Exchange Order #7005 2570 0000 7590 0719, to
the BANK OF AMERICA CORPORATION branch located at: 4492 Roswell Rd., N.E., Atlanta,
Georgia 30342, to be deposited in JAYCEE DEVELOPMENT L.L.C.'S account at BANK
OF AMERICA CORPORATION, and having said account credited the $9,500,000.00, within

the time allotted, i.e. sixteen (16) days. [See e.g. First Nat'l Bank v. Anderson Ford-Lincoln-Mercury Inc., 704 SW2d 83 (Tex. Ct. App. 1985)(If a payor bank has promised to honor a draft or check and then refuses to do so, the resulting dishonor will be held wrongful); House Joint Resolution 192; cf. In Re Geri Zhan, Inc., 109 BR 497 (Bankr. Fla. 1989); see also: 59 A.L.R.2d 1173 (crediting proceeds of negotiable paper to depositor's account, as constituting bank a holder in due course); 39 A.L.R.2d 1296 (duties of collecting bank with respect to presenting draft or Bill of Exchange for acceptance)]; and

3.      THAT, after several days, one of the owners of JAYCEE DEVELOPMENT L.L.C., contacted the employee/agent of BANK OF AMERICA CORPORATION, via phone, inquiring about the status of the crediting of JAYCEE DEVELOPMENT L.L.C.'S account, and was informed by the employee/agent that the Bonded Bill of Exchange Order was routed to their California Processing Center that deals exclusively with Bills of Exchange. As of this date, JAYCEE DEVELOPMENT L.L.C.'S account has not been credited the $9,500,000.00, nor has BANK OF AMERICA CORPORATION, Lien Debtor(s), provided the Lien Creditor(s) with written or otherwise, **notice of dishonor** of the Bonded Bill of Exchange Order. Hence, by agreement, stipulation, default and by Law, Commercial and otherwise, Lien Debtor(s) are liable for the entire amount of the Bonded Bill of Exchange Order, plus damages, [See generally the attached and fully incorporated by reference herein UCC-1 Financing Statement with all 27 pages attached thereto; Constitution of the United States of America, Article I, Section 10 ("No state...shall pass any...Law impairing the obligation of contract...."); Sinking Fund Cases, 99 US 700, 765 (1879); "The expressed agreement of the parties overcomes or prevails against the law, because the agreement of the parties makes the law of the contract." Joseph Story on Agency, s.368; Digest of Justinian 16,3,1,6; Coke on Magna Charta and Old Acts, 73; Dulaunay v. Union Nat'l Bank, 107 S.E. 925, 116 S.C. 215; Dawson & White v. National Bank of Greenville, 150 S.E. 38, 197 N.C. 499; Uniform Commerical Code Amend. Art. 4, §4-402(b); Wright v. Commercial and Savings Bank, 464 A.2d 1080, 297 Md. 148, 39 A.L.R.4th 1099], **which totals an amount now due and owing of Thirty Three Million Five Hundred Thousand Dollars in functional United States Currency, (i.e. $33,500,000.00).**

[c].    The Parties also agreed and stipulated to the facts, as they operate in favor of Lien Claimant(s), as follows:

1.      That Lien Debtor(s) agreed, stipulated and confessed that they are bound to support Article I, Section 10 of the Constitution of the united States of America, in that "No state shall...make a thing but gold and silver coin a Tender in Payment of Debts."; and

2.      That, Lien Debtor(s) agreed, stipulated and consented that they did not give **FULL DISCLOSURE** to all matters dealing with said contract as to the U.S. Bankruptcy; form of deposits, etc.; and

3.      That, Lien Debtor(s) agreed, stipulated and consented that they do have the duty and obligation to produce and provide Proof(s) of Claim as requested pursuant to the principles of the 'clean hand doctrine' and 'good faith dealings' with Lien Claimant(s). ["An uncontested proof of claim constitutes a 'final judgment and is thus a predicate for res judicata.'" EDP Medical Computer Systems, Inc. v. United States, 480 F.3d 621, 625 (2nd Cir. 2007)]; and

4.      That, Lien Debtor(s) agreed, stipulated and consented that the U.S. Bankruptcy did impair the obligations and consideration of contracts through

the "Joint Resolution To Suspend The Gold Standard And Abrogate The Gold Clause,"
June 5, 1933 as it may operate within the State of Georgia/STATE OF GEORGIA;
and

5.    That, Lien Debtor(s) agreed, stipulated and consented that the State
of Georgia/STATE OF GEORGIA did adopt in some capacity the Uniform Commercial
Code and that all transactions, including but not limited to, Banks are governed
under the UCC and/or Negotiable Instrument Law, as designed to cover commercial
paper, [which] is currency. ["The entire taxing and monetary systems are hereby
placed under the U.C.C. (Uniform Commercial Code)"--The Federal Tax Lien Act
of 1966]; and

6.    That, Lien Debtor(s) agreed, stipulated and consented that under
the Negotiable Instrument Law, 'commercial paper', including but not limited
to, Bills of Exchange are "money" (currency) in respect to the National Emergency
and Uniform Commercial Code and are to be accepted to discharge debts, fines,
fees, taxes, deposited in accounts, etc.; and

7.    That, Lien Debtor(s) agreed, stipulated and consented that the State
of Georgia/STATE OF GEORGIA do operate under the U.S. Bankruptcy confirmed on
June 5, 1933 also known as the National Emergency. [See Senate Report No. 93-
549, codified at 12 U.S.C.A. §95(a), also known as the National Emergency, Executive
Proclamation No. 3972]; and

8.    That, Lien Debtor(s) agreed, stipulated and consented that the U.S.
Bankruptcy/National Emergency has not been terminated and do operate within the
State of Georgia/STATE OF GEORGIA and lawful "constitutional" money has not been
reinstated and is not in circulation to allow the people to "pay their debts
at law"; and

9.    That, Lien Debtor(s) agreed, stipulated and consented that within
the State of Georgia/STATE OF GEORGIA Federal Reserve Notes are valueless. [See:
IRS Codes Section 1.1001-1 (4657)(C.C.H.); The Federal Reserve Bank says "Federal
Reserve Notes are valueless".]; and

10.    That, the Lien Debtor(s) agreed, stipulated and confessed that the
attached Private Administrative Process, (Perfected Security Interest),  which
is fully incorporated by reference herein as if set forth at length herein, will
be attached to any lawful recourse and action(s) Lien Claimant(s) deem necessary
and appropriate as evidence of Lien Debtor(s) agreements, stipulations and confessions.
["The silence of a party implies his consent when his interest is at stake."
Broom's Legal Maxims 138,787; Silence is acquiescence. Common Law Maxim; "Failure
to answer is silence.  Silence can only be equated with fraud where there is
a legal and moral duty to speak, or when inquiry left unanswered would be intentionally
misleading." United States v. Tweel, (1977) 550 F.2d 297, 299; "The parties may
vary [the Uniform Commercial Code's provisions] or displace them altogether:
freedom of contract is the rule rather than the exception.  Most Commercial Law
is therefore not in the Code at all but in private agreements...." JAMES J. WHITE
& ROBERT S. SUMMERS, UNIFORM COMMERCIAL CODE, §3 (5th ed. 2000)(footnote omitted)];
and

11.    That, the Lien Debtor(s) agreed, stipulated and consented to be listed
as the debtor on a UCC-1 Financing Statement with Lien Claimant(s) as the Secured
Party, [See attached, Item No. GP-001 PAR-NOTICE/CAVEAT -- 6 of 8; 68A AmJur2d

SECURED TRANACTIONS §311 ("Under the 2000 version to the Uniform Commercial Code, the debtor's signature is no longer required, though the filing must be authorized by the debtor."); see also §352 (same)], **for an** amount to be determined solely by the Lien Claimant(s)/Secured Party Creditor(s). [Lien Debtor(s) also agreed, stipulated, confessed and consented to numerous other terms and conditions via Tacit Procuration which are fully enforcable and set forth in the attached and fully incorporated Perfected Security Interest].

THEREIN, Lien Debtor(s)/Respondent(s) identified herein have and had a mandatory duty via the expectation that said Lien Debtor(s) would act and operate in 'good faith' and with 'clean hands' in respect to the tranaction/contract and in respect to all facts. These acts and agreements made and done upon Lien Claimant(s) were brought to the attention of the Lien Debtor(s), whereupon Lien Debtor(s) were given several opportunities to bring forth 'proof of claim' that such duty, breach, or inquiry was not committed against the Lien Claimant(s). Said Lien Debtor(s)/Respondent(s) went silent and failed or refused to bring forth 'proof of claim' to the contrary and therefore agreed, stipulated and confessed to their breach of their mandatory duty; which breach caused injury to the Lien Claimant(s) thus states and proves, which Lien Debtor(s) agreed and stipulated in favor of Lien Claimant(s), claims for said injuries as supported by the stated facts that are presented in this Affidavit of Obligation Commercial Lien, as a matter of right, under necessity.

Pursuant to this Claim, supported by Affidavit(s) and relative to the stipulated matters by general acquiescence and agreement of the Lien Debtor(s), the particulars of the various above-mentioned fraudulent deceptions and abuses to Lien Claimant(s) made by BANK OF AMERICA CORPORATION, and its Principals and Agents, Lien Debtor(s), have initiated untold private injuries and violations of commercial due process of law, violations of the Uniform Commercial Code as adopted by the State of Georgia/STATE OF GEORGIA, wrongful dishonor, etc. There was also violations of equal protection of the law, fraud on the contract, no meeting of the minds and wrongful dishonor of tendered instrument to be deposited in JAYCEE DEVELOPMENT L.L.C.'S account at BANK OF AMERICA CORPORATION, failure of consideration, defamation, commingling, unlawful conversion, assumpsit, negligence, failure to exercise ordinary care in handling an item, financial and commercial stress and mental anguish thereby causing injury to Lien Claimant(s)' private and personal rights, commercial rights, property, peace of mind and otherwise of Lien Claimant(s). These injuries have damaged Lien Claimant(s)' rights, state of mind, well being, and have caused substantial and financial injuries.

**Ledgering:** Ledgering for the untold private injuries and violations of commercial law etc., against Lien Claimant(s) by Lien Debtor(s), are agreed to, stipulated to and confessed to by Lien Debtor(s) described fully in the attached and fully incorporated by reference herein as if set forth at length herein UCC-1 Financing Statement with all Attachments.

**Invoice:** The total amount of this Invoice is Thirty Three Million Five Hundred Thousand United States Dollars in 'American Gold Coin' -- "Dollars in Species' (money of exchange) -- 'Dollars in Currency' or 'money of account' (credit)- ($33,500,000.00). **This amount is now due and owing. Payment-In-Full is herewith demanded immediately.** [Lien Claimant(s) have provided Lien Debtor(s) their **Collection Due Process Hearing Rights,** (see e.g. Haag **v.** United States, 485 F.3d 1 (1st Cir. 2007)), by giving Lien Debtor(s) multiple opportunities to operate with Clean Hands and Fair Dealings and multiple opportunities to provide 'proofs of

claim' as established by the Lien Claimant(s) exhausted and perfected Private Administrative Process, attached and fully incorporated by reference herein, and by Lien Claimant(s) sending Lien Debtor(s) three (3) separate Invoices via Certified Mail/Return Receipt, i.e. Invoice No. 001 Item No. GP-005; Invoice No. 002 Item No. GP-006; and Invoice No. 003 Item No. GP-007. See Attachment "C", fully incorporated by reference herein. Notification of legal responsibility is "the first essential of due process of law." Connally v. General Construction Co., 269 U.S. 385, 391 (1926)].

Surety: Surety for the value of this Affidavit of Obligation/Commercial Lien and the attached Perfected Security Interest, is fully described in the attached and fully incorporated by reference herein UCC-1 Financing Statement, (see Box 4 "Collateral"), and if that collateral is insufficient for coverage of the now due and owing Thirty Three Million Five Hundred Thousand Dollars in functional currency of the United States ($33,500,000.00), then the Operational/ Commercial/Public Hazard Bond(s) of Lien Debtor(s) are siezed to satisfy any remaining value/balance. ["The ability to place a lien upon a man's property, such as to temporarily deprive him of its beneficial use, without any judicial determination of probable cause, dates back not only to Medieval England but also to Roman Times." Sniadach v. Family Finance Corp., 395 U.S. 337, 349 (1968)].

Proof of Allegations: Proof of Allegations is the UCC-1 Financing Statement & Addendum with 27 pages attached recorded in the Clerk of Superior Court Office, File Number(s):          0602007-09068; and recorded in The Department of Licensing, Washington State, File Number: 2007-207-8333-1, (and elsewhere).

Prepared and Executed By ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.:

Subscribed and Affirmed on my own commercial liability, under the pains and penalty of perjury, that I have read the above and I have grounds and do know that to the best of my knowledge, experience, information and recollection it is true, correct, and complete, and not misleading, the truth, the whole truth, and noting but the truth. [28 U.S.C. §1746(1); 18 U.S.C. §1621].

By: _____                    _August 6, 2007_
:Michael-Demond:Stubbs, Affiant, Authorized                    Date
Representative, Attorney-In-Fact, by
agreement of the parties, via contract or
otherwise
c/o postal service address:
Post Office Box 591
Picayune, Mississippi [39466]


A T T E S T A T I O N :

We, the Undersigned, bear witness this _6th_ day of _August_ , 2007, that the One known to Us as :Michael-Demond:Stubbs, in his authorized capacity, did appear before Us and upon His solemn affirmation under the pains and penalties of perjury, did affix the above signature hereto and attested to the truth of this Affidavit with His signature.

Commercial Lien -- 7 of 8

_Michael Jarrett Coscbrugh_ ©1964, Teste Signature

_Michael Jarrett Coscbugh_ ©1964, Teste Printed

_Llewelen Fernando Smith_ ©1891, Teste Signature

_LLEWELEN FERNANDO SMITH_ © 1991, Teste Printed

_Bill Ray Barker_ ©1947, Teste Signature

_Bill RAY BARKER_ ©1947, Teste Printed

 

    Pursuant to the Bible Doctrine of "...two or three witnesses." (Deut. 19:15; Matthew 18:16, etc.);  Holy Quran (2:282)(same); and Public Law 97-280. We, including Affiant, put Our hands to this Instrument with all rights explicitly reserved, without the U.S.

//

//

//

//

//

//

//

//

//

//

//

//

Commercial Lien -- 8 of 8

The Notice below is included herein-attached for purposes of FULL DISCLOSURE, pursuant to the Uniform Commercial Code, and as a warning noted by the "Flag" for Commercial Grace that appears within the Private Security Agreement (In possession of the Secured Party/Affiant).

## DISCLOSURE OF AFFIDAVITS, PRIVATE SECURITY AGREEMENTS

## NOTICE OF LIEN DOCUMENTS, U.C.C.-1 AND NOTICE(S)

## OF COMMERCIAL GRACE

A SECURITY (15 U.S.C.)
THIS IS A U.S.S.E.C. TRACER FLAG
NOT A POINT OF LAW

#### One definition of "A SECURITY" is "any evidence of debt"

The Lien Claimant does NOT rely on Title 15 USC as a basis for the "Commercial Lien." All commercial processes, by using or relying upon notes or paper in commerce (i.e. Federal Reserve Notes), must bear some sort of Federal tracking code, a State Recorder's number, or a serial number, which process must be accessible for inspection at the nearest relevant State Recorder's Office or be widely advertised. When a lien matures by default of the LIEN DEBTOR as a result of the LIEN DEBTOR'S failure to rebut the affidavit of obligation point-for-point categorically, it becomes an Accounts Receivable in the ordinary sense of a collectable debt upon which assignments, collateralization, and other Commercial Transactions can be based, hence it becomes a Security subject to observation, tracking, and regulation by the United State's Securities and Exchange Commission (hereinafter U.S.S.E.C.). The notation "A Security 15 USC" is a "flag" in commerce telling the U.S.S.E.C. that a speculation account is being established to enforce the Lien. The U.S.S.E.C. can then monitor the process. As long as the process is truthful, open, and above board (full disclosure), the U.S.S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits, and affidavits of obligations/Commercial Liens, and an Unrebutted Affidavit "Stands as Truth" in commerce.

## LEGAL AUTHORITY

Hebrew/Jewish Commercial Code-Corollary, this Hebrew/Jewish commercial process is pursuant to Exodus 20:16. This Commercial Process is the best known Commercial Process in America. The biggest user/subscriber to this standard is the Internal Revenue Service. The Internal Revenue Service uses all three (3) tracking codes. The Federal Tracking Code is the Tax Payer's IRS document file number. The next strongest code is the State Recorder's Number. The strongest, most important, and most universal code is the Tax Payer's identification number (TIN), also known as the Social Security Number (SSN). The IRS collection process is legitimate and presumed to be identical to the so-called Schweitzer Lien Process. However, the IRS assessment/lien process is a Commercial Fraud because it is not supported by Commercial Affidavits (of Truth) of Obligation/Commercial Liens. The IRS issues only NOTICES of liens, but has those Notices fraudulently recorded on a "TAX LIEN INDEX" at the County Recorder's Office. Notices are not required to contain Commercial Affidavits, but a Lawful Lien must contain a Commercial Affidavit (also an itemized obligation/damages ledger, and a list of property to be seized).

## NOTICE

The foundation of the law, commerce, and the entire/whole legal system consists of "telling the truth, the whole truth, and nothing but the truth," either by testimony, deposition, and/or by affidavit. One sworn to tell the truth is compelled by high principles to protect truth and do nothing to tamper with that truth, either directly or indirectly, either in person or by proxy, or by subornation of an affiant or other person. Any Judge who tampers with testimony, deposition, or affidavit is a threat to the Commercial Peace and Dignity of the County, the State, and the United States of America, and is acting in the nature of a "foreign enemy agent," RE; A MIXED WAR!

WHOSOEVER acts against Commercial Affidavits without executing the necessary Commercial Paperwork "Under Affidavit" is subject to being charged criminally for fraud. Commercial Processes are fundamentally *non-judicial and pre-judicial*. No Judge, Court, Law, or Government can invalidate the Commercial Process, i.e. a Private Security Agreement, True Bill, or Lien based upon an affidavit, because no third party can invalidate an **Affidavit of Truth**. Action against affidavit creates MIXED WAR. No one can rebut an affidavit except the proper party (LIEN DEBTOR), who alone must rebut by affidavit within the established time limits. (Violations of Oaths of Office and Constitution, Laws, Codes, Statutes, etc. = MIXED WAR by then "Foreign Agents" in any Office, at any level of government.)

THEREFORE, when an Affidavit is so flagged in Commerce, it becomes a Federal Document because it can be translated into a Security (by being attached in support to a Commercial Lien.) NON-ACCEPTANCE and/or NON-FILING of a Commercial Lien/Affidavit becomes a Federal Offense.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

THIS CONSTITUTES FULL DISCLOSURE

# NOTICE TO COUNTY CLERK

The minute you receive any affidavit, it is recorded. Should you refuse to record My affidavits, once deposited with you, you are committing a crime against justice under Statutes at Large Sec. 5403 and it is punishable by up to a $2000 fine and 3 years imprisonment. If your county attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party interveners. Any attorney, district attorney, or anyone from the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, do not have the authority to represent Me.

Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE

(Destroying, etc., public records.)

**SEC. 5403.** Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filled or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408,5411,5412.1]

Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE

(Conspiracy to defeat enforcement of the laws.)

**SEC. 5407.** If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See § § 1977-1991, 20042010, 5506-5510.1

Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE

(Destroying record by officer in charge.)

**SEC. 5408.** Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

**A T T A C H M E N T     " A "**

CTY#    YEAR    UCC #
0602007-09068
Filed and Recorded Jul-26-2007 02:42pm
**Cathelene Robinson**
Clerk of Superior Court
Fulton County, Georgia

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MICHAEL D. STUBBS(C)1991, ALL RIGHTS
RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI  39466

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| CORPORATION | BANK OF | AMERICA | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4492 Roswell Road, N.E. | Atlanta | GA. | 30342 | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| LEWIS | KENNETH | D. | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 100 North Tryon Street | Charlotte | NC | 28255 | USA |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| DEVELOPMENT, LIMITED-LIABILITY COMPANY | JAYCEE | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 4527 Wieuca Drive | Atlanta | GA | 30342 | USA |

4. This FINANCING STATEMENT covers the following collateral: This is **Actual and Constructive Notice** that all of debtors' interest now owned or hereafter acquired is hereby accepted as collateral for securing contractual obligation in favor of Secured Parties as detailed in the Private Administrative Process (PAP) attached and fully incorporated by reference herein. When an instrument is recorded in the appropriate public office, it is constructive notice of its contents to the whole world. Black's Law Dictionary, 6th Ed., page 1275. **NOTICE:** In accordance with U.C.C.-Property-this is the entry per the agreement/stipulation of the debtors in the Commercial Registry as transmitting utilities and the following property is hereby registered in the same as public notice of a commercial transaction: All debtors' assets, land, and personal property, consumer goods, farm products, inventory, equipment, money, investment property, commercial tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, documents, and general intangibles, and all debtors' interest in all such foregoing property, now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing debtors contractual obligation in the amount of **Thirty Three Million Five Hundred Thousand** in functional United States Currency, in favor of Secured Parties for debtors'

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA  Secured Parties and Account Creditors JAYCEE DEVELOPMENT L.L.C. and MICHAEL D. STUBBS Authorized Representative, per agreement of the parties, :Michael-Demond:Stubbs.

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

CTY#    YEAR    UCC #
0602007-09068

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| CORPORATION | BANK OF | AMERICA |

10. MISCELLANEOUS: The following are attached and fully incorporated by reference herein as if set forth at length herein: Item No. GP-001; Item No. GP-002; Item No. GP-003; Item No. GP-004; and Item No. GP-005 and proofs of mailing. The total amount of pages that are attached: __27__.

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | □ NONE |

12. ☒ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| STUBBS | MICHAEL | D. | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o Post Office Box 591 | Picayune, | MS | 39466 | USA |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.
14. Description of real estate:

16. Additional collateral description: (cont.) default and by debtors' agreement/stipulation via Tacit Procuration as established by the judgment of the Private Tribunal. All property is accepted for value and is exempt from Levy. Adjustment of this filing is from Public Policy HJR-192, Public Law 73-10, and UCC sections 1-103 and 10-104. Secured Parties accepts signatures in accord with UCC sections 1-201(39) and 3-401. All proceeds, products, accounts, and fixtures and the Orders therefrom are released to the Secured Parties via agreement of the parties in order to satisfy debtors' debt. NOTICE/CAVEAT: This is not a Lis Pendens Lien, therefore it may not be removed or dissolved by any other parties except the Secured Parties. This PAP is be its very nature private, and strictly between parties of interest only. It is unequivocally non-judicial. See also Item No. GP-005. Payment-in-full is herein demanded for Thirty Three Million Five Hundred Thousand Dollars in functional U.S. Currency. See: Item No. GP-005 et.seq.

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☒ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

USPS - Track & Confirm                                                    Page 1 of 1


**UNITED STATES**
**POSTAL SERVICE**.

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 0306 3030 0003 0688 7988
Status: **Delivered**

Your item was delivered at 11:34 PM on May 14, 2007 in CHARLOTTE,
NC 28255.

( Additional Details > ) ( Return to USPS.com Home > )

---

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

**POSTAL INSPECTORS**      site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.
Article Sent To: (to be completed by mailer)

*(Please Print Clearly)*

Charlotte NC

Postmark
Here

5/12
2007

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
*(See Reverse)*

DELIVERY CONFIRMATION NUMBER: 0306 3030 0003 0688 7988

PS Form 152, May 2002

CTY#: 06029007-09068  YEAR  UCC#

**SENDER: *COMPLETE THIS SECTION***

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA CORPORATION
ATTN: Kenneth D. Lewis
4492 Roswell Rd., N.E.
Atlanta, Georgia 30342

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X _Keli Jackson_    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

_5/16/07_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No


MAY 1 0 2007

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   *(Transfer from service label)*   7006 0810 0001 5992 7076

PS Form **3811**, February 2004        Domestic Return Receipt        102595-02-M-1540

---

U̲NITED̲ S̲TATES̲ P̲OSTAL̲ S̲ERVICE̲

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL D. STUBBS(C)1991 ALL RIGHTS RESERVED
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

Contents: PAR-NOTICE/CAVEAT  Item No. GP-001

CTY# YEAR UCC #
0602007-09060

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Securities & Exchange Commission
100 F Street, NE
Washington, D.C. 20549

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery


RECEIVED
MAY 1 6 2007
WASH. D.C.  203  SECTION

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail        ☐ Express Mail
☐ Registered            ☒ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number      7006 0810 0001 5992 7083
(Transfer from service label)  7006 0810 0001 5992 7083

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

|||| ||| ||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL D. STUBBS (C)1991 ALL RIGHTS RESERVED
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

Contents: PAR-NOTICE/CAVEAT Item No. GP-001

CT Y#      YEAR      UCC #
0602007-09960

CTY#   YEAR     UCC #
0602007-09068

May ___12___ , 2007

Certified Mail Reciept Number: 7006 0810 0001 5992 7076

MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

JAYCEE DEVELOPMENT L.L.C.
c/o 4527 WIEUCA DRIVE
ATLANTA, GEORGIA 30342
        herein Claimant(s),

A 'SECURITY'[15 U.S.C. et. seq.]
U.S.S.E.C. TRACER FLAG (not a
point of law-under necessity,
per agreement of the parties
and/or in violation of Bill
of Rights-2nd para.)

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342
        herein Debtor(s)/Respondent(s).

ACTUAL AND CONSTRUCTIVE NOTICE

NOTICE - CAVEAT

NOTICE OF TORT CLAIM WITH
OPPORTUNITY TO CURE AND
ASSESSMENT FOR DAMAGES ETC.

RE: ACCOUNT OF JAYCEE DEVELOPMENT L.L.C. AT BANK OF AMERICA CORP.; CONDITIONAL
ACCEPTANCE (CAFV)- Private Administrative Remedy-Request For Proof Of Claim
In The Nature Of Discovery.

#### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW

#### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
#### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

#### APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

#### SILENCE IS ACQUIESCENCE

#### QUI NON NEGAT FATETUR
He Who Does Not Deny, Admits

Dear Mr. Lewis, Respondent(s), and TO WHOM THESE PRESENTS SHALL COME:

    PLEASE TAKE NOTICE: Herein, Claimant(s), MICHAEL D. STUBBS(C)1991, ALL
RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C., by and through Secured Party
Creditor, Authorized Representative, :Michael-Demond:Stubbs, as agreed by the
parties, via contract or otherwise, herein presents this Notice of Tort Claim
with Opportunity to Cure and Assessment For Damages etc., (hereinafter sometimes
called "NOTICE/CAVEAT"etc.).  Said Tort Claim is presented as a matter of right,
arising out of private injuries and violations of commercial due process of
law, violations of equal protection of the law, fraud on the contract, violations
of the Uniform Commercial Code as adopted by the State of Georgia, wrongful
dishonor (see e.g. Ga. UCC 11-4-402 G Bank's liability to customer for wrongful
dishonor; 11 Am Jur 2d BANKS AND FINANCIAL INSTITUTION 944 et. seq.), failure
of consideration, defamation, commingling, unlawful conversion, assumpsit, among other

Item No. GP-001

injuries and violations, thereby causing injury to Claimant(s)' private rights, commercial rights, property, mental anguish, peace of mind and otherwise.

Claimant(s) want to resolve this matter as soon as possible. As a result, Claimant(s) are initiating this Private-Administrative Process/Remedy in the nature of discovery, to determine if such matters or controversy exists in this transaction and to determine whether you, Respondent(s) or others within your venue did or did not commit, including but not limited to, constitutional impermissible application of the statute(s) or laws(s) in this matter.

PLEASE TAKE NOTICE: On or about November 30, 2006, JAYCEE DEVELOPMENT L.L.C., sent MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED an invoice for a debt of a "Past Due Amount" of $9,500,000.00.

On December 14, 2006, MICHAEL D. STUBBS mailed to JAYCEE DEVELOPMENT L.L.C., a Bonded Bill of Exchange Order #7005 2570 0000 7590 0719, to discharge the debt. See Attachment "A", fully incorporated by reference herein as if set forth at length herein. JAYCEE DEVELOPMENT L.L.C. accepted the Bonded Bill of Exchange Order with no objections to the form of payment. See also Attachment "B" Walker F. Todd Affidavit, fully incorporated by reference herein as if set forth at length herein, at ¶12 and 13.

On or about December 26, 2006, one of the owners of JAYCEE DEVELOPMENT L.L.C., after getting verification from an employee/agent of Bank of America Corp.,that Bank of America accepts Bills of Exchange, hand delivered the Bill of Exchange to the Bank of America Corp., branch located at: 4492 Roswell Rd. N.E., Atlanta, Georgia 30342, to be deposited in JAYCEE DEVELOPMENT L.L.C.'s account and have said account credited the $9,500,000.00, within the time allotted. See Attachment "A".

After several days, one of the owners of JAYCEE DEVELOPMENT L.L.C., contacted the employee/agent of Bank of America Corp., via phone, inquiring about the status of the crediting of JAYCEE DEVELOPMENT L.L.C.'s account, and was informed by the employee/agent that the Bill of Exchange was routed to their California Processing Center that deals exclusively with Bills of Exchange. As of this date, JAYCEE DEVELOPMENT L.L.C.'s account has not been credited the 9,500,000.00, nor has Bank of America Corp., Respondent(s), provided JAYCEE DEVELOPMENT L.L.C., with written,or otherwise, notice of dishonor of the item (i.e. the Bonded Bill of Exchange Order).

In addition, Bank of America Corp., Respondent(s), has continued to wrongfully dishonor the item by failing and/or refusing to provide full disclosure as to what has happened to the original signatured Bonded Bill of Exchange Order, by failing and/or refusing to return the original signatured item, and by failing and/or refusing to provide Claimant(s) with a written explanation as to why Bank of America Corp., Respondent(s), has dishonored the draft/item.

The general rule under the Uniform Commercial Code is that failure to act on an item by the midnight deadline makes the payor bank strictly accountable. "Midnight deadline" with respect to a bank is midnight on its next banking day following the banking day on which it receives the relevant item or notice or from which the time for taking action commences to run, whichever is later. Uniform Commercial Code ("UCC") §4-104(a)(10) [1990 Revision]; See also: Clark & Clark, The Law of Bank Deposits, Collections and Credit Cards, at §§6.01[1],[3]

et. seq. and 6.02[1][b] (payor bank could find itself in a real pickle if it guided its behavior according to the rules of Regulation CC and totally forgot the midnight deadline under the U.C.C.).

In the State of Georgia/STATE OF GEORGIA, the liability of a bank for wrongful dishonor is classified as a tort action. See e.g. 11 Am Jur 2d §940 et. seq. BANKS AND FINANCIAL INSTITUTIONS.

In addition to a tort action for wrongful dishonor, Claimant(s) will bring a tort action against the Respondent(s) for failure of consideration, 11 Am Jur 2d §165 BILLS AND NOTES, among numerous other claims which is at the sole discretion of Claimant(s), and anyone who is authorized to assist Claimant(s). Should the one who assist Claimant(s) be an attorney, Respondent(s) bears the responsibility of compensating Claimant(s) for attorneys fees and litigation expenses. See e.g. 11 Am Jur 2d §950-951 BANKS AND FINANCIAL INSTITUTIONS.

NOTICE: The Claimant(s) conditionally accept for value Respondent(s) silence, inaction, failure and/or refusal to credit JAYCEE DEVELOPMENT L.L.C.'s account for $9,500,000.00 predicated upon 'proof(s) of claim' by the Respondent(s) that said Bonded Bill of Exchange Order accepted by Respondent(s) on or about December 26, 2006 is not currency pursuant to, including but not limited to, the Uniform Commercial Code, Negotiable Instrument Law as a result of the U.S. Bankruptcy also known as The National Emergency.

As necessary, the Proofs of Claim are enumerated below:

1.      PROOF OF CLAIM that BANK OF AMERICA CORPORATION, as an artificial entity/ creature created under the laws of the State of Deleware/STATE OF DELEWARE and doing business in the State of Georgia/STATE OF GEORGIA, and elsewhere, by and through its Principals, Officers, Board of Directors, Employees, are not bound to support Article I, Section 10, as a 'state/federal created entity', in that "No state shall...make a thing but gold and silver coin a Tender in Payment of Debts." [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that they are bound to support Article I, Section 10 of the Constitution of the United States of America by Tacit Procuration].

2.      PROOF OF CLAIM that BANK OF AMERICA CORP., gave FULL DISCLOSURE to all matters dealing with said contract as to U.S. Bankruptcy, form of deposits, etc. [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that they did not give FULL DISCLOSURE to all matters dealing with said contract as to U.S. Bankruptcy, form of deposits, etc., by Tacit Procuration].

3.      PROOF OF CLAIM that BANK OF AMERICA CORP., do not have the 'duty and obligation' to produce and provide the proofs of claim as requested pursuant to the principals of the 'clean hand doctrine' and 'good faith' dealings with Claimant(s). [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that they do have the duty and obligation to produce and provide PROOFS OF CLAIM as requested pursuant to the principals of the 'clean hand doctrine' and 'good faith' dealings with Claimant(s) by Tacit Procuration].

4.      PROOF OF CLAIM that the U.S. Bankruptcy did not impair the obligations and consideration of contracts through the "Joint Resolution To Suspend The Gold Standard And Abrogate The Gold Clause," June 5, 1933 as it may operate within the State of Georgia/STATE OF GEORGIA. [If no answer is provided to this PROOF

OF CLAIM, Respondent(s) agree and consent that the U.S. Bankruptcy did impair the obligations and consideration of contracts through the "Joint Resolution To Suspend The Gold Standard And Abrogate The Gold Clause," June 5, 1933 as it may operate within the State of Georgia/STATE OF GEORGIA, by Tacit Procuration.

5.      PROOF OF CLAIM that the State of Georgia/STATE OF GEORGIA **did not** adopt in some capacity the Uniform Commerical Code and that all transactions, including but not limited to, Banks are not governed under the U.C.C. and/or the Negotiable Instrument Law, as designed to cover commercial paper, [which] is currency. [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that the State of Georgia/STATE OF GEORGIA did adopt in some capacity the Uniform Commercial Code and that all transactions, including but not limited to, Banks are governed under the U.C.C. and/or the Negotiable Instrument Law, as designed to cover commercial paper, [which] is currency, by Tacit Procuration]. [See e.g. La. Stat. Ann. -R.S. 71 et. seq. LSA - C.C., Art. 2139)].

6.      PROOF OF CLAIM that under the Negotiable Instrument Law, 'commercial paper', including but not limited to, Bills of Exchange **are not** "money" (currency) **in** respect to the National Emergency and Uniform Commercial Code and **are not** to be accepted to discharge debts, fines, fees, taxes, deposited in accounts, etc. [If no answer is provided for this PROOF OF CLAIM, Respondent(s) agree and consent that under the Negotiable Instrument Law, 'commercial paper', including but not limited to, Bills of Exchange are "money" (currency) in respect to the National Emergency and Uniform Commercial Code and are to be accepted to discharge debts, fines, fees, taxes, deposited in accounts, etc., by Tacit Procuration].

7.      PROOF OF CLAIM that the State of Georgia/STATE OF GEORGIA does not operate under the U.S. Bankruptcy confirmed on June 5, 1933 (See Senate Report No. 93-549, codified at 12 U.S.C.A. §95(a)) also known as the National Emergency (See Executive Proclamation No. 3972). [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that the State of Georgia/STATE OF GEORGIA does operate under the U.S. Bankruptcy confirmed on June 5, 1933 also known as the National Emergency, by Tacit Procuration].

8.      PROOF OF CLAIM that the U.S. Bankruptcy/National Emergency **has been** terminated and **does not** operate within the State of Georgia/STATE OF GEORGIA and lawful "constitutional" money **has been** reinstated and is in circulation to allow the people to "pay their debts at law." [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that the U.S. Bankruptcy/National Emergency has not been terminated and does operate within the State of Georgia/STATE OF GEORGIA and lawful "constitutional" money has not been reinstated and is not in circulation to allow the people to "pay their debts at law", by Tacit Procuration].

9.      PROOF OF CLAIM that within the State of Georgia/STATE OF GEORGIA federal Reserve Notes **are not** valueless. (See IRS Codes Section 1.1001-1(4657)C.C.H.). [If no answer is provided to this PROOF OF CLAIM, Respondent(s) agree and consent that within the State of Georgia/STATE OF GEORGIA Federal Reserve Notes are valueless, by Tacit Procuration. See also Attachment "B" Walker F. Todd Affidavit].

Claimant(s)' hopes at this point is that Respondent(s) will take this opportunity to cure this blantant wrongful dishonor, failure of consideration, assumpsit, etc., and credit JAYCEE DEVELOPMENT L.L.C.'s account for $9,500,000.00, within ten (10) days of receipt of this Notice/Caveat, so it will not become necessary to bring lawful recourse against Respondent(s) and all those responsible for

this unlawful action.

Please understand that while Claimant(s) want to resolve this matter, Claimant(s) can do so only upon Respondent(s) 'official' response by providing Proofs of Claim in the nature of discovery as enumerated above. Respondent(s) failure and/or otherwise refusal to respond to the Proofs of Claim enumerated above, will result in Respondent(s) agreement, stipulation, and confession to the stipulated answers as enumerated above by Tacit Procuration.

As such, Respondent(s), having superior knowledge of the law, which include but not limited to, the Banking Laws, the Banking Deposit Laws, Uniform Commercial Code, Negotiable Instrument Law, (ignorance of the law is no excuse), and having access to the 'proof(s)', can provide such proofs to the points raised herein above to inform the Claimant(s) if said Bonded Bill of Exchange is currency (money) or not which can or cannot be deposited in JAYCEE DEVELOPMENT L.L.C.'S account, and having JAYCEE DEVELOPMENT L.L.C.'s account credited the full face amount of the Bonded Bill of Exchange Order, i.e. $9,500,000.00.

The Claimant(s) respectfully request that you, Respondent(s), reply within (10) ten days in providing Proof(s) of Claim both to the Claimant(s)' and the Third Party Witness's, (who, by the way, is not a party herein), address below.

A non-response and/or failure to provide Proof(s) of Claim, within the time allotted, i.e. (10) ten days, will constitute agreement, stipulation and confession by you, Respondent(s), Principals and Agents, of the stipulated answers enumerated above, plus triple damages (9,500,000.00 x 3= $28,500,000.00), plus Attorney's fees and litigation expenses (if necessary), and other fees and costs to be determined solely by Claimant(s).

Therefore, in response to this action, Claimant(s) are requesting that you, Respondent(s) generate an answer to this correspondence within (10) ten days. Please generate a correspondence indicating your compliance with these lawful demands. If you do not answer and make your intentions known, it will then be presumed that your actions were, including but not limited to, criminally willful, malicious, defamatory, maliciously intentional, fraudulent, oppressive, committed recklessly, with a wanton disregard of Claimant(s)' rights, and you, Respondent(s), Principals and Agents, will then be subject to and will be in full agreement to the stipulations, and terms and conditions of this lawful contract/Tort and any other lawful recourse and actions Claimant(s) deem necessary to bring restitution in this matter.

THEREIN, Respondent(s), Principals and Agents, identified herein, have a mandatory duty via the expectation that said Respondent(s) would act and operate in "Good Faith" and with "Clean Hands" in respect to the transaction/contract and in respect to all facts. These acts and agreements made and done to and upon Claimant(s) were breached and such matters are being brought to the attention of you, the Respondent(s), whereupon Respondent(s) are given the opportunity to cure its dishonor by crediting JAYCEE DEVELOPMENT L.L.C.'s account with the full face value of the Bonded Bill of Exchange Order, i.e. $9,500,000.00, within (10) ten days or to bring forth 'proofs of claim' that no such duty, breach, or injury was committed against Claimant(s) by the Respondent(s).

Respondent(s) silence, failure and/or refusal to bring forth 'proofs of claim' to the contrary of the above mentioned, will result in the Respondent(s)

stipulation, agreement and confession to the stipulated answers to each PROOF OF CLAIM enumerated above, their breach of their mandatory duty which breach caused injury to Claimant(s) as stated herein, and the assessment of damages (i.e. $9,500,000.00 before the (10) ten day deadline or $28,500,000.00 at any time thereafter plus attorney and litigation fees, if necessary,and other fees and/or damages as Claimaint(s) deem appropriate).

Respondent(s) also stipulate, agree and consent that the law of the contract applies to this Notice/Caveat and Respondent(s) agree that they are bound by the stipulations, confessions and agreements as stated herein;

Respondent(s) agrees that there are and will be no verbal agreements between Claimant(s) and Respondent(s) in this matter;

Respondent(s) agrees and consent to be subject to involuntary bankruptcy in Respondent(s) private and public capacity to settle and close said Notice/Caveat (contract), and also agrees to be listed as the debtor on a UCC-1 Financing Statement with Claimant(s) as the Secured Party for an amount to be determined solely by the Claimant(s)/Secured Party Creditor(s);

Respondent(s) agrees that the governing law of this "Notice/Caveat-Private Administrative Remedy Request For Proof Of Claim In The Nature Of Discovery" is the agreement of the parties supported by the Law Merchant and applicable maxims of law;

Respondent(s) agrees that if Claimant(s) receive any communications from Respondent(s), by any means whatsoever, other than requested herein, that such communication from the date thereof thereby ratifies Respondent(s) acceptance of and agreement, stipulation and confession with all of the terms and conditions and stipulations of this Notice/Caveat;

As with any administrative Process, Respondent(s) agrees that Respondent(s) will controvert the statements and claims made by Claimant(s) and provide 'proofs of claim' to Claimant(s) by executing and delivering a verified response point-for-point, in affidavit form, sworn and attested to, under full commercial liability, signed by Respondent(s), with material facts in support within ten (10) days by Registered Mail to Claimant(s) and the Third Party Witness, or Respondent(s) may agree, stipulate, and confess to all statements and claims made by Claimant(s) by Tacit Procuration by simply remaining silent;

Respondent(s) agrees to ESTOPPEL BY ACQUIESCENCE in that in the event that Respondent(s) admits and stipulate to the statements and claims by Tacit Procuration, then all issues are deemed settled STARE DECISIS and Respondent(s) may not argue, controvert, or otherwise protest the finality of the (private) administrative findings in any subsequent proceedings, whether administrative or judicial;

Respondent(s) agrees that non obstante veredicto ("Notwithstanding the verdict") applies to this Private Administrative Process-Notice/Caveat;

Respondent(s) agrees that if Respondent(s) discovers any errors or omissions, legal or otherwise, in or related to this Private Administrative Process-Notice/ Caveat, that Respondent(s) is required to Notice the Claimant(s) by Registered Mail with on point descriptions of any such errors and omissions, within ten (10) days of receiving this Notice/Caveat by Certified Mail/Return Receipt Requested,

or else Respondent(s) forever admits the lawful execution of this Private Administrative Process-Notice/Caveat as a matter of the public record;

Respondent(s) agrees that if additional time is required for responding, in the manner as specifically described herein, a request must be submitted to the Claimant(s) and the Third Party Witness, in writing only, by Registered Mail within the ten (10) days allotted, with the maximum of ten (10) days being allowed for additional time to respond, or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

Herein Claimant(s) thus states claims for said injuries as supported by the stated facts that are presented herein, as a matter of right, under necessity.

Pursuant to this Claim, supported by the relevant stipulated, agreed to and confessed matters by general acquiescence and agreement, stipulation and confession of the Respondent(s), if the Respondent(s) fail and/or refuse to provide proofs of claim within (10) ten days, the particulars of the various supra and infra fraudulent deceptions, violations of the law and abuses to Claimant(s) made by Respondent(s), will be agreed to, stipulated and confessed to by Respondent(s), both Principals and Agents, as a result,  Respondent(s) will have initiated untold private injuries and violations of commercial due process, violations of the Uniform Commercial Code and violations of the Banking Deposit Laws.  There will also be violations of equal protection of the law, fraud on the contract, failure of consideration, no meeting of the minds and dishonor of the deposited tendered instrument/item without written notice of said dishonor of the deposited tendered instrument/item, financial and commercial stress and mental anguish, thereby causing injury to Claimant(s)' private and personal rights, property, peace of mind and otherwise of Claimant(s), if Respondent(s) fails and/or otherwise refuse  to respond to this Notice/Caveat.  These injuries will damage Claimant(s)' rights, state of mind, well being, and have caused substantial and financial injuries.

As a final note, Bank of America is not squeaky clean.  The National Association of Securities Dealers fined Bank of America Corp. Unit $3 Million for allegedly failing to comply with antimoney-laundering rules in accounts held by billionaire brothers Sam and Charles Wyly, which came four months after Bank of America paid $7.5 Million to settle a New York Investigation into money laundering.

This Private Administrative Remedy-Notice/Caveat in the nature of discovery will be attached to any lawful recourse and action(s) Claimant's deem necessary and appropriate as evidence of the Respondent(s) agreements, stipulations and confessions.

All rights reserved, as well as, all rights to amend/supplement this  Notice/ Caveat are reserved by Claimant(s).

Wherefore, Claimant(s)' herein claims Monetary Damages as real and appropriate as so enumerated herein in 'American Gold Coin' -- 'Dollars in species' (money of exchange) -- 'Dollars in Currency' or 'Money of Account' (credit).

It is in your best interest not to ignore this Notice/Caveat nor consider it bogus.

Please take heed, be guided and govern yourselves accordingly.

CTY#    YEAR    UCC #
0602007-09068

Sincerely,

Prepared And Executed By ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED And JAYCEE DEVELOPMENT L.L.C.

By: _____

:Michael-Demond:Stubbs, Authorized Representative, Attorney-In-Fact, by agreement of the parties, via contract or otherwise.

Enclosure(s):

Attachment "A" Bonded Bill of Exchange Order #7005 2570 0000 7590 0719

Attachment "B" Walker F. Todd Affidavit


cc:  The Securities and Exchange Commission
     Headquarters
     100 F Street, NE
     Washington, D.C. 20549
     Certified Mail Receipt No.: 7006 0810 0001 5992 7083


                              Third Party Witness:

                              Bernard E. Stubbs
                              Post Office Box 31
                              Picayune, Mississippi 39466

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

ATLANTA GA 30342

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0466 |
| Certified Fee | | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 05/26/2007 |

7006 0810 0001 5992 7502

Sent To
BANK OF AMERICA CORPORATION
Street, Apt. No.; or PO Box No. 4492 Roswell Rd., N.E.
City, State, ZIP+4
Atlanta, Georgia 30342

PS Form 3800, June 2002                See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20549          OFFICIAL US

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0466 |
| Certified Fee | | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 05/26/2007 |

7006 0810 0001 5992 7243

Sent To
The Securities & Exchange Commission
Street, Apt. No.; or PO Box No. 100 F Street, NE
City, State, ZIP+4
Washington, D.C. 20549

PS Form 3800, June 2002                See Reverse for Instructions

CTY# YEAR UCC #
0602007-09060

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL D. STUBBS(C)1991 ALL RIGHTS RESERVED
c/o Post Office Box 591
Picayune, Mississippi 39466

Notice of Fault and Notice to Cure and Contest
Acceptance  - - Item No. GP-002

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA CORPORATION
4492 Roswell Rd., N.E.
Atlanta, Georgia 30342

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
5/29/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAY 2 5
ATLANTA

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 0810 0001 5992 7502

7006 0810 0001 5992 7502

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

CTY#  YEAR  UCC #
0620007-09968

Certified Mail No. 7006 0810 0001 5992 7502

# N o t i c e   O f   F a u l t   A n d   O p p o r t u n i t y
# T o   C u r e   A n d   C o n t e s t   A c c e p t a n c e

To: Respondent(s) et. al.

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 Roswell Rd., N.E.
Atlanta, Georgia 30342

## A T T E N T I O N !

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

### SILENCE IS ACQUIESCENCE/AGREEMENT

### QUI NON NEGAT FATETUR
He Who Does Not Deny, Admits

### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW

Dear Mr. Lewis, Respondent(s), and/or To Whom These Presents Shall Come:

On May 12, 2007, the Undersigned caused to be sent to you a NOTICE-CAVEAT/ Conditional Acceptance(CAFV)-Private Administrative Remedy-Request For Proof Of Claim In The Nature Of Discovery, (hereinafter "Notice-Caveat"), via Certified Mail Number 7006 0810 0001 5992 7076.

You failed to perform after receiving this Notice-Caveat from JAYCEE DEVELOPMENT L.L.C. and MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED, by and through Secured Party Creditor, Authorized Representative, Attorney-In-Fact, by agreement of the parties, via contract or otherwise, :Michael-Demond:Stubbs, and you failed to perform by providing the requested and necessary PROOFS OF CLAIM (Discovery) after receiving the said Notice-Caveat from the Undersigned per your receipt and acceptance thereof.

As the Respondent(s), you are now at fault and you are in agreement and have stipulated to the stipulated answers to the Proofs of Claim and the terms and conditions of the Undersigned's Notice-Caveat dated May 12, 2007, through your dishonor should you fail to cure by providing the requested Proof(s)/Discovery,

crediting JAYCEE DEVELOPMENT L.L.C.'s account the full face amount of the financial instrument, i.e. $9,500,000.00, within (10) ten days, etc. You have the right to cure this fault and perform according to said terms within an additional (72 hours) three (3) days, plus (72 hours) three (3) days for return mail, from the postmark of this Notice.

Should you fail to cure your fault, this Notice and the Undersigned's subsequent Affidavit will establish the fact in the record, public and private, of your irrevocable acceptance, agreement, confession, stipulation and general acquiescence to the fact that everything in the Notice-Caveat, which includes but not limited to, the stipulated answers to the Proofs of Claim and Assessment for Damages, as well as the admission and confession to all the private injuries and violations as described therein, is true, correct, exact, percise , and is your irrevocable agreement and confession attesting to those facts/claims, fully binding upon you, in any Court in America, regardless of your protest or objection or that of those who may represent you, established upon Respondent(s) silence, Tacit Procuration, pursuant to and relative to the Uniform Commercial Code, State Statute(s), Case Law and Otherwise. "Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading." [U.S. v. Tweel, 550 F.2d 297, 299].

Thank you for your prompt attention to this matter.

Sincerely,

Prepared and Executed by ORDER of JAYCEE DEVELOPMENT L.L.C. and MICHAEL D. STUBBS(C) 1991, ALL RIGHTS RESERVED:

Respectfully presented this 26 day of May, 2007, with reservation of Law and all my Rights and explicit reservation of Rights under the Uniform Commercial Code.

By: 
:Michael-Demond:Stubbs, Secured Party-Creditor,
Authorized Representative, Attorney-In-Fact,
[by agreement of the parties, via contract or otherwise], in behalf of JAYCEE DEVELOPMENT L.L.C. and MICHAEL D. STUBBS(C)1991 ALL RIGHTS RESERVED.

cc:
The Securities and Exchange Commission
Headquarters
100 F Street, NE
Washington, D.C. 20549
Certified Mail Receipt No.: 7006 0810 0001 5992 7243

Third Party:
Bernard E. Stubbs
P.O. Box 31
Picayune, Mississippi 39466



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0466 |
| Certified Fee | | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 06/09/2007 |

7006 0810 0001 5992 7465

Sent To  BANK OF AMERICA CORPORATION
Street, Apt. No.; or PO Box No.  4492 Roswell Rd., N.E.
City, State, ZIP+4  Atlanta, Georgia 30342

PS Form 3800, June 2002                    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.41 | 0466 |
| Certified Fee | | $2.65 | 06 |
| Return Receipt Fee (Endorsement Required) | | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.21 | 06/09/2007 |

7006 0810 0001 5992 7458

Sent To  The Securities and Exchange Commission
Street, Apt. No.; or PO Box No.  100 F Street, NE
City, State, ZIP+4  Washington, D.C. 20549

PS Form 3800, June 2002                    See Reverse for Instruction

CTY# YEAR      UCC #
0602007-09068

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL D.  STUBBS(C)1991, ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI [39466]

Affidavit of Notice of Default and of Acceptance, Agreement and
Accord with attached thereto Affidavit of Certificate of Non-Response
6 pages total.

591

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF AMERICA CORPORATION
4492 Roswell Rd., N.E.
Atlanta, Georgia 30342

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  6-12-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0810 0001 5992 7465
7006 0810 0001 5992 7465

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

CTY# YEAR UCC #
0602007-09960

CTY#   YEAR    UCC #
0602007-09068

:Michael-Demond:Stubbs(c)1991, All Rights Reserved,
Secured Party-Authorized Representative-Attorney-In-
Fact-in and on behalf of MICHAEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.,
Claimant(s).

---

Respondent(s):
Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Certified Mail Return Receipt No.

7006 0810 0001 5992 7465

# A F F I D A V I T   O F   N O T I C E   O F   D E F A U L T   A N D

# O F   A C C E P T A N C E ,   A G R E E M E N T   A N D   A C C O R D

Mississippi State    )
                  ) Signed and Affirmed.
Pearl River County  )

### EQUALITY UNDER THE LAW IS PARAMOUNT AND MANDATORY BY LAW

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

"Indeed, 'no more than (affidavits) is necessary to make the prima facie case'".
[United States v. Kis, 658 F.2d 526, 536 (7th cir. 1981), cert. denied 455 U.S.
1018, 102 S.Ct. 1712 (1982)];

"An unrebutted Affidavit becomes Judgment in Commerce." Great Commercial Maxim;

"No State...shall pass any...Law impairing the obligation of contract...." Con-
stitution of the united States of America, Article I Section 10. [See also Sinking
Fund Cases, 99 U.S. 700, 765 (1879)];

Notification of legal responsibility is "the first essential of due process of
law." [Connally v. General Construction Co., 269 U.S. 385, 391 (1926)];

"He may consent tacitly who may consent expressly." Digest of Justinian, 50,17,3;

"Agreements gives the law to the contract." Halkerston's Latin Maxims 118;

"The expressed agreement of the parties overcomes or prevails against the law,
because the agreement of the parties makes the law of the contract." Joseph Story
on Agency, s.368; Digest of Justinian 16,3,1,6,; Coke on Magna Charta and Old
Acts, 73;

1 of 4 - Affidavit of Notice of Default etc.         Item No. GP-003

"An individual's power to contract is unlimited." [Hale v. Henkel, 201 U.S. 43, 74 (1906)];

"The silence of a party implies his consent, when his interest is at stake." Broom's Legal Maxims 138, 787;

I, :Michael-Demond:Stubbs, herein "Affiant", a living, breathing man, by and through Affiant's Attorney-In-Fact, Power of Attorney in hand, being first duly sworn, depose, says and declare by My signature, that the following facts are true, correct and complete to the best of Affiant's first hand knowledge and belief. MARK MY WORDS:

1.    THAT, Affiant's status in relation to the Supreme Law of the Land is most accurately described as Sovereign In Capita Sui Juris, pretended claims to the contrary notwithstanding; and

2.    THAT, Affiant is of Lawful adult age and otherwise competent to make this Affidavit; and

3.    THAT, Affiant is authorized to prepare and execute this Affidavit and to Exhaust All Remedies, private or otherwise, in and on behalf of (in autre droit) MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C., via contract and/or agreement of the parties. See Pearl River County, Mississippi Chancery Clerk Book 1228 page 591 and 592; County Recorder Pierce County, Washington No. 200301281690 and 200301281687; and

4.    THAT, Respondent(s), including but not limited to, BANK OF AMERICA CORPORATION and Kenneth D. Lewis, are herein addressed in their private capacity and in their public capacity as Chairman, President and Chief Executive Officer of BANK OF AMERICA CORPORATION, participating in a commercial enterprise with their co-business partners (or employees), including but not limited to, the State of Georgia, a corporation and hereinafter collectively referred to as "Respondent(s)"; and

5.    THAT, the governing law of this private contract is the agreement of the parties supported by the Law Merchant and applicable maxims of law established by silence, acquiescence and tacit procuration/agreement; and

6.    THAT, Affiant at no time has willingly, knowingly, intentionally, or voluntarily agreed to subordinate their position as Creditor, through signature, words, actions, or inactions; and

7.    THAT, on or about May 12, 2007, Affiant caused to be sent a NOTICE OF TORT CLAIM WITH OPPORTUNITY TO CURE AND ASSESSMENT FOR DAMAGES ETC./CONDITIONAL ACCEPTANCE (CAFV) - PRIVATE ADMINISTRATIVE REMEDY-REQUEST FOR PROOF OF CLAIM IN THE NATURE OF DISCOVERY (hereinafter "Notice/Caveat) via Certified Mail Return Receipt Requested Number 7006 0810 0001 5992 7076, which is fully incorporated by reference herein and made part hereof as though fully set forth herein, to Respondent(s) requesting numerous 'proof(s) of claim', See fully incorporated Notice/Caveat; and

8.    THAT, Respondent(s) was given ten (10) days to respond with 'Proof(s) of Claim', point for point, however Respondent(s) elected to remain silent and/or otherwise refused to provide said proofs of claim and/ or perform and therefore

has failed to state a claim upon which relief can be granted, failed to contest acceptance and has agreed, confessed and stipulated to the stipulated answers to each proof of claim, stipulated, agreed and confessed to the facts, the assessment of damages, the terms and conditions of the Notice/Caveat and have caused untold private injuries and commercial violations to Claimants. The Notice/Caveat thus became the "contract" and the full agreement of the parties as a result of Respondent(s)' failure and/or otherwise refusal to perform and/or failure and/or otherwise refusal to provide proof(s) of claim as requested within the time period allotted, see fully incorporated Notice/Caveat; and

9.    THAT, Respondent(s) was given an additional three (3) days with Opportunity to Cure, sent via Certified Mail/Return Receipt Requested Number 7006 0810 0001 5992 7502, the Fault of silence/non-response, Contest Respondent(s)' Acceptance and has stipulated by Tacit Procuration based upon silence, general acquiescence and therein tacit agreement to everything within the fully incorporated Notice/Caveat; and

10.    THAT, said fully incorporated Notice/Caveat, by its own language, fully informed the Respondent(s) of its nature and purpose as well as a specified time for any objections, deletions or corrections thereto in proper form; and

11.    THAT, as of this date, Affiant have not received from Respondent(s) any Notice of Retraxit of said tacit procuration authority in accordance with the requirements of P.L. 94-550; and

12.    THAT, as of date, Affiant have not received any objections, deletions, or corrections to the said fully incorporated Notice/Caveat (contract) or the contents thereof from Respondents in accordance with the requirements of P.L. 94-550 within the time specified for that purpose; and

13.    THAT, Respondent(s) was requested to send a duplicate "RESPONSE" to indicated (disinterested) Third Party, serving as a second witness, and as such, Respondent(s) failed to respond and such failure and/or refusal is 'evidenced' by the Third Party's "AFFIDAVIT OF CERTIFICATE OF NON-RESPONSE Acceptance and Agreement", attached hereto; and

14.    THAT, Respondent(s) were noticed that upon failure and/or refusal to PRODUCE 'proof(s) of claim', Respondent(s) stipulates, confesses, and agrees to all the facts, assessment of damages, terms and conditions, injuries and violations caused to Claimant(s) by Respondent(s) as expressed in the above mentioned fully incorporated Notice/Caveat, failed to contest acceptance and is therefore in full agreement, stipulation and confession by Respondent(s)' silence, Tacit Procuration and 'general acquiescence' to the stipulated answers to each proof of claim, to the facts, terms and conditions, assessment of damages, injuries and violations caused to Claimant(s) by Respondent(s), as expressed in this Affidavit and the fully incorporated by reference herein Notice/Caveat (contract) as they stand unrebutted in the record, after having been given the opportunity to do so, and that the Respondent(s) becomes liable to MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C. for a minimum of $28,500,000.00 plus other fees and/or damages; and

15.    THAT, this affidavit acknowledges and confirms the agreement, stipulation, confession and accord that exists between Claimant(s), i.e. MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C., and Respondent(s) see ¶4 supra, regarding the said fully incorporated Notice/Caveat and the contents thereof; and

CTY#   YEAR   UCC #
0602007-09068

16.   THAT, this Affidavit also confirms Affiant's and Claimant(s)' acceptance of Respondent(s)' admissions, agreements, confessions, and stipulations via tacit procuration; and

17.   THAT, this Affidavit is made in good faith and the information contained herein or fully incorporated by reference herein is true and correct to the best of Affiant's first hand knowledge and belief.

## O A T H

In accordance with the Great Commercial Maxims, good and honorable men have agreed that "An unrebutted Affidavit stands as truth in Commerce," and pursuant to Title [28 U.S.C.S. §1746(1)] and executed, "without the United States," Affiant affirm under the penalty of purjury, and under the laws of the united States of America, that the foregoing is true and correct, to the best of Affiant's Information, Experience, Belief and First Hand Informed Knowledge. And Affiant further saith not. Affiant now affix Affiant's signature, through Affiant's Attorney-In-Fact, Power of Attorney in hand, (if applicable), to all the above affirmations with EXPLICIT RESERVATION OF MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those Rights.

Prepared and Executed by ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.:

Authorized Representative, Attorney-In-Fact

By: _Michael Demond Stubbs_       _6-8-07_
:Michael-Demond:Stubbs, Affiant       Date

Using a Notary on this document does not constitute any adhesion, nor does it alter Affiant's status in any manner. The purpose for the Notary is verification and identification only and not for entrance into any foreign jurisdiction.

## J U R A T

State of Mississippi )
               ) ss.   Acknowledgement
Pearl River County )

As a Notary Public for said county and state, I do hereby certify that on this 8th day of ___June___, 2007 A.D., that :Michael-Demond:Stubbs, the above mentioned, appeared before me, via his Attorney-In-Fact, Power of Attorney in hand, and executed the foregoing. Witness My hand and seal:

_Tammy Mayeaux_        _Tammy Mayeaux_
Notary Name PRINTED        Notary Signature   () Seal/Stamp

_Picayune Ms_        _June 5, 2010_
Notary City and State        My Commission Expires

# A F F I D A V I T   O F   C E R T I F I C A T E

## O F   N O N  -  R E S P O N S E

### A c c e p t a n c e   a n d   A g r e e m e n t

RE: Non-Response to Notice of Tort Claim with Opportunity to Cure and Assessment
For Damages Etc./Conditional Acceptance(CAFV)-Private Administrative Remedy-
Request For Proof of Claim In The Nature of Discovery.

Mississippi State   )
                  ) Signed and Affirmed.
Pearl River County )

"Indeed, no more than (affidavits) is neccessary to make the prima facie case."
[United States v. Kis, 658 F.2d 526, 536 (7th cir. 1981) cert. denied 455 U.S.
1018, 102 S.Ct. 1712 (1982)].

That I, Bernard Edward Stubbs, a living breathing man, being first duly sworn,
depose and say and declare by My signature that the following facts are true
to the best of My Knowledge and Belief.

That I, Bernard Edward Stubbs, a (disinterested) Third Party herein, certify
that a Notice of Tort Claim with Opportunity to Cure and Assessment For Damages
Etc./Conditional Acceptance(CAFV) - Private Administrative Remedy-Request For
Proof of Claim In The Nature of Discovery (hereinafter Notice/Caveat), was caused
to be sent by MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT
L.L.C. by and through their authorized representative :Michael-Demond:Stubbs
to Kenneth D. Lewis, BANK OF AMERICA CORPORATION, Respondent(s), via Certified
Mail Return Receipt Requested Number 7006 0810 0001 5992 7076 and which was mailed
by the above party on May 12, 2007. A response as stipulated in the document
was to be sent to the Undersigned as well, serving as 'second witness'.

I certify that I have reviewed the original documents of the above party and
the mail receipts for the mailing and the above parties' Affidavit of Notice
of Default and of Acceptance, Agreement and Accord per the above document.

Per the above document as mailed, request was made to not only send a RESPONSE
of the requested Proof(s) of Claim to the above parties but also to the Undersigned,
as a independent third party, but not a party to the matter, for the sole purpose
to certify that any such RESPONSE was sent and received at My address for conclusion
of the above parties' private administrative process.

Said RESPONSE was requested within a specific time period with an additional
three (3) days for return mail.

THEREFORE, I certify that Respondent(s), refused and/or failed to RESPOND to
the above parties Notice/Caveat within the time stipulated, failed to Cure the

CTY# YEAR UCC #
0602007-09068

Fault and presumption is made that Respondent(s), Principals and Agents included, are in full acceptance and in full agreement to all matters therein as stipulated in favor of the Claimant(s)', i.e. MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C., aggrieved parties.

Dated this _8_ day of _June_, A.D. 2007.

_____
Bernard Edward Stubbs, Third Party, Affiant

Address of Third Party:

Post Office Box 31
Picayune, Mississippi 39466

## A C K N O W L E D G E M E N T

State of Mississippi )
) ss.
Pearl River County )

SUBSCRIBED TO AND SWORN before Me this _8 th_ day of _June_, A.D. 2007, a Notary Public, an Officer authorized by law to administer oaths, that Bernard Edward Stubbs, personally appeared before me and proved to me on the basis of satisfactory material evidence to be the man whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity(ies), and accepts the truth thereof, and that his signature on this instrument is true, correct and certain.

Witness My hand and Official seal:

Tammy Mayeaux
Notary Name (PRINTED)

Tammy Mayeaux
Notary Signature          Seal/Stamp

Picayune Ms
Notary City and State

June 5, 2010
My Commission Expires

USPS - Track & Confirm                                             Page 1 of 1


**UNITED STATES
POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7000 0600 0027 7944 1377**
Detailed Results:

- **Delivered, June 29, 2007, 11:39 am, ATLANTA, GA 30342**
- **Arrival at Unit, June 29, 2007, 8:04 am, ATLANTA, GA 30342**
- **Acceptance, June 27, 2007, 4:23 pm, PICAYUNE, MS 39466**

Track & Confirm

Enter Label/Receipt Number.

‹ Back                          Return to USPS.com Home ›

Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go ›

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

ATLANTA GA 30342

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.21 |

Recipient's Name (Please Print Clearly) (to be completed by mailer)
BANK OF AMERICA CORPORATION
Street, Apt. No.; or PO Box No.
4492 Roswell Rd., N.E.
City, State, ZIP+4
Atlanta, Georgia 30342

PS Form 3800, February 2000        See Reverse for Instructions

7000 0600 0027 7944 1377

```
                    PICAYUNE
              PICAYUNE, Mississippi
                    394669998
                 2737860466 -0097
06/27/2007    (601)798-7401    04:23:58 PM

                  Sales Receipt
Product         Sale  Unit        Final
Description      Qty  Price        Price

ATLANTA GA 30342 Zone-4           $0.41
First-Class Letter
0.80 oz.
    Return Rcpt (Green Card)      $2.15
    Certified                     $2.65
    Label #:
              7000060000277944l377
                                ========
Issue PVI:                        $5.21

Total:                            $5.21

Paid by:
Cash                             $10.00
Change Due:                      -$4.79

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000300937991
Clerk: 10

     All sales final on stamps and postage.
```

CTY# 0602007-09068   YEAR   UCC #

CTY#   YEAR      UCC #
0602007-09068

:Michael-Demond:Stubbs(c)1991, All Rights Reserved,
Secured Party-Authorized Representative-Attorney-
In-Fact-in and on behalf of MICAHEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.
ACCOUNT CREDITOR(S).

---

RESPONDENT(S)/ACCOUNT DEBTOR(S):

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Certified Mail Return Receipt No.

**7000 0600 0027 7944 1377**

## I N V O I C E

### Verified Statement of Account

### Non-Negotiable - Private Between the Parties

Account Debtor(s)

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF
EXECUTIVE OFFICER OF
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Account Creditor(s):

MICHAEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

JAYCEE DEVELOPMENT L.L.C.
c/o 4527 WIEUCA DRIVE
ATLANTA, GEORGIA 30342

    In accordance with Notice and Terms within that certain private, consensual
contract by and between Account Debtor(s) Kenneth D. Lewis and BANK OF AMERICA
CORPORATION and Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
and JAYCEE DEVELOPMENT L.L.C., i.e. NOTICE OF TORT CLAIM WITH OPPORTUNITY TO
CURE AND ASSESSMENT FOR DAMAGES ETC./CONDITIONAL ACCEPTANCE(CAFV)-PRIVATE
ADMINISTRATIVE REMEDY-REQUEST FOR PROOF OF CLAIM-IN THE NATURE OF DISCOVERY.
Item No. GP-001, sent to Account Debtor(s) via Certified Mail Return Receipt
No.: 7006 0810 0001 5992 7076; and NOTICE OF FAULT AND OPPORTUNITY TO CURE AND
CONTEST ACCEPTANCE, Item No. GP-002, sent to Account Debtor(s) via Certified
Mail Return Receipt No.: 7006 0810 0001 5992 7502.  Account Debtor(s) defaulted
in their obligations and Account Creditors obtained a **DEFAULT JUDGMENT** in the
nature of an Affidavit of Certificate of Non-Response Acceptance and Agreement
from a (disinterested) Third Party, acting as a **"PRIVATE TRIBUNAL"**. See: AFFIDAVIT
OF NOTICE OF DEFAULT AND OF ACCEPTANCE, AGREEMENT AND ACCORD, and AFFIDAVIT OF
CERTIFICATE OF NON-RESPONSE ACCEPTANCE AND AGREEMENT, sent to the Account Debtor(s)
via Certified Mail Return Receipt No.: 7006 0810 0001 5992 7465.[**IN RE ROZ TRADING
LTD.**, 469 F.Supp.2d 1221, 1228 (N.D. Ga. 2006)("The definition of the term tribunal
is, in basic terms, a body that performs a specific adjudicatory function. ...
Where a body makes adjudicative decisions responsive to a complaint and reviewable

INVOICE No. 001      1 of 3                    Item No. GP-005

in court, it falls within the widely accepted definition of 'tribunal', ...,
regardless of whether the body is governmental or private)]. "Indeed, 'no more
than (Affidavits) is necessary to make the prima facie case.'" [United States
v. Kis, 658 F.2d 526, 536 (7th cir. 1981), cert. denied 955 U.S. 1018, 102 S.Ct.
1712 (1982)]. Thus, an accounting of the damages, i.e. ASSESSMENT FOR DAMAGES,
current as of the date of this Invoice, as agreed to and stipulated to by the
parties, ("The expressed agreement of the parties overcomes or prevails against
the law, because the agreement of the parties makes the law of the contract."
Joseph Story on Agency, s.368; Digest of Justinian 16,3,1,6; Coke on Magna Charta
and Old Acts, 73; "A court in equity may not do that which the law forbids."
[Immigration & Naturalization Serv. v. Pangilinan, 486 U.S. 875, 108 S.Ct. 2210,
2216, 100 L.Ed.2d 882 (1988)]; "[W]herever the rights or the situation of parties
are clearly defined and established by law, equity has no power to change or
unsettle those rights or that situation, but in all such instances the maxim
'equitas sequitur legem' [equity follows the law] is strictly applicable." [Hedges
v. Dixon County, 150 U.S. 182, 192, 14 S.Ct. 71, 37 L.Ed. 1044(1893)(internal
citation and quotations omitted)]), in Item No. GP-001, is set forth as follow:

## A C C O U N T I N G

## A N D

## T R U E   B I L L

**AMOUNT IN DAMAGES:** Twenty Eight Million Five Hundred Thousand United States
Dollars in 'American Gold Coin' -- 'Dollars in species' (money of exchange) -
- 'Dollars in Currency' or 'Money of Account' (credits). ($28,500,000.00).

**OTHER FEES AND DAMAGES:** Five Million United States Dollars in 'American Gold
Coin' -- 'Dollars in species' (money of exchange) -- 'Dollars in Currency' or
'Money of Account' (credit). ($5,000,000.00).

The total amount of this Invoice is **Thirty Three Million Five Hundred Thousand
United States Dollars.** ($33,500,000.00). **This amount is now due and owing. Payment-
In-Full is herewith demanded immediately. You have ten (10) days from the post
mark of this Invoice to Remit the now due and owing amount to:**

JAYCEE DEVELOPMENT L.L.C.
c/o 4527 Wieuca Drive
Atlanta, Georgia 30342

This Invoice is dated: the Eighteenth day of the   Sixth       Month in
the Year of Two Thousand Seven.

The Undersigned Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS
RESERVED, and JAYCEE DEVELOPMENT L.L.C., by and through their authorized representative,
do hereby declare and affirm, that the Undersigned Account Creditor(s) has examined
this Invoice and the  herein incorporated and referenced Item No(s)., and that,
in accordance with the best of the Undersigneds' knowledge and belief, this statement
of account, i.e. (Accounting and True Bill), is true, correct, and complete.
This declaration and affirmation is based on all information of which Account
Creditor(s) has knowledge.

Prepared and Executed by ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED
and JAYCEE DEVELOPMENT L.L.C.:

INVOICE No. 001     2 of 3                    Item No. GP-005

By: _____
    :Michael-Demond:Stubbs, Authorized Representative,
Attorney-In-Fact, by agreement of the parties, via
contract or otherwise.


[The Remainder of This Page was Intentionally Left Blank.]

THIS DOCUMENT IS A TRUE
AND CORRECT COPY AS APPEARS BY
THE RECORD IN THE OFFICE OF
FULTON SUPERIOR COURT

REFERENCE NUMBER

FULTON SUPERIOR COURT

CTY# YEAR    UCC #
0602007-09068
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

Item No. GP-005

**A T T A C H M E N T   " B "**

This ACKNOWLEDGMENT reflects the information on file with the Washington State Department of Licensing.

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

MICHAEL DEMOND STUBBS
PO BOX 591
PICAYUNE MS 39466

**Date of Filing :**   Jul 23, 2007

**Time of Filing:**   05:00 PM

**File Number :**   2007-204-7334-8

A Continuation Statement may be filed within

six months of the Lapse Date of :  None

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #   2005-208-9508-1

1b. This FINANCING STATEMENT AMENDMENT is [ ] to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. [ ] **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. [ ] **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

4. [ ] **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide information in items 6 and/or 7.

[ ] CHANGE name and/or address: Give current record name in item 6a and 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.      [ ] DELETE name: Give record name to be deleted in item 6a or 6b.      [ ] ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable)

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral [ ] deleted or [X] added, or give entire [ ] restated collteral description, or describe collateral [ ] assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [X] and enter name of DEBTOR authorizing this Amendment.

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | STUBBS | MICHAEL | DEMOND | |

10. OPTIONAL FILER REFERENCE DATA

ACKNOWLEDGMENT COPY - NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV.07/29/98)

Attachment 1 of 1 to Filing Numbe    007-204-7334-8

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
:Michael-Demond:Stubbs
c/o Post Office Box 591
Picayune, Mississippi 39466
```

Revenue Tracking Number

1 1 6 7 9 4 9

072307    13.28

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2005-208-9508-1 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE    POSTAL CODE | COUNTRY |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

When an instrument is recorded in the appropriate public office, it is constructive notice of its contents to the whole world. [Black's Law Dictionary, Sixth Edition, page 1275]. The following is part of the original filing as all proceeds, products, accounts and fixtures of the Secured Party incorporated by reference herein, are accepted for value and exempt from levy and are personal property of the Debtor, whereby the Secured Party holds all interest: Bonded Bill of Exchange Order-Bill of Acceptance-Time Draft ~ #7005 2570 0000 7590 0719 and Invoice #112 from JAYCEE DEVELOPMENT L.L.C., which is placed in the local chamber for Commercial Registration of the equal exchange. This equal exchange is in accord with Public Policy HJR-192 and UCC 10-104.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| STUBBS | MICHAEL | DEMOND | |

10. OPTIONAL FILER REFERENCE DATA

Secured Party and Authorized Representative :Michael-Demond:Stubbs

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

# INVOICE

## JAYCEE DEVELOPMENT, LLC

INVOICE #112
DATE: NOVEMBER 30, 2006

To: Michael D. Stubbs

ADDRESS: 1011 Clover Circle
Picayune, MS 39466

| DESCRIPTION | AMOUNT |
|---|---|
| Pat Due Amount from the 20% Investment into JayCee Development | $9,500,000.00 |
| | |
| | |
| **TOTAL Past Due Amount** | **$9,500,000.00** |
| | |
| Thank you for your business! | |

*Handwritten annotations overlaid on the description area:*

ACCEPTED FOR VALUE
EXEMPT FROM LEVY

I accept this Presentment for value or performance, including all related endorsements, front and back, for immediate release of the proceeds, products, accounts and fixtures, according to the Uniform Commercial Code 10-104, and UCC 1-104, as it has been adopted in this state, House Joint Resolution 192 of June 5, 1933, Public Law 73-10.

Value: $
Date:

Prepaid Account(s)/Exemption ID #

s/By

All Rights Reserved, the living, breathing, sentient Genetivis known by the appellation Michael Demond Stubbs(c)1991, All Rights Reserved, Secured Party/ Creditor/Authorized Representative/Attorney-In-Fact in behalf of MICHAEL DEMOND STUBBS(C)1991, ALL RIGHTS RESERVED, ENS LEGIS.

COPY COPY COPY COPY

A T T A C H M E N T   " C "

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* ) C. Date of Delivery |
| 1. Article Addressed to: <br><br> BANK OF AMERICA CORPORATION <br> c/o 4492 Roswell Rd., N.E. <br> Atlanta, Georgia 30342 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
| | 3. Service Type <br> ☒ Certified Mail ☐ Express Mail <br> ☐ Registered ☒ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? ( *Extra Fee* ) ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7000 0600 0027 7944 1377 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI  39466

Enclosure(s): Invoice #001-Item No. GP-005

:Michael-Demond:Stubbs(c)1991, All Rights Reserved,
Secured Party-Authorized Representative-Attorney-
In-Fact-in and on behalf of MICAHEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.
ACCOUNT CREDITOR(S).

RESPONDENT(S)/ACCOUNT DEBTOR(S):

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Certified Mail Return Receipt No.

**7000 0600 0027 7944 1377**

## I N V O I C E

### Verified Statement of Account

### Non-Negotiable - Private Between the Parties

Account Debtor(s)

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF
EXECUTIVE OFFICER OF
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Account Creditor(s):

MICHAEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

· JAYCEE DEVELOPMENT L.L.C.
c/o 4527 WIEUCA DRIVE
ATLANTA, GEORGIA 30342

In accordance with Notice and Terms within that certain private, consensual
contract by and between Account Debtor(s) Kenneth D. Lewis and BANK OF AMERICA
CORPORATION and Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
and JAYCEE DEVELOPMENT L.L.C., i.e. NOTICE OF TORT CLAIM WITH OPPORTUNITY TO
CURE AND ASSESSMENT FOR DAMAGES ETC./CONDITIONAL ACCEPTANCE(CAFV)-PRIVATE
ADMINISTRATIVE REMEDY-REQUEST FOR PROOF OF CLAIM-IN THE NATURE OF DISCOVERY.
Item No. GP-001, sent to Account Debtor(s) via Certified Mail Return Receipt
No.: 7006 0810 0001 5992 7076; and NOTICE OF FAULT AND OPPORTUNITY TO CURE AND
CONTEST ACCEPTANCE, Item No. GP-002, sent to Account Debtor(s) via Certified
Mail Return Receipt No.: 7006 0810 0001 5992 7502. Account Debtor(s) defaulted
in their obligations and Account Creditors obtained a **DEFAULT JUDGMENT** in the
nature of an Affidavit of Certificate of Non-Response Acceptance and Agreement
from a (disinterested) Third Party, acting as a **"PRIVATE TRIBUNAL"**. See: AFFIDAVIT
OF NOTICE OF DEFAULT AND OF ACCEPTANCE, AGREEMENT AND ACCORD, and AFFIDAVIT OF
CERTIFICATE OF NON-RESPONSE ACCEPTANCE AND AGREEMENT, sent to the Account Debtor(s)
via Certified Mail Return Receipt No.: 7006 0810 0001 5992 7465.**[IN RE ROZ TRADING
LTD., 469 F.Supp.2d 1221, 1228 (N.D. Ga. 2006)("The definition of the term tribunal
is, in basic terms, a body that performs a specific adjudicatory function. ...
Where a body makes adjudicative decisions responsive to a complaint and reviewable**

in court, it falls within the widely accepted definition of 'tribunal', ...,
regardless of whether the body is governmental or private)]. "Indeed, 'no more
than (Affidavits) is necessary to make the prima facie case.'" **[United States
v. Kis,** 658 F.2d 526, 536 (7th cir. 1981), cert. denied 955 U.S. 1018, 102 S.Ct.
1712 (1982)]. Thus, an accounting of the damages, i.e. **ASSESSMENT FOR DAMAGES,**
current as of the date of this Invoice, as agreed to and stipulated to by the
parties, ("The expressed agreement of the parties overcomes or prevails against
the law, because the agreement of the parties makes the law of the contract."
Joseph Story on Agency, s.368; Digest of Justinian 16,3,1,6; Coke on Magna Charta
and Old Acts, 73; "A court in equity may not do that which the law forbids."
**[Immigration & Naturalization Serv. v. Pangilinan,** 486 U.S. 875, 108 S.Ct. 2210,
2216, 100 L.Ed.2d 882 (1988)]; "[W]herever the rights or the situation of parties
are clearly defined and established by law, equity has no power to change or
unsettle those rights or that situation, but in all such instances the maxim
'equitas sequitur legem' [equity follows the law] is strictly applicable." **[Hedges
v. Dixon County,** 150 U.S. 182, 192, 14 S.Ct. 71, 37 L.Ed. 1044(1893)(internal
citation and quotations omitted)]), in Item No. GP-001, is set forth as follow:

## A C C O U N T I N G

## A N D

## T R U E   B I L L

**AMOUNT IN DAMAGES:** Twenty Eight Million Five Hundred Thousand United States
Dollars in 'American Gold Coin' -- 'Dollars in species' (money of exchange) -
- 'Dollars in Currency' or 'Money of Account' (credits). ($28,500,000.00).

**OTHER FEES AND DAMAGES:** Five Million United States Dollars in 'American Gold
Coin' -- 'Dollars in species' (money of exchange) -- 'Dollars in Currency' or
'Money of Account' (credit). ($5,000,000.00).

The total amount of this Invoice is **Thirty Three Million Five Hundred Thousand
United States Dollars.** ($33,500,000.00). **This amount is now due and owing. Payment-
In-Full is herewith demanded immediately. You have ten (10) days from the post
mark of this Invoice to Remit the now due and owing amount to:**

> JAYCEE DEVELOPMENT L.L.C.
> c/o 4527 Wieuca Drive
> Atlanta, Georgia 30342

This Invoice is dated: the Eighteenth day of the   Sixth        Month in
the Year of Two Thousand Seven.

The Undersigned Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS
RESERVED, and JAYCEE DEVELOPMENT L.L.C., by and through their authorized representative,
do hereby declare and affirm, that the Undersigned Account Creditor(s) has examined
this Invoice and the herein incorporated and referenced Item No(s)., and that,
in accordance with the best of the Undersigneds' knowledge and belief, this statement
of account, i.e. (Accounting and True Bill), is true, correct, and complete.
This declaration and affirmation is based on all information of which Account
Creditor(s) has knowledge.

Prepared and Executed by ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED
and JAYCEE DEVELOPMENT L.L.C.:

By: _____

:Michael-Demond:Stubbs, Authorized Representative,
Attorney-In-Fact, by agreement of the parties, via
contract or otherwise.


[The Remainder of This Page was Intentionally Left Blank.]

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Bank of America Corporation
Attn: Kenneth D. Lewis
4492 Roswell Rd., N.E.
Atlanta, Georgia 30342

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                            ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:       ☐ No



3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)    7000 0600 0027 7944 1285

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

UNITED STATES POSTAL SERVICE                 |||||

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4 in this box ●

MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI   39466


Invoice # 002    Item No. GP=006

:Michael-Demond:Stubbs(c)1991, All Rights Reserved,
Secured Party-Authorized Representative-Attorney-
In-Fact-in and on behalf of MICAHEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.
ACCOUNT CREDITOR(S).

---

RESPONDENT(S)/ACCOUNT DEBTOR(S):

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Certified Mail Return Receipt No.
7000 0600 0027 7944 1285

## I N V O I C E

### Verified Statement of Account

### Non-Negotiable - Private Between the Parties

**Account Debtor(s)**

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF
EXECUTIVE OFFICER OF
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

**Account Creditor(s):**

MICHAEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

JAYCEE DEVELOPMENT L.L.C.
c/o 4527 WIEUCA DRIVE
ATLANTA, GEORGIA 30342

In accordance with Notice and Terms within that certain private, consensual
contract by and between Account Debtor(s) Kenneth D. Lewis and BANK OF AMERICA
CORPORATION;and Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
and JAYCEE DEVELOPMENT L.L.C., i.e. NOTICE OF TORT CLAIM WITH OPPORTUNITY TO
CURE AND ASSESSMENT FOR DAMAGES ETC./CONDITIONAL ACCEPTANCE(CAFV)-PRIVATE
ADMINISTRATIVE REMEDY-REQUEST FOR PROOF OF CLAIM-IN THE NATURE OF DISCOVERY.
Item No. GP-001, sent to Account Debtor(s) via Certified Mail Return Receipt
No.: 7006 0810 0001 5992 7076; and NOTICE OF FAULT AND OPPORTUNITY TO CURE AND
CONTEST ACCEPTANCE, Item No. GP-002, sent to Account Debtor(s) via Certified
Mail Return Receipt No.: 7006 0810 0001 5992 7502.  Account Debtor(s) defaulted
in their obligations and Account Creditors obtained a **DEFAULT JUDGMENT** in the
nature of an Affidavit of Certificate of Non-Response Acceptance and Agreement
from a (disinterested) Third Party, acting as a **"PRIVATE TRIBUNAL"**.  See: AFFIDAVIT
OF NOTICE OF DEFAULT AND OF ACCEPTANCE, AGREEMENT AND ACCORD, and AFFIDAVIT OF
CERTIFICATE OF NON-RESPONSE ACCEPTANCE AND AGREEMENT, sent to the Account Debtor(s)
via Certified Mail Return Receipt No.: 7006 0810 0001 5992 7465.**[IN RE ROZ TRADING
LTD.,** 469 F.Supp.2d 1221, 1228 (N.D. Ga. 2006)("The definition of the term tribunal
is, in basic terms, a body that performs a specific adjudicatory function. ...
Where a body makes adjudicative decisions responsive to a complaint and reviewable

in court, it falls within the widely accepted definition of 'tribunal', ...,
regardless of whether the body is governmental or private)]. "Indeed, 'no more
than (Affidavits) is necessary to make the prima facie case.'" **[United States
v. Kis,** 658 F.2d 526, 536 (7th cir. 1981), cert. denied 955 U.S. 1018, 102 S.Ct.
1712 (1982)]. Thus, an accounting of the damages, i.e. **ASSESSMENT FOR DAMAGES,**
current as of the date of this Invoice, as agreed to and stipulated to by the
parties, ("The expressed agreement of the parties overcomes or prevails against
the law, because the agreement of the parties makes the law of the contract."
Joseph Story on Agency, s.368; Digest of Justinian 16,3,1,6; Coke on Magna Charta
and Old Acts, 73; "A court in equity may not do that which the law forbids."
**[Immigration & Naturalization Serv. v. Pangilinan,** 486 U.S. 875, 108 S.Ct. 2210,
2216, 100 L.Ed.2d 882 (1988)]; "[W]herever the rights or the situation of parties
are clearly defined and established by law, equity has no power to change or
unsettle those rights or that situation, but in all such instances the maxim
'equitas sequitur legem' [equity follows the law] is strictly applicable." **[Hedges
v. Dixon County,** 150 U.S. 182, 192, 14 S.Ct. 71, 37 L.Ed. 1044(1893)(internal
citation and quotations omitted)]), in Item No. GP-001, is set forth as follow:

## A C C O U N T I N G

## A N D

## T R U E   B I L L

**AMOUNT IN DAMAGES:** Twenty Eight Million Five Hundred Thousand United States
Dollars in 'American Gold Coin' -- 'Dollars in species' (money of exchange) -
- 'Dollars in Currency' or 'Money of Account' (credits). ($28,500,000.00).

**OTHER FEES AND DAMAGES:** Five Million United States Dollars in 'American Gold
Coin' -- 'Dollars in species' (money of exchange) -- 'Dollars in Currency' or
'Money of Account' (credit). ($5,000,000.00).

The total amount of this Invoice is **Thirty Three Million Five Hundred Thousand
United States Dollars.** ($33,500,000.00). **This amount is now due and owing. Payment-
In-Full is herewith demanded immediately. You have ten (10) days from the post
mark of this Invoice to Remit the now due and owing amount to:**

> JAYCEE DEVELOPMENT L.L.C.
> c/o 4527 Wieuca Drive
> Atlanta, Georgia 30342

This Invoice is dated: the ___Ninth___ day of the ___Seventh___ Month in
the Year of Two Thousand Seven.

The Undersigned Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS
RESERVED, and JAYCEE DEVELOPMENT L.L.C., by and through their authorized representative,
do hereby declare and affirm, that the Undersigned Account Creditor(s) has examined
this Invoice and the  herein incorporated and referenced Item No(s)., and that,
in accordance with the best of the Undersigneds' knowledge and belief, this statement
of account, i.e. (Accounting and True Bill), is true, correct, and complete.
This declaration and affirmation is based on all information of which Account
Creditor(s) has knowledge.

Prepared and Executed by ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED
and JAYCEE DEVELOPMENT L.L.C.:

INVOICE No. 002      2 of 3                          Item No. GP-006

By: _____

:Michael-Demond:Stubbs, Authorized Representative,
Attorney-In-Fact, by agreement of the parties, via
contract or otherwise.


[The Remainder of This Page was Intentionally Left Blank.]

 **UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0810 0001 5990 0161**
Detailed Results:

- **Arrival at Unit, July 25, 2007, 10:07 am, ATLANTA, GA 30303**
- **Acceptance, July 21, 2007, 11:26 am, SLIDELL, LA 70460**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.



### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

 POSTAL INSPECTORS    site map    contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

:Michael-Demond:Stubbs(c)1991, All Rights Reserved,
Secured Party-Authorized Representative-Attorney-
In-Fact-in and on behalf of MICAHEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED and JAYCEE DEVELOPMENT L.L.C.
ACCOUNT CREDITOR(S).

---

RESPONDENT(S)/ACCOUNT DEBTOR(S):

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF EXECUTIVE OFFICER
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Certified Mail Return Receipt No.

7006 0810 0001 5990 0116

## I N V O I C E

### Verified Statement of Account

### Non-Negotiable – Private Between the Parties

Account Debtor(s)

Kenneth D. Lewis d.b.a.
CHAIRMAN, PRESIDENT AND CHIEF
EXECUTIVE OFFICER OF
BANK OF AMERICA CORPORATION
4492 ROSWELL RD., N.E.
ATLANTA, GEORGIA 30342

Account Creditor(s):

MICHAEL D. STUBBS(C)1991,
ALL RIGHTS RESERVED,
c/o POST OFFICE BOX 591
PICAYUNE, MISSISSIPPI 39466

JAYCEE DEVELOPMENT L.L.C.
c/o 4527 WIEUCA DRIVE
ATLANTA, GEORGIA 30342

In accordance with Notice and Terms within that certain private, consensual
contract by and between Account Debtor(s) Kenneth D. Lewis and BANK OF AMERICA
CORPORATION; and Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED,
and JAYCEE DEVELOPMENT L.L.C., i.e. NOTICE OF TORT CLAIM WITH OPPORTUNITY TO
CURE AND ASSESSMENT FOR DAMAGES ETC./CONDITIONAL ACCEPTANCE(CAFV)-PRIVATE
ADMINISTRATIVE REMEDY-REQUEST FOR PROOF OF CLAIM-IN THE NATURE OF DISCOVERY.
Item No. GP-001, sent to Account Debtor(s) via Certified Mail Return Receipt
No.: 7006 0810 0001 5992 7076; and NOTICE OF FAULT AND OPPORTUNITY TO CURE AND
CONTEST ACCEPTANCE, Item No. GP-002, sent to Account Debtor(s) via Certified
Mail Return Receipt No.: 7006 0810 0001 5992 7502.  Account Debtor(s) defaulted
in their obligations and Account Creditors obtained a **DEFAULT JUDGMENT** in the
nature of an Affidavit of Certificate of Non-Response Acceptance and Agreement
from a (disinterested) Third Party, acting as a **"PRIVATE TRIBUNAL"**.  See: AFFIDAVIT
OF NOTICE OF DEFAULT AND OF ACCEPTANCE, AGREEMENT AND ACCORD, and AFFIDAVIT OF
CERTIFICATE OF NON-RESPONSE ACCEPTANCE AND AGREEMENT, sent to the Account Debtor(s)
via Certified Mail Return Receipt No.: 7006 0810 0001 5992 7465.**[IN RE ROZ TRADING
LTD., 469 F.Supp.2d 1221, 1228 (N.D. Ga. 2006)**("The definition of the term tribunal
is, in basic terms, a body that performs a specific adjudicatory function. ...
Where a body makes adjudicative decisions responsive to a complaint and reviewable

in court, it falls within the widely accepted definition of 'tribunal', ...,
regardless of whether the body is governmental or private)]. "Indeed, 'no more
than (Affidavits) is necessary to make the prima facie case.'" [United States
v. Kis, 658 F.2d 526, 536 (7th cir. 1981), cert. denied 955 U.S. 1018, 102 S.Ct.
1712 (1982)]. Thus, an accounting of the damages, i.e. ASSESSMENT FOR DAMAGES,
current as of the date of this Invoice, as agreed to and stipulated to by the
parties, ("The expressed agreement of the parties overcomes or prevails against
the law, because the agreement of the parties makes the law of the contract."
Joseph Story on Agency, s.368; Digest of Justinian 16,3,1,6; Coke on Magna Charta
and Old Acts, 73; "A court in equity may not do that which the law forbids."
[Immigration & Naturalization Serv. v. Pangilinan, 486 U.S. 875, 108 S.Ct. 2210,
2216, 100 L.Ed.2d 882 (1988)]; "[W]herever the rights or the situation of parties
are clearly defined and established by law, equity has no power to change or
unsettle those rights or that situation, but in all such instances the maxim
'equitas sequitur legem' [equity follows the law] is strictly applicable." [Hedges
v. Dixon County, 150 U.S. 182, 192, 14 S.Ct. 71, 37 L.Ed. 1044(1893)(internal
citation and quotations omitted)]), in Item No. GP-001, is set forth as follow:

### A C C O U N T I N G

### A N D

### T R U E   B I L L

**AMOUNT IN DAMAGES:** Twenty Eight Million Five Hundred Thousand United States
Dollars in 'American Gold Coin' -- 'Dollars in species' (money of exchange) -
- 'Dollars in Currency' or 'Money of Account' (credits). ($28,500,000.00).

**OTHER FEES AND DAMAGES:** Five Million United States Dollars in 'American Gold
Coin' -- 'Dollars in species' (money of exchange) -- 'Dollars in Currency' or
'Money of Account' (credit). ($5,000,000.00).

The total amount of this Invoice is **Thirty Three Million Five Hundred Thousand
United States Dollars.** ($33,500,000.00). **This amount is now due and owing. Payment-
In-Full is herewith demanded immediately. You have ten (10) days from the post
mark of this Invoice to Remit the now due and owing amount to:**

> JAYCEE DEVELOPMENT L.L.C.
> c/o 4527 Wieuca Drive
> Atlanta, Georgia 30342

This Invoice is dated: the Twenty-First day of the Seventh         Month in
the Year of Two Thousand Seven.

The Undersigned Account Creditor(s) MICHAEL D. STUBBS(C)1991, ALL RIGHTS
RESERVED, and JAYCEE DEVELOPMENT L.L.C., by and through their authorized representative
do hereby declare and affirm, that the Undersigned Account Creditor(s) has examined
this Invoice and the  herein incorporated and referenced Item No(s)., and that,
in accordance with the best of the Undersigneds' knowledge and belief, this statement
of account, i.e. (Accounting and True Bill), is true, correct, and complete.
This declaration and affirmation is based on all information of which Account
Creditor(s) has knowledge.

Prepared and Executed by ORDER of MICHAEL D. STUBBS(C)1991, ALL RIGHTS RESERVED
and JAYCEE DEVELOPMENT L.L.C.:

By: _____

:Michael-Demond:Stubbs, Authorized Representative,
Attorney-In-Fact, by agreement of the parties, via
contract or otherwise.


[The Remainder of This Page was Intentionally Left Blank.]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JayCee Development, LLC
5107 Green Creek Terrance
Glenndale, MD 20769

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

ALEXIS KELLY

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)   7005 2570 0000 7590 0719

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

December 14, 2006

Michael Demond Stubbs d.b.a.
MICHAEL D. STUBBS
c/o 1011 Clover Circle
Picayune, Mississippi [39466]uSA


JAYCEE DEVELOPMENT, LLC
5107 Green Creek Terrance
Glenndale, MD 20769


RE: Tender Payment for Invoice #112

Dear Mr. Crawford,

    I have been ordered to pay the amount due and owing $9,500,000.00. Enclosed
please find payment of said now due and owing in the nature of a Bonded Bill of
Exchange #7005 2570 0000 7590 0719.

    JayCee Development, LLC, cannot demand a certain form of currency that it wishes
to receive if it is dollar for dollar as all currency is credit. To demand a certain
form of currency JayCee Development, LLC, would be in breach of the contract of
House Joint Resolution (HJR) 192 and the penalties are provided in Section 9 of
the Order. **CRIMINAL PENALTIES FOR VIOLATION OF EXECUTIVE ORDER** $10,000 fine or
10 years imprisonment, or both, as provided in Section 9 of the Order.  Section
9 of the order reads as follows: "Whosoever willfully violates any provisions of
this Executive Order or of these regulations or of any rule, regulation or license
issued thereunder may be fined not more than $10,000, or if a natural person, may
be imprisoned for not more than 10 years, or both; and any officer, director or
agency of any corporation who knowingly participates in any such violation may be
punished by a like fine, imprisonment, or both."

    What the above is basically saying is that no one can demand a certain form
of payment, i.e. Federal Reserve Notes (cash); Cashier's Check, etc. A Bill of
Exchange is no different than Federal Reserve Notes or Cashier's Checks  as all
currency is credit. Therefore, you should not have a problem depositing this at
your bank.

    As we discussed, I will be out for a while, but  you can send any correspondence
to the address above and they will get it to me.

    I respectfully request a letter of payment in full with the use of my  prepaid
account(s) and/or Bonded Bill of Exchange to discharge the debt as shown in Invoice
#112.

By: ___*C O P Y*___ ___*C O P Y*___
Michael Demond Stubbs, Authorized Representative.

# *Follow The Enclosed Instructions To The Letter.*

# Please Read Carefully!!!

$9,500,000.00                                                          $9,500,000.00

### BONDED BILL OF EXCHANGE ORDER
### Bill of Acceptance-Time Draft-#7005 2570 0000 7590 0719

#### NOT A SECURITY-NOT FOR DISCHARGE OF PUBLIC DEBT

Michael Demond Stubbs, Secured Party--Drawer
c/o 1011 Clover Circle                          Date: December 14, 2006
Picayune, Mississippi [39466]

To: Secretary of the Treasury, Department of the Treasury Bank-ABA Ledger #000000518

No later than 15 days after receipt, please credit the account for JAYCEE DEVELOPMENT, LLC, 5107 Green Creek Terrance, Glenndale, MD 20769.

Nine Million Five Hundred Thousand Dollars     $9,500,000.00

Personal Treasury UCC Contract Trust Pre-paid Account, Exemption ID. #426299938
Personal Certified Trust Accrual #7002 0460 0000 7773 5060

The obligation of the Drawee, (acceptor), Secretary of the Treasury, through the bailee (authorized agent) of Claimant's financial institution, TTL Department, hereof arises out of want of consideration for the pledge and by the redemption of the pledge under Public Resolution HJR-192, Public Law 73-10 and Guaranty Trust Co. of NY v. Henwood et. al., 307 U.S. 247 (FN3), represented by the attached claim Accepted For Value and bearing the name JAYCEE DEVELOPMENT, LLC, INVOICE NO. 112.

This claim document Order complies with UCC 3-104, the terms of the original contract, hereby surrendered as said pledge is redeemed (discharged) by the drawer through the attached document by acceptance for value and exempted from levy. Federal regulations require Claimant's financial institution to accept this bill, sign and present directly via Certified or Registered Mail, Return Receipt to the Secretary of the Treasury-Department of the Treasury on Drawer's UCC Contract Trust Account. Unless the original Negotiable Instrument is dishonored in writing within 15 days of receipt by the Secretary of the Treasury, Claimant's financial institution is to release the credit on hold to the payee (Claimant) within the time stipulated by Regulation "Z", Truth in Lending Act or on the date designated, whichever is later. The amount of this accepted draft is to be ledgered by Claimant's financial institution, TTL Department, to the designated account for the discharge of this claim (Regulation Z).

Bond #D05832710              These are Certified Funds

NOTICE: The law relating to principal and agent applies.

by:_____
      Bailee's signature (authorized bank TTL agent) w/o prejudice

accepted at_____(city),_____('state) on_____(date)

Document copies filed with the DTB

                          COPY  COPY
                          Drawer, Secured Party-Creditor, Without Recourse
                          As Good As Aval.

To be processed as a check-Do not present for collection
$9,500,000.00    Bonded Negotiable Instrument-Void Where Prohibited By Law.    $9,500,000.00

--LETTER OF ADVICE--

IMPORTANT BANK AND TREASURY ROUTING INSTRUCTIONS–REQUIRES SPECIAL HANDLING

NOT TO BE PRESENTED FOR COLLECTION–PROCESS AS A CHECK

Promply mail via Certified Mail, Return Receipt, the signed instrument with these documents to: Mr. Henry Paulson, or his successor–The Secretary of the Treasury–Department of the Treasury, 1500 Pennsylvania Avenue NW, Washington, D.C. 20220

JAYCEE DEVELOPMENT, LLC
5107 Green Creek Terrance
Glenndale, MD 20769

Michael Demond Stubbs, Secured Party–Creditor
c/o 1011 Clover Circle
Picayune, Mississippi 39466

Re: Notice–Processing of Bill of Exchange (BA–Time Draft) Date: December 14, 2006

I am in receipt of the attached offer requesting payment. Please find attached the Bill of Exchange (BA–TD), the processing of which will discharge the entire current amount stated on the claim herein accepted for value. This attached Negotiable Instrument is presented under the authority of House Joint Resolution 192, Public Law 73-10, UCC 3-104(c), Spencer v. Sterling Bank, 63 Cal Ap. 4th 1055 (1998), Guaranty Trust Co. of NY v. Henwood et al, 307 U.S. 247 (FN3), the Witkin Negotiable Instruments, Vol. III (including 2006 Supplement) on the Undersigned's UCC Contract Trust Account. "The entire taxing and monetary systems are hereby placed under the U.C.C."(Uniform Commercial Code)--The Federal Tax Lien Act of 1966. Following are the steps required by Regulation to settle this account.

This is not a Treasury Security, nor involving a Treasury/Direct Bond Account, nor is this instrument to be processed through the Bureau of Public Debt, nor is this instrument to be applied toward the national debt. These are Certified Funds.

1.  The attached Negotiable Instrument is in accordance with UCC 3-104 and complies with the terms of the original contract. The following process must be followed to the letter in order to satisfy the claimed amount due on this account and discharge of this debt.

2.  My Personal UCC Contract Trust Account has been established with the Department of the Treasury and may only be accessed with my approval through the bank account of the Claimant directly to the Secretary of the Treasury (Drawee).

3.  The original Negotiable Instrument is certified and must be presented by Claimant's financial institution, Treasury Tax & Loan Department (TTL Department), via Certified or Registered Mail, Return Receipt, directly to Mr. Henry Paulson, the Secretary of the Treasury, or his Successor, Department of the Treasury, 1500 Pennsylvania Avenue NW, Washington, D.C. 20220.

4.  The Item Processor at Claimant's financial institution, with full identification and Bailee (Authorized TTL Agent) signature, is to present the original Negotiable Instrument along with this Instruction Notice and the stamped Claim to the Secretary of the Treasury–Department of the Treasury at the above address.

Letter of Advice    1 of 2

5.  Claimant's financial institution is to put a hold on Claimant's deposit, retain the document copies and await the Return Receipt Card from the Federal Window, noting the date the original Negotiable Instrument was received at the Federal Window in accordance with Public and Banking Policy. For out of state transactions, the UCC and Banking Regulations stipulate fifteen (15) days.

6.  The copy of the Negotiable Instrument is to be held at the financial institution until the required period for the **Federal Window,** Regulation J and Federal Reserve, Reg. Z-Truth in Lending, 12 U.S.C. 226.1 et. seq., the Order/Property has passed. On the 16th day, the **full-face amount** of the Negotiable Instrument is to be released by the local financial institution's TTL Department and credit the Claimant's account for discharge of the claim.

7.  To ensure that Claimant's financial institution receives full credit to their TTL account, Claimant's financial institution is to take the **retained** copies of this Letter of Advice, the copy of the original claim accepted for value, the copy of the original Bill of Exchange and enclose these documents with the institution's next remittance of estimated taxes to the Internal Revenue Service. **Before enclosing these documents with the remittance, the institution's Bailee (Authorized TTL Agent) must endorse the copy of the original Bill of Exchange on the top reverse side of the instrument.**

8.  If the **Secretary of the Treasury (Drawee)** sends notice **in writing only** of some error or problem, please notify the Undersigned immediately upon receipt of such Notice and matter will be addressed. You will be notified of the corrective action taken. I hereby request that you notify the Undersigned at the address above only when the required time period for the Federal Window and the Federal Reserve under Regulation J and Z have transpired, the ledgering completed and the account adjusted by Claimant's Bank.

Thank you for you cooperation in getting this account settled and the claim discharged.

Michael Demond Stubbs(c)1991, All Rights
Reserved, Secured Party-Creditor

-Not subject to negotiability-

# INVOICE

## JAYCEE DEVELOPMENT, LLC

INVOICE #112
DATE: NOVEMBER 30, 2006

To: Michael D. Stubbs

ADDRESS: 1011 Clover Circle
Picayune, MS 39466

| DESCRIPTION | AMOUNT |
|---|---|
| Pat Due Amount from the 20% Investment into JayCee Development | $9,500,000.00 |
|  |  |
| **TOTAL Past Due Amount** | **$9,500,000.00** |
|  |  |
| Thank you for your business! | |

**MICHAEL DEMOND STUBBS(C)1991, ALL RIGHTS RESERVED**
c/o 1011 Clover Circle
Picayune, Mississippi [39466]

JAYCEE DEVELOPMENT, LLC
5107 Green Creek Terrance                    Date: December 14, 2006
Glenndale, MD 20769

## Statement of Account

Balance of Charges on Invoice #112                    $9,500,000.00
Discharged through Bonded Bill of Exchange          -  9,500,000.00
                                                    ─────────────
Ending Balance of Charges                                    0.00

The balance shown above reflects my good faith Statment of Account for the amount indicated
above.  The Account Representative or his/her designee may correct or approve the statement.
If  you determine the balance is different than as shown above, your documented correction
must be returned to me within two weeks, fourteen (14) days, of the date above.  Pursuant
to the applicable State Statute(s) that corresponds to UCC §9-210 and UCC §9-210, failure
to correct and return this Statement of Account with supporting documentation of indebtedness
within two weeks constitutes your agreement with this accounting, after which you and your
agents, assigns, and successors may only make a claim up to the amount this statement shows
as a balance.

                                        MICHAEL DEMOND STUBBS

                                        Without Prejudice

                                   By: _____
                                        Michael Demond Stubbs(C)1991, All
                                        Rights Reserved, Secured Party,
                                        Creditor, Authorized Representative.

MICHAEL DEMOND STUBBS(C)1991, ALL RIGHTS RESERVED,
C/O 1011 CLOVER CIRCLE
PICAYUNE, MISSISSIPPI [39466]uSA

JayCee Development, LLC
5107 Green Creek Terrance
Glenndale, MD 20769                    **SENT VIA FIRST CLASS MAIL**

RE: ACCOUNT #112

**NOTICE OF ERROR**

**and**

**REQUEST FOR INVESTIGATION**

Dear JayCee Error Resolution Officer:

On December 14, 2006, I sent you a Bonded Bill of Exchange Order #7005 2570
0000 7590 0719, via certified mail. I had respectfully requested a letter
of payment-in-full, once the debt had been discharged and posted to your account.
By you not sending me a letter of payment-in-full as of date, I am assuming
that the debt has not been discharged.

If it is a problem or error with you bank, Request a Notice of Problem or
Error, from the bank, in writing of course, as to why the amount due and owing,
that was discharged via Bonded Bill of Exchange Order, in Invoice #112, has
not been posted in your account. Inform them that you need something in
writing so you can forward it to Invoice #112 Account Debtor, Me, so the Invoice
#112 Account Debtor, can address the matter with the Bank directly or the
Department of Treasury directly.

It always has been my intent to resolve this matter and to settle my account
in full. I look forward to receiving the results, in writing, of your inquiry
and/or investigation in a timely manner. Perferably within 30 days.

MICHAEL DEMOND STUBBS(C)1991

By:

Michael Demond Stubbs(c)1991, Secured Party

MICHAEL DEMOND STUBBS(C)1991 ALL RIGHTS RESERVED,
c/o 1011 CLOVER CIRCLE
PICAYUNE, MISSISSIPPI 39466

JayCee Development, LLC
5107 Green Creek Terrance                    **SENT VIA FIRST CLASS MAIL**
Glenndale, MD 20769

RE: ACCOUNT #112

Dear JayCee,

     It has come to My attention that you encountered interference with the
depositing in your account of the Bonded Bill of Exchange, that you provided
to your bank, from Me.

     This letter is being sent to clear up any doubt that Bills of Exchange/Private
Exemptions are able to be used to discharge any public or private debt via HJR-
192, and a request for an acknowledgement from you that My account, i.e. Account
#112, is **paid-in-full**.

     The first example is where a guy used his private exemption/Bill of Exchange
to discharge a $4,718.98 public debt with the I.R.S. As you will see the "ACCEPTED
FOR VALUE" stamp across the IRS debt and the IRS reply letter to him that his
account is **paid-in-full**. See Attachment "A". If you have any doubt about this,
have you in-house counsel, or any counsel, call the I.R.S. and ask them about
this.

     The second example is where a guy used his private exemption/Bill of Exchange
to discharge a $103.48 private debt with People Magazine. Please pay particular
attention to the People Account Number and the minimum due amount on Number One,
Two, and Three of $103.48. On Number Four, you will see that People Magazine
sent the guy an acknowledgement that his account with them is **paid-in-full.**

     Based on the foregoing, I need an acknowledgement from you that My account
is **paid-in-full** within 30 days. If additional time is needed, please request
so in writing. If you need to take these proofs of the permissibility of using
Bills of Exchange via HJR-192, to your bank, then do so. Let Me ask you a question:
Has the bank returned to you the original signatured Bonded Bill of Exchange,
with something in writing as to why it will not be deposited in your account?
If not, the bank is stealing the amount on the Bonded Bill of Exchange from you
and you should not allow it. If you need Me to address the Bank directly, please
send Me the Name and address of the person I need to contact at the Bank immediately.
I will not allow the Bank to steal My discharging instrument and the amount affixed
thereto. I will clear up this matter, if you need Me to. Please do not let the
Bank steal that money from you under no circumstances. That is a lot of money.
If you need to show these examples to you attorney before showing them to the
bank, please do so. We need to clear this matter up as soon as possible.

     It is never the intent of the Secured Party/Creditor, in the discharge of
this debt, i.e. Account #112, to defraud anybody including JayCee Development,
LLC., your Bank, or the UNITED STATES, INC., in the discharge of the Invoice,
Account #112...because in this state or any other state, we (the American People)
have no lawful constitutional money of exchange to pay our debts at law due to

the unlawful taking of said constitutional money and that I, we, were left with only 'instruments' to discharge debts with via the remedy provided by Congress via HJR-192. I, the sovereign man, cannot be compelled to do the impossible due to the fraudulent acts and otherwise by the elected government officials since 1861.

If you have any doubt that the Bank would steal your/My money read Attachment "C" INTRODUCTION TO BANKING SECRETS, FACTS AND IF THE BANK IS INNOCENT, HAVE THEM SIGN THE FOLLOWING AFFIDAVIT. Also refer to NOTICE OF ERROR SENT TO YOU.

I patiently await your response within 30 days.

Very yours truly,

MICHAEL DEMOND STUBBS(C)1991, ALL RIGHTS RESERVED, ENG LEGIS:

By:_____(c)1991, All Rights Reserved,
Authorized Representative, Attorney-In-Fact, Secured Party, Creditor.


Enclosures: (as stated)


[The Remainder of the Page was intentionally left blank.]

2 of 2

**Facts:**

1. The Federal Reserve Bank is a private banking system created by foreign interests. Call any branch for verification.

2. The Federal Reserve Bank is the sole creditor of the United States and the entire national debt is owed to the Federal Reserve Bank. Write your congressman for verification.

3. There are twelve member banks in this system and according to their bylaws (articles of association) they each have the power to act as depositary and fiscal agent (tax collector) of the United States.

4. Federal Reserve Board regulations and Generally Accepted Accounting Principles prohibit member banks within the Federal Reserve System from lending money from their own assets or from other depositors. Federal Reserve member banks do not make loans.

5. Bank customers fund their own mortgage transactions by signing a note. The note is the creation of currency that never existed before being signed by the customer.

6. Because the banks have monopolized the market on negotiable instruments, only banks will accept your promissory note. You can't buy groceries with a promissory note for example.

7. The practice of failing to disclose these facts in the mortgage agreement voids and nullifies the note because it violates 12 CFR 226.17(c)(1) of the Truth in Lending Law.

8. Unsecured debts assigned to debt collectors are not legally enforceable without the consent of the customer.

9. The banks must pay their customers back the entire value of each note and credit limit minus fees and interest.

10. These facts apply to both secured (e.g. mortgages, credit cards) and unsecured (e.g. credit card) accounts.

11. There are no disclosure or application requirements for a social security number. There are no penalties for refusing to disclose a social security number to anyone. 26 CFR 301.6109-1(c). This is a ruse perpetrated by the FDIC, Federal Reserve and insurance industry for the purpose of illegally monitoring American citizens.

12. The credit reporting system is the creation of the Federal Trade Commission. Its primary use is to collect and build information databases about Americans. It also provides an inexpensive means for banks to unfairly punish people and destroy reputations by subverting the legal requirements normally imposed upon them under the court system.

---

Extract From **THE BANKER'S MANIFEST**, for private circulation among leading bankers only. "Civil Servants' Year Book (The Organizer)" Jan 1934 & "New American" Feb 1934

"Capital must protect itself in every way, through combination and through legislation. Debts must be collected and loans and mortgages foreclosed as soon as possible. When through a process of law the common people lose their homes, they will be more tractable and more easily governed by the strong arm of the law, applied by the central power of wealth, under control of leading financiers. People without homes will not quarrel with their leaders. This is well known among our principal men now engaged in forming an imperialism of capital to govern the world. By dividing the people we can get them to expend their energies in fighting over questions of no importance to us except as teachers of the common herd. Thus, by discreet action we can secure for ourselves what has been generally planned and successfully accomplished."

Our first task is to reopen all sound banks. This is an essential preliminary to subsequent legislation directed against speculation with the funds of depositors and other violations of positions of trust.

In order that the first objective—the opening of banks for the resumption of business—may be accomplished, I ask of the Congress the immediate enactment of legislation giving to the executive branch of the Government control over banks for the protection of depositors; authority forthwith to open such banks as have already been ascertained to be in sound condition, and other such banks, as rapidly as possible; and authority to reorganize and reopen such banks as may be found to require reorganization to put them on a sound basis.

I ask amendments to the Federal Reserve Act to provide for such additional currency, adequately secured, as it may become necessary to issue to meet all demands for currency and at the same time to achieve this end without increasing the unsecured indebtedness of the Government of the United States.

I cannot too strongly urge upon the Congress the clear necessity for immediate action. A continuation of the strangulation of banking facilities is unthinkable. The passage of the proposed legislation will end this condition and, I trust, within a short space of time will result in a resumption of business activities.

In addition, it is my belief that this legislation will not only lift immediately all unwarranted doubts and suspicions in regard to banks which are 100 percent sound but will also mark the beginning of a new relationship between the banks and the people of this country.

The Members of the new Congress will realize, I am confident, the grave responsibility which lies upon me and upon them.

In the short space of 5 days it is impossible for us to formulate completed measures to prevent the recurrence of the evils of the past. This does not and should not, however, justify any delay in accomplishing this first step.

At an early moment I shall request of the Congress two other measures which I regard as of immediate urgency. With action taken thereon we can proceed to the consideration of a rounded program of national restoration.

FRANKLIN D. ROOSEVELT.

THE WHITE HOUSE, *March 9, 1933.*

NATIONAL BANKING SYSTEM

Mr. BYRNS. Mr. Speaker, I ask unanimous consent for the immediate consideration of H.R. 1491 and in its consideration that there shall be 40 minutes of debate, one half of such time to be controlled by the gentleman from Alabama [Mr. STEAGALL] and the other half by the gentleman from Pennsylvania [Mr. McFADDEN]; that at the conclusion of the debate the previous question shall be considered as ordered on the bill to final passage.

Now, Mr. Speaker, may I make this statement, with the indulgence of the House, before this request is submitted: The President has given the very best of reasons why this request should be agreed to. The Senate is now awaiting the action of the House upon this particular bill.

It is of the most extreme importance that this bill, introduced a few moments ago by the gentleman from Alabama, carrying out the recommendations of the President preparatory to opening the banks of the country on tomorrow shall be adopted and become a law today.

Unless this request is granted there is, of course, a possibility that this legislation may not become a law today, and no one in this House or elsewhere can know just what the effect will be tomorrow.

Mr. Speaker, the people of the United States have chosen the President as the leader not only of his party but as the leader of the Nation. To him they are looking for relief. He is their only hope. They have confidence in him and are looking to him alone to restore this country to normal prosperity, and I submit that we, as Members of Congress, owe it to the people of this country and owe

it to him upon whom rests this great responsibility, to give him our support in this particular matter and at this particular hour.

I trust, therefore, that there will be no Member of this House on either side of the Chamber who will object to this unanimous-consent request.

If we were acting under the rules of the House and it were suspension day, the Speaker could recognize anyone to move to suspend the rules and pass this bill with a limitation of 40 minutes' debate. This request gives 40 minutes' debate on this bill. I trust, therefore, under the peculiar circumstances and under the serious situation which confronts the country, we will agree to take this bill up now, pass it, send it to the Senate so it may become a law this evening, and thus enable the President of the United States to open the banks tomorrow and give not only the banks but business interests and the people of this country relief.

Mr. SNELL. Mr. Speaker, reserving the right to object, I will appreciate the importance of what the gentleman from Tennessee has said. Of course it is entirely out of the ordinary to pass legislation in this House that, as far as I know, is not even in print at the time it is offered. I do not know that it is possible to distribute copies of the bill to the Members of the House, but that is not the question before us here at the present time. The house is burning down, and the President of the United States says this is the way to put out the fire. [Applause.] And to me at this time there is only one answer to this question, and that is to give the President what he demands and says is necessary to meet the situation.

I do not know that I am in favor of all the details carried in this bill, but whether I am or not, I am going to give the President of the United States today his way. He is the man responsible, and we must at this time follow his lead. I hope no one on this side of the aisle will object to the consideration of the request. [Applause.]

Mr. BANKHEAD. Mr. Speaker, will the gentleman yield for a parliamentary inquiry?

Mr. BYRNS. I yield.

Mr. BANKHEAD. As far as I am advised, the House has not yet adopted rules of procedure for this Congress. As I understand it, unless objection is raised the ordinary proceedings governing the House during the Seventy-second Congress will prevail in the consideration of this unanimous-consent request?

The SPEAKER. The gentleman is correct.

Mr. O'CONNOR. Mr. Speaker, will the gentleman yield?

Mr. BYRNS. I yield.

Mr. O'CONNOR. Just to clear up the parliamentary situation as I understand the request of the gentleman from Tennessee, it involves the consideration of this bill in the House as though the rules of the Seventy-second Congress had been adopted, and, as it were, under suspension of the rules; and the bill will not be subject to amendment. Is this correct?

Mr. BYRNS. The bill will not be subject to amendment.

Mr. STEAGALL. That is the inquiry I wanted to make. I wanted it clearly understood.

The SPEAKER. Is there objection to the request of the gentleman from Tennessee?

There was no objection.

The Clerk read the bill, as follows:

H.R. 1491

An act to provide relief in the existing national emergency in banking, and for other purposes

*Be it enacted, etc.,* That the Congress hereby declares that a serious emergency exists and that it is imperatively necessary speedily to put into effect remedies of uniform national application.

TITLE I

SECTION 1. The actions, regulations, rules, licenses, orders, and proclamations heretofore or hereafter taken, promulgated, made, or issued by the President of the United States or the Secretary of the Treasury since March 4, 1933, pursuant to the authority conferred by subdivision (b) of section 5 of the act of October 6, 1917, as amended, are hereby approved and confirmed.

SEC. 2. Subdivision (b) of section 5 of the act of October 6, 1917 (40 Stat. L. 411), as amended, is hereby amended to read as follows:

printed and delivered more than $30,000,000, running both day and night. Similar sums are now being printed and delivered daily.

### EXPANSION OF CURRENCY NECESSARY

If the Republican Party had released itself from the clutches of Wall Street and expanded the currency immediately after the stock-market crash in 1929 or within a year after the crash, our people would have been saved from this awful money panic. Our President will doubtless ask amendments to this new law when conditions are more normal and when it is better understood. Under the new law the money is issued to the banks in return for Government obligations, bills of exchange, drafts, notes, trade acceptances, and banker's acceptances. The money will be worth 100 cents on the dollar, because it is backed by the credit of the Nation. It will represent a mortgage on all the homes and other property of all the people in the Nation.

### NO GOLD COVERAGE

The money so issued will not have one penny of gold coverage behind it, because it is really not needed. We do not need gold to back our internal currency. We only need gold to settle our balances with foreign countries. Our people do not actually use gold as a medium of exchange; paper money is just as good and is much easier to handle. However, if gold is desired as a backing for paper money, we have a sufficient amount to permit the issuance of $5,000,-000,000 more money and still have a gold reserve of 40 per-cent. When England paid us approximately $100,000,000 in gold last December the Treasury should have taken that gold and issued $250,000,000 in paper money, using the gold as a sufficient coverage of 40 percent, and the money should have been put into circulation by paying it to Government employees or other governmental debts. Instead, the gold was delivered to the private banks and the Government given credit for the amount. The banks used a part of it as a base to issue considerable money, which they loaned to their customers, and the remainder, which was the most of it, was sold back to England by the bankers.

### DRIVE AGAINST GOLD HOARDERS

The gold that is given up by the people in the present crisis should be delivered to the Government. It should be used to issue additional money upon which the people will not have to pay interest while it is in circulation.

### PRESENT SATISFACTION

Those of us who have worked for 3 years trying to get the currency expanded have the consolation of knowing that our plan has been adopted. I do not believe that the expansion is being made in a manner that will permit the most good. However, the same kind of money is being issued that we have advocated should be issued. It is sound money, although not as well secured as the money we proposed to issue.

### DISTRIBUTION OF NEW MONEY

Since our leaders have endorsed the plan to issue more money, consideration should be given to plans for its distribution that will best promote the general welfare.

It could be paid to Federal employees. It could be used to retire a part of the national debt and save a considerable sum in interest each year. At the present time our entire national debt of $20,000,000,000 could be retired with new money without placing too much money in circulation and the Government saved more than $700,000,000 annually.

### SAVE $700,000,000 ANNUALLY

Instead of the banks being permitted to loan $45,000,-000,000 with a reserve of from one to three billion dollars to back it up, they should be denied that privilege and a much greater money reserve required of them. Then, instead of the banks having so little money to pay their depositors, they could have 40 or 50 cents in actual money to back up every dollar in deposits. We would then have safe banking, and the Government would not owe a penny of national debt. Further, our Government would be saved the $700,-000,000 that is now being paid annually as interest on the

national debt. That would help balance the Budget; it would take tax-exempt securities out of the way and cause more income taxes to be paid to the Government and less taxdodging by the big rich.

### OPPOSITION TO CONCENTRATION OF MONEY AND CREDIT CONTROL IN THE HANDS OF A FEW GREAT INTERNATIONAL BANKING CONCERNS

Mr. LUNDEEN. Mr. Speaker, today the Chief Executive sent to this House of Representatives a banking bill for immediate enactment. The author of this bill seems to be unknown. No one has told us who drafted the bill. There appears to be a printed copy at the Speaker's desk, but no printed copies are available for the House Members. The bill has been driven through the House with cyclonic speed after 40 minutes' debate, 20 minutes for the minority and 20 minutes for the majority.

I have demanded a roll call, but have been unable to get the attention of the Chair. Others have done the same, notably Congressman SINCLAIR, of North Dakota, and Congressman BILL LEMKE, of North Dakota, as well as some of our other Farmer-Labor Members. Fifteen men were standing, demanding a roll call, but that number is not sufficient; we therefore have the spectacle of the great House of Representatives of the United States of America passing, after a 40-minute debate, a bill its Members never read and never saw, a bill whose author is unknown. The great majority of the Members have been unable to get a minute's time to discuss this bill; we have been refused a roll call; and we have been refused recognition by the Chair. I do not mean to say that the Speaker of the House of Representatives intended to ignore us, but everything was in such a turmoil and there was so much excitement that we simply were not recognized.

I want to put myself on record against a procedure of this kind and against the use of such methods in passing legislation affecting millions of lives and billions of dollars. It seems to me that under this bill thousands of small banks will be crushed and wiped out of existence, and that money and credit control, will be still further concentrated in the hands of those who now hold the power.

It is safe to say that in normal times, after careful study of a printed copy and after careful debate and consideration, this bill would never have passed this House or any other House. Its passage could be accomplished only by rapid procedure, hurried and hectic debate, and a general rush for voting without roll call.

I believe in the House of Representatives. I believe in the power that was given us by the people. I believe that Congress is the greatest and most powerful body in America, and I believe that the people have vested in Congress their ultimate and final power in every great, vital question, and the Constitution bears me out in that.

I am suspicious of this railroading of bills through our House of Representatives, and I refuse to vote for a measure unseen and unknown.

I want the Record to show that I was, and am, against this bill and this method of procedure; and I believe no good will come out of it for America. We must not abdicate our power to exercise judgment. We must not allow ourselves to be swept off our feet by hysteria, and we must not let the power of the Executive paralyze our legislative action. If we do, it would be better for us to resign and go home—and save the people the salary they are paying us.

I look forward to that day when we shall read the bill we are considering, and see the author of the bill stand before the House and explain it; and then, after calm deliberation and sober judgment—after full and free debate—I hope to see sane and sensible legislation passed which will lift America out of this panic and disaster into which we were plunged by the World War.

### RULES OF THE HOUSE

Mr. POU. Mr. Speaker, I offer a resolution and ask for its immediate consideration.

STATE OF MICHIGAN

**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

|  |  |  |
|---|---|---|
| | ) | |
| BANK ONE, N.A., | ) | Case No. 03-047448-CZ |
| | ) | |
| Plaintiff, | ) | Hon. E.. Sosnick |
| | ) | |
| v. | ) | AFFIDAVIT OF WALKER F. TODD, |
| | ) | EXPERT WITNESS FOR DEFENDANTS |
| HARSHAVARDHAN DAVE and | ) | |
| PRATIMA DAVE, jointly and severally, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| Harshavardhan Dave and Pratima H. Dave | Michael C. Hammer (P41705) |
| C/o 5128 Echo Road | Ryan O. Lawlor (P64693) |
| Bloomfield Hills, MI 48302 | Dickinson Wright PLLC |
| Defendants, *in propria persona* | Attorneys for Bank One, N.A. |
| | 500 Woodward Avenue, Suite 4000 |
| | Detroit, Michigan 48226 |
| | (313) 223-3500 |

Now comes the Affiant, Walker F. Todd, a citizen of the United States and the State of Ohio over the age of 21 years, and declares as follows, under penalty of perjury:

1.  That I am familiar with the Promissory Note and Disbursement Request and Authorization, dated November 23, 1999, together sometimes referred to in other documents filed by Defendants in this case as the "alleged agreement" between Defendants and Plaintiff but called the "Note" in this Affidavit. If called as a witness, I would testify as stated herein. I make this Affidavit based on my own personal knowledge of the legal, economic, and historical principles stated herein, except that I have relied entirely on documents provided to me, including the Note, regarding certain facts at issue in this case of which I previously had no direct and personal knowledge. I am making this affidavit based on my experience and expertise as an attorney, economist, research writer, and teacher. I am competent to make the following statements.

## PROFESSIONAL BACKGROUND QUALIFICATIONS

2. My qualifications as an expert witness in monetary and banking instruments are as follows. For 20 years, I worked as an attorney and legal officer for the legal departments of the Federal Reserve Banks of New York and Cleveland. Among other things, I was assigned responsibility for questions involving both novel and routine notes, bonds, bankers' acceptances, securities, and other financial instruments in connection with my work for the Reserve Banks' discount windows and parts of the open market trading desk function in New York. In addition, for nine years, I worked as an economic research officer at the Federal Reserve Bank of Cleveland. I became one of the Federal Reserve System's recognized experts on the legal history of central banking and the pledging of notes, bonds, and other financial instruments at the discount window to enable the Federal Reserve to make advances of credit that became or could become money. I also have read extensively treatises on the legal and financial history of money and banking and have published several articles covering all of the subjects just mentioned. I have served as an expert witness in several trials involving banking practices and monetary instruments. A summary biographical sketch and resume including further details of my work experience, readings, publications, and education will be tendered to Defendants and may be made available to the Court and to Plaintiff's counsel upon request.

## GENERALLY ACCEPTED ACCOUNTING PRINCIPLES

3. Banks are required to adhere to Generally Accepted Accounting Principles
   (GAAP). GAAP follows an accounting convention that lies at the heart of the
   double-entry bookkeeping system called the Matching Principle. This
   principle works as follows: When a bank accepts bullion, coin, currency,
   checks, drafts, promissory notes, or any other similar instruments (hereinafter
   "instruments") from customers and deposits or records the instruments as
   assets, it must record offsetting liabilities that match the assets that it accepted
   from customers. The liabilities represent the amounts that the bank owes the
   customers, funds accepted from customers. In a fractional reserve banking
   system like the United States banking system, most of the funds advanced to
   borrowers (assets of the banks) **are created by the banks themselves** and are
   not merely transferred from one set of depositors to another set of borrowers.

## RELEVANCE OF SUBTLE DISTINCTIONS ABOUT TYPES OF MONEY

4. From my study of historical and economic writings on the subject, I conclude
   that a common misconception about the nature of money unfortunately has
   been perpetuated in the U.S. monetary and banking systems, especially since
   the 1930s. In classical economic theory, once economic exchange has moved
   beyond the barter stage, there are two types of money: money of *exchange*
   and money of *account.*. For nearly 300 years in both Europe and the United
   States, confusion about the distinctiveness of these two concepts has led to
   persistent attempts to treat money of account as the equivalent of money of

exchange. In reality, especially in a fractional reserve banking system, a comparatively small amount of money of exchange (e.g., gold, silver, and official currency notes) may support a vastly larger quantity of business transactions denominated in money of account. The sum of these transactions is the sum of credit extensions in the economy. With the exception of customary stores of value like gold and silver, the monetary base of the economy largely consists of credit instruments. **Against this background, I conclude that the Note, despite some language about "lawful money" explained below, clearly contemplates both disbursement of funds and eventual repayment or settlement in money of account (that is, money of exchange would be welcome but is not required to repay or settle the Note).** The factual basis of this conclusion is the reference in the Disbursement Request and Authorization to repayment of $95,905.16 to Michigan National Bank from the proceeds of the Note. That was an exchange of the credit of Bank One (Plaintiff) for credit apparently and previously extended to Defendants by Michigan National Bank. Also, there is no reason to believe that Plaintiff would refuse a substitution of the credit of another bank or banker as complete payment of the Defendants' repayment obligation under the Note. This is a case about exchanges of money of account (credit), not about exchanges of money of exchange (lawful money or even legal tender).

5.  Ironically, the Note explicitly refers to repayment in "lawful money of the United States of America" (*see* "Promise to Pay" clause). Traditionally and

legally, Congress defines the phrase "lawful money" for the United States. Lawful money was the form of money of exchange that the federal government (or any state) could be required by statute to receive in payment of taxes or other debts. Traditionally, as defined by Congress, lawful money only included gold, silver, and currency notes redeemable for gold or silver on demand. In a banking law context, lawful money was only those forms of money of exchange (the forms just mentioned, plus U.S. bonds and notes redeemable for gold) that constituted the reserves of a national bank prior to 1913 (date of creation of the Federal Reserve Banks). *See,* Lawful Money, *Webster's New International Dictionary* (2d ed. 1950). **In light of these facts, I conclude that Plaintiff and Defendants exchanged reciprocal credits involving money of account and not money of exchange; no lawful money was or probably ever would be disbursed by either side in the covered transactions.** This conclusion also is consistent with the bookkeeping entries that underlie the loan account in dispute in the present case. Moreover, it is puzzling why Plaintiff would retain the archaic language, "lawful money of the United States of America," in its otherwise modern-seeming Note. It is possible that this language is merely a legacy from the pre-1933 era. Modern credit agreements might include repayment language such as, "The repayment obligation under this agreement shall continue until payment is received *in fully and finally collected funds*," which avoids the entire question of "In what form of money **or credit** is the repayment obligation due?"

6. *Legal tender*, a related concept but one that is economically inferior to *lawful money* because it allows payment in instruments that cannot be redeemed for gold or silver on demand, has been the form of money of exchange commonly used in the United States since 1933, when domestic private gold transactions were suspended (until 1974). Basically, legal tender is whatever the government says that it is. The most common form of legal tender today is Federal Reserve notes, which by law cannot be redeemed for gold since 1934 or, since 1964, for silver. *See,* 31 U.S.C. Sections 5103, 5118 (b), and 5119 (a).

Note: I question the statement that fed reserve notes cannot be redeemed for silver since 1964. It was Johnson who declared on 15 Marcy 1967 that after 15 June 1967 that Fed Res Notes would not be exchanged for silver and the practice did stop on 15 June 1967 – not 1964. I believe this to be error in the text of the author's affidavit.

7. *Legal tender under the Uniform Commercial Code (U.C.C.)*, Section 1-201 (24) (Official Comment), is a concept that sometimes surfaces in cases of this nature.. The referenced Official Comment notes that the definition of *money* is not limited to *legal tender* under the U.C.C. *Money* is defined in Section 1-201 (24) as "a medium of exchange authorized or adopted by a domestic or foreign government and includes a monetary unit of account established by an intergovernmental organization or by agreement between two or more

nations." The relevant Official Comment states that "The test adopted is that of sanction of government, whether by authorization before issue or adoption afterward, which recognizes the circulating medium as a part of the official currency of that government. The narrow view that money is limited to legal tender is rejected." Thus, I conclude that the U.C.C. tends to validate the classical theoretical view of money.

## HOW BANKS BEGAN TO LEND THEIR OWN CREDIT INSTEAD OF REAL MONEY

8.    In my opinion, the best sources of information on the origins and use of credit as money are in Alfred Marshall, MONEY, CREDIT & COMMERCE 249-251 (1929) and Charles P. Kindleberger, A FINANCIAL HISTORY OF WESTERN EUROPE 50-53 (1984). A synthesis of these sources, as applied to the facts of the present case, is as follows: As commercial banks and discount houses (private bankers) became established in parts of Europe (especially Great Britain) and North America, by the mid-nineteenth century they commonly made loans to borrowers by extending their own credit to the borrowers or, at the borrowers' direction, to third parties. The typical form of such extensions of credit was drafts or bills of exchange drawn upon themselves (claims on the credit of the drawees) instead of disbursements of bullion, coin, or other forms of money. In transactions with third parties, these drafts and bills came to serve most of the ordinary functions of money. The third parties had to determine for themselves whether such "credit money" had value and, if so, how much. The Federal Reserve Act of 1913

was drafted with this model of the commercial economy in mind and provided at least two mechanisms (the discount window and the open-market trading desk) by which certain types of bankers' credits could be exchanged for Federal Reserve credits, which in turn could be withdrawn in lawful money. Credit at the Federal Reserve eventually became the principal form of monetary reserves of the commercial banking system, especially after the suspension of domestic transactions in gold in 1933. Thus, credit money is not alien to the current official monetary system; it is just rarely used as a device for the creation of Federal Reserve credit that, in turn, in the form of either Federal Reserve notes or banks' deposits at Federal Reserve Banks, functions as money in the current monetary system. In fact, a means by which the Federal Reserve expands the money supply, loosely defined, is to set banks' reserve requirements (currently, usually ten percent of demand liabilities) at levels that would encourage banks to extend new credit to borrowers on their own books that third parties would have to present to the same banks for redemption, thus leading to an expansion of bank-created credit money. In the modern economy, many non-bank providers of credit also extend book credit to their customers without previously setting aside an equivalent amount of monetary reserves (credit card line of credit access checks issued by non-banks are a good example of this type of credit), which also causes an expansion of the aggregate quantity of credit money. The discussion of money taken from Federal Reserve and other modern sources in

paragraphs 11 et seq. is consistent with the account of the origins of the use of bank credit as money in this paragraph.

## ADVANCES OF BANK CREDIT AS THE EQUIVALENT OF MONEY

9.    Plaintiff apparently asserts that the Defendants signed a promise to pay,  uch as a note(s) or credit application (collectively, the "Note"), in exchange for the Plaintiff's advance of funds, credit, or some type of money to or on behalf of Defendant. However, the bookkeeping entries required by application of GAAP and the Federal Reserve's own writings should trigger close scrutiny of Plaintiff's apparent assertions that it lent its funds, credit, or money to or on behalf of Defendants, thereby causing them to owe the Plaintiff $400,000. According to the bookkeeping entries shown or otherwise described to me and application of GAAP, the Defendants allegedly were to tender some form of *money* ("lawful money of the United States of America" is the type of money explicitly called for in the Note), securities or other capital equivalent o money, funds, credit, or something else of value in exchange (money of exchange, loosely defined), collectively referred to herein as "money," to repay what the Plaintiff claims was the *money* lent to the Defendants. **It is not an unreasonable argument to state that Plaintiff apparently changed the economic substance of the transaction from that contemplated in the credit application form, agreement, note(s), or other similar instrument(s) that the Defendants executed, thereby changing the costs and risks to the Defendants.** At most, the Plaintiff extended its own *credit*

(money of account), but the Defendants were required to repay in *money* (money of exchange, and *lawful money* at that), **which creates at least the inference of inequality of obligations** on the two sides of the transaction (*money*, including *lawful money*, is to be exchanged for *bank credit*).

MODERN AUTHORITIES ON MONEY

11. To understand what occurred between Plaintiff and Defendants concerning the alleged loan of *money* or, more accurately, *credit*, it is helpful to review a modern Federal Reserve description of a bank's lending process. *See,* David H. Friedman, MONEY AND BANKING (4th ed. 1984)(apparently already introduced into this case): "The commercial bank lending process is similar to that of a thrift in that the receipt of cash from depositors increases both its assets and its deposit liabilities, which enables it to make additional loans and investments. . . . When a commercial bank makes a business loan, it accepts as an asset the borrower's debt obligation (the promise to repay) and creates a liability on its books in the form of a demand deposit in the amount of the loan." (Consumer loans are funded similarly.) Therefore, the bank's original bookkeeping entry should show an increase in the amount of the asset credited on the asset side of its books and a corresponding increase equal to the value of the asset on the liability side of its books. This would show that the bank **received the customer's signed promise to repay as an *asset*, thus *monetizing* the customer's signature and creating on its books a liability in the form of a demand deposit or other demand liability of the bank.**

The bank then usually would hold this demand deposit in a transaction account on behalf of the customer. Instead of the bank lending its *money* or other assets to the customer, as the customer reasonably might believe from the face of the Note, the bank *created* funds for the customer's transaction account without the customer's permission, authorization, or knowledge and delivered the *credit* on its own books representing those funds to the customer, meanwhile alleging that the bank lent the customer *money*. If Plaintiff's response to this line of argument is to the effect that it acknowledges that it lent credit or issued credit instead of money, one might refer to Thomas P. Fitch, BARRON'S BUSINESS GUIDE DICTIONARY OF BANKING TERMS, "Credit banking," 3. "Bookkeeping entry representing a deposit of funds into an account." But Plaintiff's loan agreement apparently avoids claiming that the bank actually lent the Defendants *money*. They apparently state in the agreement that the Defendants are obligated to repay Plaintiff principal and interest for the "Valuable consideration (money) the bank gave the customer (borrower)." The loan agreement and Note apparently still delete any reference to the bank's receipt of actual cash value from the Defendants and exchange of that receipt for actual cash value that the Plaintiff banker returned.

12. **According to the Federal Reserve Bank of New York, money is anything that has value that banks and people accept as money; money does not have to be issued by the government.** For example, David H. Friedman, I BET YOU THOUGHT. . . . 9, Federal Reserve Bank of New York (4th ed.

1984)(apparently already introduced into this case), explains that banks create new money by depositing IOUs, promissory notes, offset by bank liabilities called checking account balances. Page 5 says, "Money doesn't have to be intrinsically valuable, be issued by government, or be in any special form. . . .".

13. The publication, Anne Marie L. Gonczy, MODERN MONEY MECHANICS 7-33, Federal Reserve Bank of Chicago (rev. ed. June 1992)(apparently already introduced into this case), contains standard bookkeeping entries demonstrating that *money* ordinarily is recorded as a bank *asset*, while a bank *liability* is evidence of *money* that a bank owes. The bookkeeping entries tend to prove that banks accept cash, checks, drafts, and promissory notes/credit agreements (assets) as *money* deposited to create credit or checkbook money that are bank *liabilities*, which shows that, absent any right of setoff, banks owe *money* to persons who deposit *money*.. **Cash (money of exchange) is money, and credit or promissory notes (money of account) become money when banks deposit promissory notes with the intent of treating them like deposits of cash.** *See*, 12 U.S.C. Section 1813 (*l*)(1) (definition of "deposit" under Federal Deposit Insurance Act). The Plaintiff acts in the capacity of a lending or banking institution, and the newly issued credit or money is similar or equivalent to a promissory note, which may be treated as a deposit of money when received by the lending bank.. Federal Reserve Bank of Dallas publication MONEY AND BANKING, page 11, explains that when banks grant loans, they create new money. The new money is created

because a new "loan becomes a deposit, just like a paycheck does."
MODERN MONEY MECHANICS, page 6, says, "What they [banks] do
when they make loans is to accept promissory notes in exchange for credits to
the borrowers' transaction accounts." The next sentence on the same page
explains that the banks' assets and liabilities increase by the amount of the
loans.

# COMMENTARY AND SUMMARY OF ARGUMENT

14. Plaintiff apparently accepted the Defendants' Note and credit application (money of account) in exchange for its own credit (also money of account) and deposited that credit into an account with the Defendants' names on the account, as well as apparently issuing its own credit for $95,905.16 to Michigan National Bank for the account of the Defendants. One reasonably might argue that the Plaintiff recorded the Note or credit application as a loan (money of account) from the Defendants to the Plaintiff and that the Plaintiff then became the borrower of an equivalent amount of money of account from the Defendants.

### 15. The Plaintiff in fact never lent any of its own pre-existing money, credit, or assets as consideration to purchase the Note or credit agreement from the Defendants. (Robertson Notes: I add

that when the bank does the forgoing, then in that event, there is an utter
*failure of consideration* for the "loan contract".) When the Plaintiff deposited
the Defendants' $400,000 of newly issued credit into an account, the Plaintiff
created from $360,000 to $400,000 of new money (the nominal principal
amount less up to ten percent or $40,000 of reserves that the Federal Reserve
would require against a demand deposit of this size). The Plaintiff received
$400,000 of credit or money of account from the Defendants as an asset.

GAAP ordinarily would require that the Plaintiff record a liability account, crediting the Defendants' deposit account, showing that the Plaintiff owes $400,000 of money to the Defendants, just as if the Defendants were to deposit cash or a payroll check into their account.

16. The following appears to be a disputed fact in this case about which I have insufficient information on which to form a conclusion: I infer that it is alleged that Plaintiff refused to lend the Defendants Plaintiff's own money or assets and recorded a $400,000 loan from the Defendants to the Plaintiff, which arguably was a $400,000 deposit of money of account by the Defendants, and then when the Plaintiff repaid the Defendants by paying its own credit (money of account) in the amount of $400,000 to third-party sellers of goods and services for the account of Defendants, the Defendants were repaid their loan to Plaintiff, and the transaction was complete.

17. I do not have sufficient knowledge of the facts in this case to form a conclusion on the following disputed points: None of the following material facts are disclosed in the credit application or Note or were advertised by Plaintiff to prove that the Defendants are the true lenders and the Plaintiff is the true borrower. **The Plaintiff is trying to use the credit application form or the Note to persuade and deceive the Defendants into believing that the opposite occurred and that the Defendants were the borrower and not the lender.** The following point is undisputed: The Defendants' loan of their credit to

Plaintiff, when issued and paid from their deposit or credit account at Plaintiff, became money in the Federal Reserve System (subject to a reduction of up to ten percent for reserve requirements) as the newly issued credit was paid pursuant to written orders, including checks and wire transfers, to sellers of goods and services for the account of Defendants.

# CONCLUSION

18. Based on the foregoing, Plaintiff is using the Defendant's Note for its own purposes, and it remains to be proven whether Plaintiff has incurred any financial loss or actual damages (I do not have sufficient information to form a conclusion on this point). In any case, the inclusion of the "lawful money" language in the repayment clause of the Note is confusing at best and in fact may be misleading in the context described above.

## AFFIRMATION

19. I hereby affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true. I hereby further affirm that the basis of these beliefs is either my own direct knowledge of the legal principles and historical facts involved and with respect to which I hold myself out as an expert or statements made or documents provided to me by third parties whose veracity I reasonably assumed.

Further the Affiant sayeth naught.

# At Chagrin Falls, Ohio

December 5, 2003

                    WALKER F. TODD (Ohio bar no. 0064539)

                    Expert witness for the Defendants

                    Walker F. Todd, Attorney at Law

                    1164 Sheerbrook Drive

                    Chagrin Falls, Ohio 44022

                    (440) 338-1169, fax (440) 338-1537

                                    e-mail:
westodd@adelphia.net <mailto:westodd@adelphia.net>

## NOTARY'S VERIFICATION

At Chagrin Falls, Ohio

December 5, 2003

    On this day personally came before me the above-named Affiant, who proved his identity to me to my satisfaction, and he acknowledged his signature on this Affidavit in my presence and stated that he did so with full understanding that he was subject to the penalties of perjury

_____

Notary Public of the State of Ohio



CERTIFIED MAIL

PRIC
MAIL
POSTAL SERVICE ®

7007 2560 0000 5701 2264

$16.70

www.usps.com

From: Michael D. Stubbs(F)
Joyce Development L.L.C
P.O. Box 591
Picayune, MS 39466

TO:  OFFICE of The Clerk
United States District Court
District of Delaware
Lock box 18
884 N. King Street, Room 4209
Wilmington, Delaware 19801

_2_ / _16_ /2008

JAYCEE DEVELOPMENT L.L.C.; and
MICHAEL DEMOND STUBBS(C)
care of postal service address:
Post Office Box 591
Picayune, Mississippi  39466

CERTIFIED MAIL RETURN RECEIPT NUMBER:

7007 2560 0000 5701 2264

Office of the Clerk
J. Caleb Boggs Fed. Bldg.
Lockbox 18
884 N. King Street, Room 4209
Wilmingon, Delaware 19801.

~ 0 8 - 1 0 8 ~

RE: AMENDED COMPLAINT BILL IN EQUITY PURSUANT TO, inter alia, 28 U.S.C. §§1331,
    1332, and 1655.

Dear Clerk,

      Enclosed please find the original and two (2) copies of our Amended Complaint
Bill In Equity pursuant to, inter alia, 28 U.S.C. §§1331, 1332 and 1655. Please
file the enclosed in your records and transfer it to the appropriate administrator
and/or judge for a public judgment.

      Since we are appearing pro se, should we have to serve the Defendant(s),
please send us a summons and instructions from your district so that we may
serve the defendants correctly and in accordance with the rules of this court
and Federal Rules of Civil Procedure 4 Summons.

      We patiently await a disposition and judgment from the court.

      We remain...

Sincerely,

Prepared and Executed by ORDER of JAYCEE DEVELOPMENT L.L.C., and MICHAEL DEMOND
STUBBS(C):

By
   :Michael-Demond:of the Stubbs family, Authorized
   Representative

FILED

FEB 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Enclosure(s)(as stated above); and,
          Money Order for the Sum of $350.00 for docketing and filing fees.