UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

---

:Michael-Demond:of the Stubbs family, Real Party In Interest, Authorized
Representative in and on behalf of Plaintiff(s).

---

JAYCEE DEVELOPMENT LIMITED LIABILITY COMPANY, et al,
                    Plaintiff(s),


vs                                          Case No.: 1:08-cv-108/SLR


BANK OF AMERICA CORPORATION, et al,
                    Defendant(s).

_____/

---

Ex Parte Notice of Agreement(s) and Settlement, Notice of Bond, and Petition
In The Nature of a Colorable Motion by Special Appearance for Summary Judgment
                Pursuant to Private Settlement/Writ of Execution

---

NOW COMES, JAYCEE DEVELOPMENT LIMITED LIABILITY COMPANY, et al, by and

through :Michael-Demond:of the Stubbs family, a non-attorney, over the age of

twenty-one years, Real Party In Interest, Authorized Representative in and on

behalf of Plaintiff(s), appearing by Special Visitation, and not generally,

reserving all rights and waiving no rights, and hereby Notice the Court, Ex

Parte, of Private Agreement(s) and Settlement between the parties, Notice of

Bond, and Petition in the Nature of a Colorable Motion by Special Appearance

for Summary Judgment pursuant to Private Settlement/Writ of Execution.

### NOTICE OF BOND

ACCEPTANCE OF THE OATH OF OFFICE OF THE DISTRICT COURT JUDGE SUE L. ROBINSON

    JAYCEE DEVELOPMENT LIMITED LIABILITY COMPANY, by and through :Michael-

Demond:of the Stubbs family, accept the Oath of Office of Sue L. Robinson, the

district court judge assigned to this matter, the same creating indeminity bonds

to guarantee the public is not  harmed by the actor(s).  **CAVEAT:**  If at any

1

time it appears that the court and/or judge, Sue L. Robinson, is acting  outside

the U.S. Bankruptcy, the "Receiver" for the U.S. Bankruptcy, the Secretary of

the Treasury, i.e. U.S. Trustee, See Reorganization Plan No. 26, Title 5 U.S.C.

§903, Public Law 94-564, Legislative History, p. 5967, will be given authorization

via Form 56, and directed to issue a distress warrant arresting/seizing the

Judge's Bond(s), Public Hazard and otherwise, and will be directed to issue

a distress warrant to the District Marshal to liquidate the funds from the Judge's

Bond(s) for the full amount in this matter plus damages.  Please take heed,

be guided and govern yourself accordingly.

**Notice of Settlement/Petition in the Nature of a Colorable Motion by Special**

**Appearance for Summary Judgment Pursuant to Private Agreement(s) and Settlement/**

**Writ of Execution**

In the instant case, there is no need for Plaintiff to send the Defendant(s)

a Summons nor a copy of the Amended Complaint Bill In Equity, Doc. Entry 1,

because the Defendant(s) have waived all defenses via contract/stipulation,

and have waived all rights to protest or object to the Amended Complaint Bill

In Equity by Defendant(s)' irrevocable stipulations, agreements, and confessions

attesting to the facts and claims asserted within the Amended Complaint Bill

In Equity and fully incorporated Attachment "A" Administrative Proceedings and

Record.  See Doc. 1, fully incorporated by reference herein as if set forth

at length herein;  see also: Hale v. Henkel, 201 U.S. 43, 74 (1906)("[a]n

individual's power to contract is unlimited."); Sinking Fund Cases, 99 U.S.

700, 765 (1879); united States Constitution Article I Section 10.

The Defendants are fully liable for the full amount within the Amended

Complaint Bill In Equity pursuant to the law of the contract; 12 C.F.R. §229.21;

U.C.C. 3-307, 103, 4-106 and otherwise.  See also: Doc. 1, Fashion Shop LLC

v. Virtual Sales Group Corp., 525 F.Supp.2d 436, 443 (S.D.N.Y. 2007)("When a

2

draft accompanied by commercial documents is sent to a bank for collection, that bank (a 'collecting bank') is obligated to present it to the drawee.").

Accordingly, based on the law of the contract, 28 U.S.C. §1655, Federal Rules of Civil Procedures Rule(s) 56 and 69, Federal Rules of Evidence 201 (a) thru (f) and 902, and otherwise, Plaintiff(s) request summary judgment on its original administrative remedy.  Plaintiff(s) request the court to ORDER the Defendant(s) to pay the sum certain $33,500,000.00 in functional United States Currency, over to Plaintiff(s) immediately, without delay.

Respectfully submitted by ORDER of JAYCEE DEVELOPMENT LIMITED LIABILITY COMPANY et al:

**Verification:**  I, :Michael-Demond:of the Stubbs family, on my own unlimited commercial liability, do certify that I have read the above Ex Parte Notice of Settlement, Notice of Bond, and Petition in the Nature of a Colorable Motion by Special Appearance for Summary Judgment Pursuant to Private Settlement, and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth and nothing but the truth, to the best of my First Hand Informed Knowledge, Information, Experience and Belief. [28 U.S.C. §1746(1), without the United States, 18 U.S.C. §1621], all rights reserved. See also: Ford v. Wilson, 90 F.3d 245, 246-247 (7th Cir. 1996) cert. denied 520 U.S. 1105 (1997); United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981), cert. denied 455 U.S. 1018 (1982)("Indeed, no more than [Affidavits] is necessary to make the prima facie case.").

By: _____    *March 15, 2008*

:Michael-Demond:of the Stubbs family                 Date
Authorized Representative in and on
behalf of Plaintiff(s), all rights
reserved without the U.S.

**Public Law 97-280**

3



CERTIFIED MAIL™

7007 2560 0000 5701 1731

MICHAEL D. STUBBS(C)
care of postal service address:
Post Office Box 591
Picayune, Mississippi    39466-0591

Office of the Clerk
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570