OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE: C.A.# 08-108

CASE CAPTION: Jaycee Development v. Bank of America Corporation

*[Stamped diagonally: DEFENDANT(S) WAIVED VIA CONTRACT. See Doc. 1]*

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: _____   Signed: _____
                                                          Pro Se Plaintiff

Date Received by Clerk's office: _____   Signed: _____
                                                               Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

3/21/08
Date mailed

_Elgin A Du_
By Deputy Clerk

cc: Docketing Clerk

wp\forms\rule4receipt 2-04

MAR 18 2008