IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAYCEE DEVELOPMENT, LIMITED LIABILITY COMPANY and MICHAEL DEMOND STUBBS, )<br><br>Plaintiffs, )<br><br>v. )<br><br>BANK OF AMERICA CORPORATION, )<br>et al., )<br><br>Defendants. ) | Civ. No. 08-108-SLR |

O R D E R

At Wilmington this 14th day of April, 2008, having reviewed the complaint,

IT IS ORDERED that, on or before **May 9, 2008,** plaintiff Jaycee Development, Limited Liability Company shall retain counsel, as a corporation or other artificial entity cannot represent itself. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993); James v. Daley and Lewis, 406 F. Supp. 645, 648 (D. Del. 1976). Additionally, a non-lawyer may not represent Jaycee Development, Limited Liability Company. See Van De Berg v. C.I.R., 175 Fed. Appx. 538, 541 (3d Cir. 2006). Failure of Jaycee Development, Limited Liability Company to comply with this order shall be considered a failure to prosecute and its claims shall be dismissed.

_____
UNITED STATES DISTRICT JUDGE