OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 13, 2008

James Crawford
5185 MacArthur Blvd BW #709
Washington, DC 20016
202-351-6105

    Re:
        Civil Action No. 08-108

Dear Mr. Crawford:

    The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith).

Pursuant to the order issued by Judge Robinson dated 4/14/08, a corporation or other artificial entity cannot represent itself, additionally a non-lawyer may not represent Jaycee Development, Limited Liability Company. Jaycee Development, Limited Liability Company, was ordered to obtain counsel on or before 05/09/2008 and non-compliance would be considered a failure to prosecute and it's claims shall be dismissed. As the complaint does not provide proof of your involvement in the action, your Praecipe of Dismissal is hereby returned to you without action.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                Sincerely,

/ld

                PETER T. DALLEO
                CLERK

cc:

**Michael Demond Stubbs**

5/8/08

Dear Clerk –

Kindly file this praecipe and send me a file stamped copy in the enclosed envelope.

I am a pro se party without access to your electronic system.

James Crawford
202 351. 6105

FILED
2008 MAY -9 PM 2:59
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISRICT OF DELAWARE

| | | |
|---|---|---|
| JAYCEE DEVELOPMENT, LIMITED LIABILITY COMPANY, | ) ) ) | |
| and | ) ) | |
| Michael Demond Stubbs, | ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | 1:08-cv-108-SLR |
| BANK OF AMERICA CORPORATION, et al. | ) ) ) | |
| Defendants. | ) ) | |

2008 MAY -9 PM 2: 59

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### PLAINTIFF JAYCEE DEVELOPMENT, LIMITED LIABILITY COMPANY PRAECIPE OF DISMISSAL WITHOUT PREJUDICE

The Clerk of the Court shall enter a dismissal without prejudice as to all Defendants as to all claims plead in this case by JAYCEE DEVELOPMENT, LIMITED LIABILITY COMPANY. All claims of Plaintiff Michael Demond Stubbs shall not be affected by this dismissal. Because service of process has not been made on any Defendant, no consent is required.

Respectfully submitted,

_____
James Crawford, Managing Member
Jaycee Development, Limited
Liability Company
5185 MacArthur Blvd NW #709
Washington, DC 20016
202-351-6105
Pro Se Litigant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed by first class mail, postage prepaid on May 8, 2008 to:

Bank of America Corporation
Kenneth D. Lewis
100 North Tryon Street
Charlotte, NC 28255

_____
James Crawford, Managing Member
Jaycee Development, Limited
Liability Company