IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAYCEE DEVELOPMENT, LIMITED LIABILITY COMPANY and MICHAEL DEMOND STUBBS, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 08-108-SLR ) ) ) ) ) |

**O R D E R**

At Wilmington this 19th day of May, 2008, having ordered plaintiff Jaycee Development, Limited Liability Company to retain counsel, and it failing to comply with the order (D.I. 5),

IT IS ORDERED that all claims raised by plaintiff Jaycee Development, Limited Liability Company are dismissed for failure to prosecute, and it is dismissed as a plaintiff.

                                                                                                                       _____
                                                                                                                        UNITED STATES DISTRICT JUDGE