IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DEMOND STUBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-108-SLR ) |
| BANK OF AMERICA CORPORATION, et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER

At Wilmington this ___18th___ day of July, 2008, the complaint in the above-captioned case having been filed on February 19, 2008 (D.I. 1);

IT IS ORDERED that, on or before **August 18, 2008**, plaintiff shall show cause why the case should not be dismissed for failure to serve process as required, pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE