IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL DEMOND STUBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 08-108-SLR ) |
| BANK OF AMERICA CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

### ORDER

At Wilmington this ___27th___ day of August, 2008, the complaint in the above-captioned case having been filed on February 19, 2008 (D.I. 1), and plaintiff having provided cause for his failure to serve the complaint as required by Fed. R. Civ. P. 4;

IT IS ORDERED that:

1. Plaintiff is given an additional **thirty days** from the date of this order to serve process on defendants as required by Fed. R. Civ. P. 4.

2. The court **denies** plaintiff's request that the clerk of the court "prepare everything to be sent to the [d]efendants and [p]laintiff will discharge the costs for the U.S. Marshal" to serve process. Plaintiff has paid the filing fee and does not proceed in forma pauperis. Plaintiff filed this action and it is his responsibility to see that defendants are properly served.

_____
UNITED STATES DISTRICT JUDGE